1   Edward D. Johnson (SBN 189475)
2     wjohnson@mayerbrown.com
      Michael A. Molano (SBN 171057)
3     mmolano@mayerbrown.com
      Eric B. Evans (SBN 232476)
4     eevans@mayerbrown.com
      Jonathan A. Helfgott (SBN 278969)
5     jhelfgott@mayerbrown.com
6   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
7   3000 El Camino Real
    Palo Alto, CA  94306-2112
8   Telephone:  (650) 331-2000
9   Facsimile:  (650) 331-2060

10   Attorneys for Plaintiffs
    KONINKLIJKE PHILIPS ELECTRONICS N.V. and
11   U.S. PHILIPS CORPORATION

FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV12- 04576 RSWL (FFMx)

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

       Plaintiffs,

    v.

NATIONAL FILM LABORATORIES, INC. d/b/a CREST NATIONAL GROUP, INC.; BEACHBODY, LLC f/k/a PRODUCT PARTNERS, LLC, RONALD STEIN, STEPHEN STEIN, ELAINE STEIN, MARTIN ROSS, and LORRAINE ROSS,

       Defendants.

CASE NO.

**COMPLAINT FOR PATENT INFRINGEMENT AND BREACH OF CONTRACT; DEMAND FOR JURY TRIAL**

Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation
(collectively, "Philips") allege upon knowledge as to themselves and their own
actions, and upon information and belief as to all other matters, against
DefendantsNational Film Laboratories, Inc. d/b/a Crest National Group ("Crest"),
Beachbody, LLC ("Beachbody") f/k/a Product Partners, LLC, Ronald Stein,
Steven Stein, Elaine Stein, Martin Ross, and Lorraine Ross, as follows:

## JURISDICTION AND VENUE

1.    This is an action for patent infringement arising under the United
States Patent Act (Title 35 of the United States Code). This Court has subject
matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

2.    This Court has supplemental jurisdiction over Philips' state law
claims under 28 U.S.C. § 1367(a) because these claims are so related to Philips'
patent infringement claims that they form part of the same case or controversy as
they arise from the same nucleus of operative fact and amount to a single judicial
proceeding.

3.    Venue for Philips' claims is proper in this District under 28 U.S.C. §§
1391(b) and (c) and 1400(b) because, among other things, one or more of the acts
of infringement complained of took place in this District and because each
Defendant resides in this District, purposefully engaged in acts of infringement in
this District, and/or has substantial, continuous, and systematic contacts with this
District and with the State of California.

## NATURE OF THE ACTION

4.    This is a Complaint for patent infringement and breach of contract.

5.    Philips administers a worldwide program that licenses manufacturers
to use Philips' patented technology in the production of CD, DVD, and Blu-ray
discs. National Film Laboratories, Inc. d/b/a Crest National Group ("Crest") is a
manufacturer of DVD Video and DVD-ROM discs ("DVD discs") that signed
license agreements with Philips. The license agreements required Crest to report

1   the sale of and pay royalties to Philips on each DVD disc that Crest makes and

2   sells. The license agreements also required Crest to and pay additional royalties on

3   each DVD disc incorporating the AC-3 audio technology (AC-3 DVDs). The

4   license agreements also required Crest to keep accurate books and records

5   reflecting its sales of DVD discs and AC-3 DVDs.

6       5.    In violation of the license agreements, Crest neither accurately

7   reported the number of AC-3 DVD discs that it sold nor paid all the royalties due

8   to Philips. Consequently, Philips terminated Crest's license agreements relating to

9   DVD discs and AC-3 DVDs.

10      6.    Crest, acting at the direction of and aided and abetted by Ronald,

11  Steven and Elaine Stein, as well as Martin and Lorraine Ross (collectively "the

12  Steins" or "the Stein family"), made DVD discs without paying royalties to

13  Philips. Further, Crest, acting at the direction of and aided and abetted by the Stein

14  family, offered to sell, and sold these infringing DVD discs to customers without a

15  license from Philips. These customers, in turn, used, offered to sell, and sold these

16  unlicensed discs. On information and belief, Beachbody bought these unlicensed

17  DVD discs from Crest and, in turn, used, offered to sell, and sold those discs.

18      7.    Philips seeks enhanced damages, attorneys' fees, costs and injunctive

19  relief to redress damages caused by defendants' infringement of Philips' patent as

20  well as damages and injunctive relief to redress Crest's contractual breaches.

21                          **THE PARTIES**

22      8.    Plaintiff Koninklijke Philips Electronics N.V. is a Dutch corporation

23  having an office and principal place of business in Eindhoven, The Netherlands.

24      9.    Plaintiff U.S. Philips Corporation is a Delaware corporation with its

25  principal place of business at 1251 Avenue of the Americas, New York, New

26  York.

27

28

2

***Individual Defendants***

10.    Defendant Crest is a California corporation with its principal place of business at 3845 E. Coronado St., Anaheim, CA.

11.    Defendant Beachbody is a California limited liability company with its principal place of business at 8383 Wilshire Boulevard, Suite 1050, Beverly Hills, CA. Beachbody was formerly known as Product Partners, LLC.

12.    Defendant Ronald Stein is a resident of California and conducts business or has conducted business at 3845 E. Coronado St. Anaheim, CA, in the Central District of California.

13.    Ronald Stein is the president and part owner of Crest.   In that capacity, he directs and controls the day-to-day operations of Crest that infringe Philips' patent.

14.    Defendant Elaine Stein is a resident of California and conducts business or has conducted business at 3845 E. Coronado St. Anaheim, CA, in the Central District of California.

15.    Elaine Stein is a board member and part owner of Crest.   In that capacity, she directs and controls the day-to-day operations of Crest that infringe Philips' patent.

16.    Defendant Steven Stein is a resident of Indiana and conducts business or has conducted business at 3845 E. Coronado St. Anaheim, CA, in the Central District of California.

17.    Steven Stein is part owner of Crest.   In that capacity, he directs and controls the day-to-day operations of Crest that infringe Philips' patent.

18.    Defendant Martin Ross is a resident of California and conducts business or has conducted business at 3845 E. Coronado St. Anaheim, CA, in the Central District of California.

19.    Martin Ross is part owner of Crest.   In that capacity, he directs and controls the day-to-day operations of Crest that infringe Philips' patent.

20.    Defendant Lorraine Ross is a resident of California and conducts business or has conducted business at 3845 E. Coronado St. Anaheim, CA, in the Central District of California.

21.    Lorraine Ross is part owner of Crest. In that capacity, she directs and controls the day-to-day operations of Crest that infringe Philips' patent. Ronald, Steven, and Elaine Stein, and Martin and Lorraine Ross are collectively referred to as "the Stein Family" or "the Steins."

### Crest as Alter Ego of the Stein Family

22.    Crest, is the agent, subsidiary, and alter ego of the Stein Family because, among other things:

(a)    On information and belief, the Steins have used Crest's corporate funds, including through Crest's corporate American Express account, to purchase personal items, including vacations, groceries, pharmaceuticals, and clothing.

(b)    On information and belief, the Steins have also used Crest's corporate funds to purchase or contribute to the purchase of luxury automobiles for their own personal use, including, but not limited to the purchase of a Porsche automobile for the personal use of Ronald Stein.

(c)    On information and belief, Crest, at the direction of the Steins, purchased an Aston Martin automobile with company funds for Ronald Stein's personal use, and then later sold the vehicle to him at a rate far below its market value.

(d)    The Steins have diverted assets from Crest to the detriment of creditors, including Philips, and have manipulated assets and liabilities, including properties, among their various corporate entities in an effort to avoid exposure.

(e)    On information and belief, Ron Stein colluded with the vendor managing the liquidation of Crest property at auction to transfer Crest property to

1    third parties through less-than-arm's length transactions to the detriment of Crest's

2    creditors, including Philips.

3    **THE PATENT-IN-SUIT**

4    23.     United States Patent No. 5,790,512 ("the '512 Patent"), entitled

5    "Optical Information Carrier," was duly and legally issued on August 4, 1998.

6    U.S. Philips Corporation is the owner by assignment of all right, title, and interest

7    in the '512 Patent. A copy of the '512 Patent is attached as Exhibit A.

8    **FACTUAL BACKGROUND**

9    **Breach of the License Agreements**

10    24.     Philips offers makers of CD and DVD discs licenses to patents it

11    understands to be necessary to the manufacture of CD and DVD discs that comply

12    with the technical specifications that ensure that CD and DVD discs function

13    properly in CD and DVD players and DVD-ROM readers.

14    25.     Philips and Crest entered into a patent license agreement effective

15    July 1, 2002: the DVD Video Disc and DVD ROM Disc Patent License Agreement

16    ("DVD Agreement") (attached as Exhibit B).

17    26.     The '512 Patent is among the patents Philips licensed to Crest under

18    the DVD Agreement.

19    27.     Philips and Crest entered into a separate patent license agreement

20    effective July 1, 2002: the Patent License Agreement for the Use of AC-3

21    Technology in the Manufacture of DVD Video Discs ("AC-3 Agreement," and,

22    collectively with the DVD Agreement, the "License Agreements") (attached as

23    Exhibit C).

24    28.     Under the License Agreements, Crest agreed to: (1) submit accurate

25    quarterly royalty statements enumerating DVD discs manufactures; (2) make

26    quarterly royalty payments; (3) maintain adequate records to allow verification of

27    all statements made in quarterly royalty statements; and (4) submit to and willingly

28    cooperate with an annual audit.

29.   Crest repeatedly breached the License Agreements by, among other things, failing to submit royalty reports timely and failing to make quarterly royalty payments due under the License Agreements. In fact, Crest made no royalty payments under the License Agreements after the first quarter of 2009.

30.   On November 17, 2011—after receiving no royalty payments for almost three years—Philips terminated the License Agreements between itself and Crest pursuant to §10.2 of the DVD Agreement and § 6.2 of the AC-3 Agreement. Philips' written notice terminating the License Agreements is attached as Exhibit D.

31.   As a direct and proximate result of Crest's breaches of the License Agreements, including their obligation to pay royalties, Philips has suffered damages in an amount known only to the Crest.

32.   After Philips terminated Crest's License Agreements, Crest, aided and abetted by and acting at the direction of the Steins, made DVD discs without a license from, and without paying royalties to, Philips.

## Defendants' Infringing Conduct

33.   Crest makes or has made DVD discs at its principal place of business at 3845 E. Coronado St. Anaheim, CA.

34.   The '512 Patent's claims read on foundational aspects of DVD discs—specifically the physical configuration of the information-bearing surface of the DVD disc. A disc that did not practice at least one claim of the '512 Patent would not be readable in a DVD player or DVD drive and would therefore have no commercial value, beyond the scrap value of its components. As a result, Philips understands that any DVD disc offered for commercial sale will infringe at least one claim of the '512 Patent. A copy of an Essentiality Report describing the manner in which any DVD disc offered for commercial sale will necessarily infringe at least one claim of the '512 Patent is attached as Exhibit E.

35.    Because Crest makes DVD discs and sells and offers them for commercial sale, Philips is informed and believes that these DVD discs infringe at least one claim of the '512 Patent.

36.    On information and belief, Beachbody has purchased DVD discs that infringe at least one claim of the '512 Patent and has used, offered for sale, or sold these DVD discs.

**FIRST CLAIM FOR RELIEF**

**Infringement of the '512 Patent (35 U.S.C. § 271) against All Defendants**

37.    Philips realleges and incorporates paragraphs 1 through 34 hereof as if set forth herein in full.

38.    Defendants, in violation of 35 U.S.C. § 271, have infringed, contributorily infringed, and/or induced others to infringe one or more claims of the '512 Patent, either literally or under the doctrine of equivalents, by without license or authority making, using, offering to sell, selling, or importing into the United States—within this district and elsewhere—DVD discs that infringe one or more claims of the '512 Patent.

39.    Defendants' infringement includes, among other things:

(a)    Defendants have been and currently are without license or authority making, using, offering to sell, selling or importing into the United States—within this District and elsewhere—DVD discs that infringe the '512 Patent.

(b)    The Steins have knowingly and willfully aided and abetted or actively induced Crest and/or Crest employees to infringe or induce others to infringe one or more claims of the '512 Patent, either literally or under the doctrine of equivalents, by without license or authority making, using, offering to sell, selling, or importing into the United States—within this District and elsewhere—DVD discs that infringe upon the '512 Patent.

1          (c)    The Steins have specifically and willfully directed other

2  officers, agents, distributors, customers or employees of themselves and/or of Crest

3  to infringe one or more claims of the '512 Patent, either literally or under the

4  doctrine of equivalents, by without license or authority making, using, offering to

5  sell, selling, or importing into the United States—within this District and

6  elsewhere—DVD discs that infringe upon the '512 Patent.

7       40.    Defendants have had actual knowledge of the '512 Patent.

8  Defendants acted with objective recklessness as to infringement of the '512 Patent

9  following termination of the License Agreements because they had no reasonable

10  basis for a good faith conclusion: (a) that their conduct described above avoided

11  infringement of the '512 Patent; or (b) that the '512 Patent was invalid. Their

12  conduct, therefore, constitutes willful infringement.

13       41.    Philips has suffered damage and irreparable harm as a result of

14  Defendants' infringement of the '512 Patent and will continue to suffer damage

15  and would suffer irreparable harm in the event that Defendants resumed their

16  infringement and therefore seeks an injunction enjoining Defendants therefrom.

17  **SECOND CLAIM FOR RELIEF**

18  **Breach of Contract against Crest and the Stein Family**

19       42.    Philips realleges and incorporates by reference paragraphs 1 through

20  39 hereof as if set forth herein in full.

21       43.    As stated above, Crest has failed to submit royalty reports, and has

22  failed to make each royalty payment in full, as required by the License

23  Agreements. DVD Agreement, §§ 4.2, 4.3; AC-3 Agreement, §§ 3.1, 3.2.

24       44.    These defaulted royalty payments accrue interest at the rate of 2% per

25  month. DVD Agreement, § 4.4; AC-3 Agreement, § 3.5.

26       45.    Crest's failure to submit these royalty statements breaches its

27  obligations under §4.3 of the DVD Agreement and §3.2 of the AC-3 Agreement.

28

46.   Crest's failure to cease manufacture of DVD discs breaches at least its obligations under §10.6 of the DVD Agreement.

47.   Philips duly has performed all its obligations under the License Agreements.

48.   Because Crest is the alter ego of the Steins, they are jointly and severally liable for Crest's breaches of the License Agreements.

49.   As a result of Crest's breaches of the License Agreements, Philips has suffered and will continue to suffer damages in an amount to be determined by the court.

## PRAYER FOR RELIEF

WHEREFORE, Philips prays for:

1.   A judgment that Defendant have infringed the '512 Patent;

2.   A preliminary and permanent injunction enjoining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with them, or any of them, from infringing, inducing the infringement of or contributing to the infringement of the '512 Patent;

3.   A judgment awarding Philips its damages resulting from Defendants' infringement of the '512 Patent, together with interest;

4.   A judgment that Defendant's infringement was willful and that the damages awarded Philips be trebled, pursuant to 35 U.S.C. §§ 283 and 284;

5.   A judgment that this case is exceptional pursuant to 35 U.S.C. § 285;

6.   A judgment awarding Philips its costs and attorneys' fees;

7.   A judgment awarding Philips damages to compensate for Crest's failure to make timely and complete royalty payments due under the License Agreements;

8.   A preliminary and permanent injunction ordering Crest to specifically perform its obligations under the License Agreements by accurately accounting to

Philips for all DVD discs it manufactured, sold or otherwise disposed of prior to and over the course of the License Agreements; and

9.     Such other and further relief as this Court deems just and proper.

Dated: May 24, 2012                                    MAYER BROWN LLP

                                          By: _____
                                              Edward D. Johnson (SBN 189475)
                                              wjohnson@mayerbrown.com
                                              Michael A. Molano (SBN 171057)
                                              mmolano@mayerbrown.com
                                              Eric B. Evans (SBN 232476)
                                              eevans@mayerbrown.com
                                              Jonathan A. Helfgott (SBN 278969)
                                              jhelfgott@mayerbrown.com
                                              MAYER BROWN LLP
                                              Two Palo Alto Square, Suite 300
                                              3000 El Camino Real
                                              Palo Alto, CA 94306-2112
                                              Telephone: (650) 331-2000
                                              Facsimile: (650) 331-2060

                                              *Attorneys for Plaintiffs*
                                              *Koninklijke Philips Electronics N.V.*
                                              *and U.S. Philips Corporation*

10

## DEMAND FOR JURY TRIAL

1

2          Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38-1,

3    Plaintiffs request a jury trial on all triable issues.

4

5

6    Dated: May 25, 2012                MAYER BROWN LLP

7

                                        By: _____
8                                           Edward D. Johnson (SBN 189475)
9                                           wjohnson@mayerbrown.com
                                            Michael A. Molano (SBN 171057)
10                                          mmolano@mayerbrown.com
                                            Eric B. Evans (SBN 232476)
11                                          eevans@mayerbrown.com
                                            Jonathan A. Helfgott (SBN 278969)
12                                          jhelfgott@mayerbrown.com
                                            MAYER BROWN LLP
13                                          Two Palo Alto Square, Suite 300
                                            3000 El Camino Real
14                                          Palo Alto, CA 94306-2112
                                            Telephone: (650) 331-2000
15                                          Facsimile: (650) 331-2060
16

17                                          *Attorneys for Plaintiffs*
18                                          *Koninklijke Philips Electronics N.V.*
                                            *and U.S. Philips Corporation*
19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US005790512A

# United States Patent [19]

## Put et al.

| | |
|---|---|
| [11] | **Patent Number:** **5,790,512** |
| [45] | **Date of Patent:** **Aug. 4, 1998** |

[54] **OPTICAL INFORMATION CARRIER**

[75] Inventors: **Paul L. M. Put; Albericus A. M. Hoevenaars**, both of Eindhoven, Netherlands

[73] Assignee: **U.S. Philips Corporation**, New York, N.Y.

[21] Appl. No.: **755,614**

[22] Filed: **Nov. 25, 1996**

### Related U.S. Application Data

[62] Division of Ser. No. 362,622, Dec. 22, 1994, Pat. No. 5,605,782.

[30] **Foreign Application Priority Data**

| Dec. 24, 1993 | [BE] | Belgium ............................ 09301461 |
|---|---|---|
| Aug. 5, 1994 | [EP] | European Pat. Off. ............ 94202262 |

[51] Int. Cl.[6] ............................................. G11B 7/24

[52] U.S. Cl. ...................... 369/275.4; 369/275.3; 369/116

[58] Field of Search .................... 369/275.4, 275.3, 369/275.2, 275.1, 116, 110, 44.32, 58, 112, 100, 109, 32, 54, 44.14, 44.41, 44.26, 283, 288; 428/641, 64.2, 64.4

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 5,003,527 | 3/1991 | Matsumoto et al. ...................... 369/100 |
|---|---|---|
| 5,040,165 | 8/1991 | Taii et al. .............................. 369/275.4 |
| 5,442,615 | 8/1995 | Ohsato et al. .......................... 369/100 |
| 5,492,744 | 2/1996 | Koike et al. ............................ 428/641 |

*Primary Examiner*—Ali Neyzari
*Attorney, Agent, or Firm*—Edward W. Goodman

[57] **ABSTRACT**

A method for manufacturing optical information carriers, in which a photoresist layer (20) on a master disc (5) is exposed by a radiation beam (19). The intensity of the radiation beam is controlled by a modulator (14) and a control device (10) in such a manner that the exposure dose has a constant predetermined value over the length of a recorded area, which value is independent of the length of the area.

**10 Claims, 11 Drawing Sheets**



**U.S. Patent**          Aug. 4, 1998          Sheet 1 of 11          **5,790,512**



FIG.1



FIG.2



FIG.3

U.S. Patent          Aug. 4, 1998       Sheet 2 of 11          5,790,512



FIG. 4a

FIG. 4b

**U.S. Patent**          Aug. 4, 1998          Sheet 3 of 11          **5,790,512**



FIG. 5
PRIOR ART

FIG.12

FIG.13



FIG.6



FIG.7



FIG.8

FIG.9



FIG.10

FIG.11

**U.S. Patent**          Aug. 4, 1998          Sheet 7 of 11          **5,790,512**



FIG.14

FIG.15



FIG.16

FIG.17

**U.S. Patent**          Aug. 4, 1998          Sheet 9 of 11          5,790,512



FIG.18

FIG.19



FIG.20



FIG.21

**U.S. Patent**       Aug. 4, 1998       Sheet 11 of 11       5,790,512



FIG.22

FIG.23

FIG.24

FIG.25

5,790,512

# 1

## OPTICAL INFORMATION CARRIER

### CROSS-REFERENCE TO RELATED
### APPLICATIONS

This is a division of U.S. patent application Ser. No. 08/362,622, filed Dec. 22, 1994, now U.S. Pat. No. 5,605,782.

### BACKGROUND OF THE INVENTION

1. Field Of The Invention

The invention relates to a method of manufacturing an optical information carrier by recording information, comprising information units, in a master disc, in which a radiation beam scanning the master disc is modulated in power by the information and exposes a photoresist layer of the master disc to form a pattern of short and long exposed areas, and subsequently, the photoresist is developed to form a pattern of information areas, the beginning and duration of the exposure for each exposed area being determined by the associated information unit. The invention also relates to an arrangement for carrying out the method and to an optical information carrier obtained by carrying out the method.

An information unit is a portion of an information stream represented by a single feature on the master disc. For example, if a digital information signal alternately has a value zero and one and a signal portion having the value one results in an exposed area whose length is determined by the length of time for which the signal has the value one, this portion of the information signal is an information unit. An exposed area is called short if its length is smaller than twice the diameter of the radiation spot formed on the photoresist layer by the radiation beam, the diameter being the distance between two diametrically disposed points within the radiation spot where the local intensity is equal to half the maximum intensity in the radiation spot. For an Airy intensity profile formed by an objective lens, said diameter is equal to half the quotient of the wavelength of the radiation and the numerical aperture of the objective lens. An information area is an area on the master disc having properties which can be transferred to information carriers by a replication process, the corresponding areas on the information carriers being also referred to as information areas. Hereinafter, the term "area" without any further qualification refers to an exposed area in the photoresist, unless otherwise stated.

In the method of manufacturing an optical information carrier, the information is first inscribed in the master disc by exposure of the photoresist layer. The photoresist layer is subsequently developed, as a result of which information areas, for example, in the form of pits, are formed at the location of the exposed areas. Although hereinafter the information areas will often be referred to as pits, it will be obvious that these areas may also comprise hills. Subsequently, the master disc is provided with a metal layer. After the metal layer has been removed from the photoresist layer, it forms a die with a negative impression of the pattern of pits. The pattern of pits of the die is then transferred to a multitude of optical information carriers by a replication process such as, for example, a plastics molding process, which information carriers may subsequently be provided with one or more layers to make them reflecting and/or inscribable. In an information carrier which cannot be inscribed by the user, the pattern of pits represents the recorded user information. In an inscribable information carrier, the pattern of pits may represent not only user information but also tracking information by means of

# 2

which a radiation beam, used for reading or writing information, can be guided over the information carrier.

The information density on the information carrier can be increased by arranging the pits closer to one another. However, more densely packed pits give rise to a deterioration of the quality of the signal generated when the information on the information carrier is read, as a result of which the reliability with which the information is read decreases. The deterioration of the quality inter alia manifests itself in increased jitter, i.e., an increase of irregular random variations of the signal. In order to enable an information signal to be derived from the information carrier with a sufficiently low jitter in the case of higher densities, the pits in the master disc should have a very accurately defined position and shape. One of the problems which limit an increase in information density is that with a constant power of the radiation beam during the recording of information in the master disc the short pits appear to become narrower than the long pits.

2. Description of the Related Art

U.S. Pat. No. 5,040,165 discloses a method of manufacturing an optical information carrier, which aims to solve the above problem. The power of the radiation beam exposing the photoresist layer is chosen to be 25% to 100% higher for recording short areas than for recording long areas. However, tests conducted on information carriers manufactured by means of this method reveal that the envisaged reduction of jitter is not achieved. Moreover, the ratio between the power for recording short areas and that for recording long areas appears to depend strongly on the type and condition of the photoresist used on the master disc, so that the quality of the information carriers obtained from different master discs is different.

### SUMMARY OF THE INVENTION

It is an object of the invention to provide a method of the type defined in the opening paragraph which does not have the drawbacks of the known method.

To this end the method in accordance with the invention is characterized in that the exposure dose has substantially a constant predetermined value over the length of each recorded area, this value being independent of the length.

The invention is based on the recognition of the fact that the shape of the contrast curve of the photoresist layer is decisive for the ultimate shape of the pits in the information carrier. The contrast curve represents the development rate of the photoresist as a function of the exposure dose, which is the time-integrated amount of radiation per unit of area incident at a given location. The photoresists used for optical recording until now have a fairly linear contrast curve, i.e., an exposure dose which is twice as large yields a development rate which is twice as high. For optical recording with higher densities, it is now envisaged to use high-contrast photoresists in order to enable small well-defined pits to be formed. A first characteristic of a high-contrast photoresist is its threshold. An exposure dose below the threshold value provides a negligibly low development rate. A second characteristic of a high-contrast photoresist is that above the threshold value, the development rate increases very rapidly as a function of the exposure dose. The known method uses two different intensities for writing short areas and long areas, which generally results in two different exposure doses. This leads to different development rates for the short and the long areas, the difference in development rate increases as the contrast increases. The shape, i.e., the length, width and/or depth, of the short and the long pits

5,790,512

3

formed after development of the photoresist, therefore depends critically on the differences in radiation power used during exposure.

A second drawback of the known method is its sensitivity to changes in the shape of the contrast curve, which can be understood as follows. The amount of photoresist material which is transformed by a given exposure dose is comparatively insensitive to the temperature. Conversely, the development rate, i.e., the rate at which the transformed material is dissolved in a developer, depends strongly on both the temperature and the characteristics of the photoresist and on the concentration of the developer. The shape of the contrast curve is determined by the characteristics of the photoresist and the developer, and therefore, turns out to be strongly dependent on the temperature, composition and age of the photoresist. Since the contrast curve gives the relationship between the exposure dose and the development rate, a change of the contrast curve will result in a change of the development rate. As the contrast curve for high-contrast photoresists is very steep, the variations of the development rate for these photoresists are substantial and depend strongly on the exact exposure dose. For this reason, the shape of the pits cannot be controlled satisfactorily in the known method.

The method according to the invention, however, is highly insensitive to the exact shape of the contrast curve as a result of the method of exposure of the photoresist layer. For this purpose, the power of the radiation dose has substantially a constant value over the length of an exposed area, the value being equal for areas of different lengths. Substantially equal means equal within about ±3%. For this, the leading and trailing portions of each area have been ignored and the exposure is measured along the centerline of the exposed areas. As a result of the equal exposure doses, the development rate for each area is also equal regardless of the shape of the contrast curve. If the shape of the contrast curve deviates from the presumed shape, the development rate of both short and long areas will change similarly. The change in development rate can be corrected simply by appropriately reducing or extending the development time for the photoresist layer. Thus, the short and long pits will be given the desired shape independently of the exact shape of the contrast curve. As a result, jitter is reduced, and, consequently, the length of the pits and the distances between the pits can be reduced in order to increase the information density on the information carrier.

The radiation beam forms a radiation spot with a certain intensity profile on the photoresist layer. During writing, the radiation spot is moved over the photoresist layer. The exposure dose at an arbitrary location of the photoresist layer is therefore determined by the convolution of the profile and its displacement. When a small area is exposed, the displacement of the radiation spot is small relative to the size of the radiation spot, in contrast with a long area, where the displacement is larger than the size of the radiation spot. As a result of the convolution effect, the exposure dose in a small area is consequently lower than the exposure dose in a long area. A special embodiment of the method in accordance with the invention is therefore characterized in that the power of the radiation beam during exposure of short areas is made higher than the power of the radiation beam during exposure of long areas, so that the exposure dose in short and long areas is substantially equal. The value of the power as a function of the length of an area to be exposed follows from the requirement that the local exposure dose should have substantially the same constant predetermined value for all the areas.

4

In certain situations, the last-mentioned embodiment of the method leads to comparatively short exposed areas in the photoresist layer when long information units are written, and thus to comparatively short pits. This could be corrected by a slightly longer development of the photoresist layer. However, the short areas are then also developed longer, as a result of which the short pits would become too long. An embodiment of the method in accordance with the invention is therefore characterized in that the duration of the exposure of a long area is selected to be longer than the duration of the associated information unit. The magnitude of the extension is independent of the slope of the contrast curve and is between a few percent and about 20 percent for long areas and zero for short areas.

A special embodiment of the method, according to the invention, is characterized in that the exposure of a long area is started before the beginning of the associated information unit. Since recording in a photoresist is a symmetrical process, the extension of the exposure time should be symmetrical relative to the nominal location of the area, i.e., exposure should begin sooner and stop later than prescribed by an information unit.

The intensity profile of the radiation spot generally has a central lobe of high intensity surrounded by, generally ring-shaped, side lobes of lower intensity. During writing, the radiation spot moves over the photoresist layer, as a result of which some locations on the photoresist layer are irradiated successively by both the central lobe and one or more side lobes. By now reducing the power of the radiation beam at such locations, according to a special embodiment of the method of the invention, it is yet possible to obtain a constant exposure dose over the length of an exposed area.

When the information density of the information carrier is to be increased, the areas on the master disc have to be recorded closer to one another. When a first area is exposed, both an adjacent second area and the part of the photoresist layer disposed between these areas will be exposed to a low dose owing to the size of the radiation spot. In this intermediate area, the exposure dose will remain below the threshold of the contrast curve and will not lead to the formation of information area. In the second area, the low dose is added to the exposure dose already administered or to be administered to form this second information area. The addition leads to a slightly higher exposure dose for the second area than in the case that the two areas would be remote from one another. Owing to the steepness of the contrast curve, this slight increase of the exposure dose of the second area results in a noticeable increase in development rate. As a consequence, information areas which are situated closer to one another become larger than information areas which are situated farther apart. This distortion gives rise to increased jitter. The method can be modified in two different manners in order to correct for the effect described above.

In a first modification, the method, according to the invention, is characterized in that during the recording of two adjacent areas, the part of each area situated nearest the other area is recorded with a power of the radiation beam which is a monotonically non-decreasing function of the distance between the two areas. During writing, the power in the radiation beam is controlled in such a manner in dependence upon the distances from the adjacent areas that the exposure dose in the area has the required constant value, so that no distortion dependent on the distance between the areas occurs.

In a second modification the method, according to the invention, is characterized in that during passage between

5,790,512

5

two areas, the radiation beam has a power lower than the power for recording these areas and the power has a monotonic non-decreasing relationship with the distance between the two areas. In this way, it is achieved that an adjacent area is given a fixed additional exposure independently of its distance from other areas. Jitter is now reduced because all the areas have the same distortion. The additional exposure dose should be smaller than about three percent of the constant, predetermined value of the exposure dose.

According to the invention, an arrangement for carrying out the method is provided, this arrangement comprising an apparatus for recording information in a master disc by exposure with a radiation beam according to a pattern of short and long exposed areas, this apparatus comprising a radiation source for producing a radiation beam, an intensity modulator, and a control device associated with said modulator, an optical system for forming a radiation spot on the master disc by means of the radiation beam, and means for moving the master disc and the radiation spot relative to one another. The arrangement is characterized in that the control device is adapted to control the modulator in such a manner that the exposure dose has substantially a constant predetermined value over the length of an exposed area, which value is independent of said length. Such an apparatus is also called a master recorder.

A special embodiment of the arrangement, according to the invention, is characterized in that the control device comprises a memory for storing the relationship between, on the one hand, the duration of the information units and, on the other hand, at least one of the parameters the beginning, the duration, and the power of the exposure.

In a preferred embodiment, the control device comprises a coding circuit for assigning a code to an information unit in the information to be recorded, this code representing the length of the information unit and is associated with an address of the memory, whereas, the information is, in general, presented as a serial data stream, the code may be a presented as a parallel data stream. The code can thus be processed in parallel at a lower clock frequency than the information. As a consequence, components of the control device need not be designed for very high clock frequencies and may be standard components.

For recording information with a high density, the arrangement is preferably characterized in that the optical system includes a filter. A filter enables the amplitude or the phase of the radiation to be influenced in such a manner that the size of the central lobe of the radiation spot is reduced, as a result of which the exposed areas can also become smaller.

A special embodiment of the arrangement, according to the invention, is characterized in that the filter comprises an elliptical phase plate. The elliptical shape enables the power of the side lobes of the intensity profile in the writing direction to be reduced in comparison with a circular phase plate, as a result of which the write strategies in accordance with the invention yield a better result.

It is to be noted that European Patent Application 0,411, 525 discloses a rectangular phase plate having a length equal to the diameter of the pupil of the optical system. However, by means of such a phase plate, it is not possible to form a radiation spot suitable for a master recorder, which spot should have small dimensions in two directions.

An optical information carrier manufactured by means of the method, according to the invention, is characterized in that the lengths of the information areas deviate less than 10% from the lengths of the associated information units.

6

This deviation is smaller than that of information carriers not manufactured by means of the method in accordance with the invention. The smaller deviation leads to a reduction of jitter in the read signal obtained from the information carrier.

The optical information carrier is further characterized in that the distances between adjacent information areas deviate less than 50 nm from the distances between the associated information units. A more accurate definition of the distances between adjacent information areas, like the more accurate definition of the lengths of the information areas, also leads to a reduced jitter.

The optical information carrier is further characterized in that the spread in width of the information areas is smaller than 30 nm. A well-defined width of the information areas yields a well-defined magnitude of the read signal. This also results in a reduction of jitter.

BRIEF DESCRIPTION OF THE DRAWINGS

Some embodiments of the invention will now be described in more detail, by way of example, with reference to the drawings. In the drawings:

FIG. 1 shows an arrangement for manufacturing information carriers;

FIG. 2 shows an apparatus for recording information in a master disc;

FIG. 3 gives the intensity and exposure dose as a function of the location on the master disc;

FIG. 4a shows the relationship between exposure dose and development rate for a low-contrast photoresist;

FIG. 4b shows the relationship between exposure dose and development rate for a high-contrast photoresist;

FIG. 5 shows development profiles for EFM information units recorded without a write strategy;

FIG. 6 shows development profiles for EFM information units recorded with the first write strategy;

FIG. 7 gives the power of the radiation beam in accordance with the first write strategy as function of the length of the area to be written;

FIG. 8 shows development profiles for EFM information units recorded with the second write strategy;

FIG. 9 gives the power of the radiation beam in accordance with the second write strategy as function of the length of the area to be written;

FIG. 10 gives exposure doses for a series of two short areas at different distances;

FIG. 11 shows the development profiles associated with the dose profiles in FIG. 10;

FIG. 12 gives the power of the radiation beam in accordance with the third write strategy for a series of areas to be written;

FIG. 13 gives the power of the radiation beam in accordance with the fourth write strategy for a series of areas to be written;

FIG. 14 gives exposure doses in accordance with the fourth strategy for a series of two short areas at different distances;

FIG. 15 gives the exposure doses in the intermediate areas of FIG. 14;

FIG. 16 shows the development profiles associated with the dose profiles in FIG. 14;

FIG. 17 shows an intensity and dose profile with the effect of the side lobes of the intensity profile;

FIG. 18 shows development profiles for EFM information units recorded with a filtered radiation beam;

5,790,512

**7**

FIG. 19 gives an intensity profile and the power of the radiation beam in accordance with a fifth write strategy;

FIG. 20 shows the pupil of the objective lens of the master recorder with an elliptical phase plate;

FIG. 21 shows development profiles for an IP signal with and without phase plate;

FIG. 22 shows a first embodiment of the control device of the master recorder;

FIG. 23 shows a second embodiment of the control device;

FIG. 24 shows a third embodiment of the control device; and

FIG. 25 shows a fourth embodiment of the control device.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows an arrangement for manufacturing an optical information carrier. Such an arrangement generally comprises an information processing unit 1, an apparatus for recording information in a master disc 3, or master recorder 2, an apparatus 4 for processing the master disc 3, and a duplicating apparatus 6 for making impressions of the dies in information carriers 7. Information 8 to be recorded on the information carriers is applied to an input of information processing unit 1. The information includes tracking information to be recorded in a geometry of, for example, tracking grooves or tracking pits, address information to enable given locations on the information carrier to be identified, information to enable a subsequent correction of read errors and, if required, data which can be read by the user of the information carrier. The information processing unit 1 derives signals 9 for controlling master recorder 2 from the input information 8. With the aid of the control signals, the master recorder records the information in master disc 3 as a pattern of exposed areas in a photoresist layer. In an exposed area, the radiation of the beam is absorbed so that locally, the material in the photoresist is transformed and the solubility of the photoresist layer changes. The solubility, and hence the rate of development of the photoresist layer, increases as the exposure dose increases. The master recorder is an essential part of the arrangement and will be discussed in more detail hereinafter. The photoresist layer of master disc 3 is developed in apparatus 4, thereby converting the exposure pattern into a pattern of information areas in the form of pits and/or grooves in the photoresist layer. Subsequently, a metal layer is deposited onto the photoresist layer. After removal from the photoresist layer, the metal layer forms a die 5 with an impression of the pattern of pits. By means of such a die, duplicating apparatus 6 makes impressions of the pattern of pits in information carriers by means of, for example, a plastics molding process or a replication process based on photopolymerization, a so-called 2P process. From a single master disc 3, a plurality of dies 5 can be made, and with each die, hundreds to a few thousands of information carriers can be made, so that thousands to millions of identical information carriers can be manufactured by means of a single master disc. The method may comprise a plurality of duplication steps, in which a plurality of dies are made from a single die.

FIG. 2 shows an embodiment of master recorder 2 for inscribing the round master disc 3. It will be evident that with a slight modification, such a recorder can also be adapted to inscribe masters of other form, for example, rectangular masters for making rectangular optical informa-

**8**

tion cards or elongated masters for making optical tape. Master recorder 2 comprises a radiation source 12, for example, an argon-ion laser, which produces a radiation beam 13. The power of the radiation beam is pulse-modulated by an electro-optical or acousto-optical modulator 14 in dependence upon an output signal 11 of a control device 10, which has an input for receiving signals 9 from information processing unit 1. The control device converts signals 9 into signals suitable for controlling modulator 14. When a radiation source which can be modulated rapidly, such as, for example, a semiconductor laser, is used, the laser can be controlled directly by control device 10, and the radiation source 12 and modulator 14 will form a single device. An intensity-modulated radiation beam 15 from the modulator 14 is focused to form a radiation spot 19 on the photoresist layer 20 of the master disc 3, for example, by a beam widener 16, a mirror 17 and an objective lens 18. By rotating the master disc about an axis of rotation 21 and, at the same time, moving optical elements 17 and 18 in a radial direction 22, it is possible to write concentric or spiral tracks in the photoresist layer. As a result of the movement of the radiation spot and the photoresist layer relative to one another, the length of time of an information unit and the associated exposure time can be converted to a length of the information unit and of the exposure. During recording, the radiation beam is kept in focus on the photoresist layer in that objective lens 18 is made to follow a vertical movement 23 of the master disc via feedback. If the master disc rotates with a constant angular velocity, the power in the radiation beam should increase as a linear function of the radius of the track to be written in order to maintain a constant exposure dose. This slow variation of the power can be effected by modulator 14.

The effect of the mutual displacement of radiation spot 19 and master disc 3 during the recording of an area in the photoresist layer will be illustrated with reference to FIG. 3. When an area is recorded in the photoresist layer, the photoresist layer is irradiated by radiation spot 19. A dashed curve 25 in FIG. 3 represents the intensity profile of the radiation spot as a function of the location. The location x on the photoresist layer in the direction of movement of the radiation spot is plotted along the horizontal axis, the intensity I being plotted along the vertical axis. For the sake of simplicity, the intensity is represented as a bell-shaped curve, although the curve will generally have a so-called Airy profile, which is characteristic of a diffraction-limited radiation spot formed by a lens having a circular aperture. Curve 25 shows the profile at the instant at which the radiation beam is turned on to expose an area, and a curve 26 shows the profile at the end of the exposure after a displacement represented by an arrow 27. The exposure dose of the photoresist layer in the exposed area is the convolution of the intensity profile and the displacement thereof. The dose profile, which is the exposure dose as a function of the location, is represented by a solid curve 28 in the Figure, for which the exposure dose E is plotted along the vertical axis. The length of the exposed area in the situation shown is short in comparison with the diameter of the intensity profile of the radiation spot, which is referenced w in the Figure.

FIG. 3 also shows the situation for exposure of a comparatively long area. When exposure begins, the intensity profile is given by a dashed curve 29, which has the same shape as intensity profile 25; at the end, it is given by a curve 30, after the center of the profile has performed a travel represented by an arrow 31, whose length is greater than twice the diameter of intensity profile 29. The associated

5,790,512

9

dose profile, represented by a curve 32, has a flat maximum which is slightly higher than the maximum of curve 28. The maximum exposure dose of curve 32 is reached only in areas where the intensity profile has moved over a distance greater than approximately twice the diameter of the profile.

During the developing process, the exposed areas of the photoresist layer are dissolved in a developer liquid. The contrast curve of the photoresist dictates the relationship between the dissolution rate, also called development rate, and the exposure dose, as is shown in FIG. 4a. The top-right quadrant of the Figure shows a typical contrast curve 35 for a photoresist having a comparatively low contrast, the exposure dose E being plotted along the horizontal axis and the development rate D along the vertical axis. A threshold value 36 represents the exposure dose below which an exposure gives a negligibly small development rate. The bottom-right quadrant shows the dose profile of two areas, i.e., the exposure dose as a function of the location x on the photoresist layer. The maximum of dose profile 37 of the first area is slightly higher than the maximum of dose profile 38 of the second area, which difference may have been caused as explained with reference to FIG. 3. By means of the contrast curve shown in the top-right quadrant, the exposure doses in the bottom-right quadrant can now be translated into development rates shown in the top-left quadrant, which rates are again represented as a function of the location x on the photoresist layer. Thus, dose profiles 37 and 38 yield development profiles 39 and 40, respectively. During development, the photoresist layer dissolves at a rate proportional to the development profile. At the location of development profiles 39 and 40, this results in information areas in the form of pits in the photoresist layer, whose depth, length and width depend on the shape of the contrast curve and the development time. The exact shape of the pit is not determined entirely by the shape of the development profile but also depends on other factors in the development process. One of these factors is that the direction of the development rate is always perpendicular to a surface to be developed, so that at the beginning of the development process, the rate is perpendicular to the photoresist layer but is perpendicular to the inclined walls of a pit already formed. Since the thickness of the photoresist layer is generally equal to the desired depth of an information area or pit, which depth is comparatively small, a short development time already results in a pit of a depth equal to the thickness of the photoresist layer. Consequently, prolonged exposure will not cause the depth to change and only the length and width of the pit will increase proportionally to the development rate at a given location on the photoresist layer.

The length of a pit may be defined in various ways, for example, as the length of that part of a pit which has a depth equal to the thickness of the photoresist layer, or of that part of the pit situated between the positions at the leading and trailing edge where the depth is equal to half the thickness of the photoresist layer. For a given development process, this depth d, whose value depends on the adopted definition, is reached in a time t, which complies with t=d/D, where D is the development rate. The points of development profiles 39 and 40 which have been developed to a depth d in the time t are situated on a so-called development line, represented by a line 41 in FIG. 4a. After termination of the process, the developed pits have lengths represented by arrows 42 and 43. In the case of a longer development time, line 41 is situated at a lower development rate D because the product of t and D is constant for the development line, as this development line is associated with a particular, constant value of the depth d. As a result, the lengths of the

10

resulting pits increase. The slope of the walls of the pits is determined by the slope of profiles 39 and 40, where these profiles intersect line 41. Owing to the comparatively low threshold 36 in contrast curve 35, side lobes or minor lobes of the two profiles 37 and 38 may give rise to elongation of the pits. The slightly different exposure doses of profiles 37 and 38 in FIG. 4a result in two pits of different lengths, represented by arrows 42 and 43. Contrast curve 35 relates the development line to an exposure dose line 44 in the bottom-right quadrant of the Figure. Intersections 45 and 46 with dose profiles 37 and 38 represent the lengths of the ultimately formed pits. The lengths of arrows 45 and 46 are equal to those of arrows 42 and 43, respectively.

Similarly to FIG. 4a, FIG. 4b shows a relationship between exposure dose and development rate but now for a photoresist of high instead of low contrast. The high contrast manifests itself in the slope of contrast curve 35' and the high threshold 36'. Dose profiles 37 and 38 in FIG. 4b are equal to the dose profiles in FIG. 4a. However, the resulting development profiles 39' and 40', respectively, deviate considerably from profiles 39 and 40. In the first place, the steeper contrast curve results in steeper walls of the pits and hence in narrower pits. Moreover, owing to the high threshold 36', the side lobes of the two profiles 37 and 38 do not give rise to elongation of the pits. As a result, the pits thus formed can be smaller and can be packed more densely, so that the information density of the information carrier increases. Secondly, there is a substantial difference between the maximum development rates of the two profiles 39' and 40' in spite of the comparatively small difference between the maximum exposure doses of profiles 37 and 38. The fact that the small differences give rise to such a strong effect is due to the steepness of the contrast curve 35' and an exposure dose line 44' lying close to the maximum of the profiles 37 and 38. When a high-contrast photoresist is used, the length and width of the resulting pits will therefore depend strongly on the exact value of the exposure dose in the exposed areas. The pit formed by development profile 39' will be longer and wider than the pit formed by profile 40'. The differences between the shapes of the two pits depends, moreover, on the exact conditions of the development process. This is clarified by means of the extreme case shown in FIG. 4b, where, for a particular development process, development line 41' intersects development profile 39' and is situated above profile 40'. Profile 39' results in a pit developed to the required depth, whereas profile 40' yields a pit not having the required depth. The resulting variation in depth, width and length of the pits in the master disc is transferred to the information carriers by the replication process, and leads to an increased jitter during reading of the information carriers. Differences in exposure doses cannot be corrected by a change in development time during the development process.

The shape of the pits is influenced not only by the exposure dose, but also by the parameters of the development process. Aging of the photoresist used for the photoresist layer, a variation of the concentration of ingredients of the photoresist and a variation of the developer concentration all lead to a variation of the slope and threshold value of contrast curves 35 and 35'. This results in a change of development profiles 39, 40 and 39', 40', respectively. These changes can be corrected only partly by means of a longer or shorter development time.

In general, the information units to be recorded on the master disc have different durations, resulting in exposed areas of different lengths. The exposure dose for any arbitrary length of the exposed areas can be determined from a

5,790,512

11

convolution of the intensity profile of the radiation spot and the displacement of the radiation spot in the manner as described with reference to FIG. 3. After that, the development rate for the various areas can be determined via contrast curves 35 and 35' in FIGS. 4a and 4b, respectively. The desired length of the exposed areas in the photoresist layer is dictated by the desired information density and the information coding method. In order to obtain a high density, the length of the exposed areas is minimized. In some situations, it is desirable to record areas of a length shorter than twice the diameter of the radiation spot, i.e., shorter than the quotient of the radiation wavelength and the numerical aperture of the objective lens 18 in the case of an Airy intensity profile. A customary method of coding digital signals is the so-called eight-to-fourteen modulation (EFM). Hereinafter, the EFM coding has been used by way of example, but the invention is not limited to this coding. In the case of EFM coding, the length of time of the information units in the digital information signal is an integral multiple of a fixed basic time, which multiple lies between 3 and 11. A part of the information signal with a duration of a basic time is called a bit cell. The basic time can be translated into a basic length via the speed of movement of the radiation spot over the photoresist layer. The information units and the associated information areas are therefore designated I3 to I11, depending on their lengths. The information stored in the so-called Compact Disc is EFM coded.

FIG. 5 shows development profiles for EFM areas I3 to I11 having a basic length of 208 nm, for which a pulsed radiation spot with an Airy intensity profile and a constant power during the pulse, independent of the length of the areas to be recorded, and a high-contrast photoresist have been used. The profiles have been obtained during recording on a master disc with a high information density by means of a radiation beam whose sensitivity is 458 nm and an objective lens 18 with a numerical aperture of 0.45. The profiles shown apply to the axis of a track written by the radiation spot, x being the distance along this axis. In the Figure shows that the short areas I3, I4 and I5 in the center, i.e., for x=0, have a comparatively low development rate as compared with the longer areas. This is caused by the fact that the short areas have received a lower maximum exposure dose than the I6 and longer areas, where the maximum exposure dose as shown by curve 32 in FIG. 3 is reached. As a result of the convolution effect, as explained hereinbefore with reference to FIG. 3, the development rate for the short areas is substantially lower than for the long areas. If a development line 48 is situated at the level shown in FIG. 5 the lengths of the pits formed for I3, I4 and I5 areas appear to be substantially shorter than the lengths of the associated information units, i.e., 3, 4 and 5 times the basic length of the EFM coding, whereas the lengths of longer pits are slightly too short. The discrepancy between the deviations from the length of short pits and that of long pits renders the read signal generated by these pits highly unreliable. U.S. Pat. No. 5,040,165 discloses a method which improves the length of the short pits by making the power in the radiation beam higher during the recording of such short areas than during the recording of long areas. This results in a higher maximum exposure dose and a higher maximum development rate for the short areas. Although this known method yields an improvement of the length of the pits, the problem of a strong dependence of the pit shape on the exact exposure dose and on the value of the parameters of the development process, as described in the previous paragraph, persists.

According to the invention, the deviations from the desired length and width of the pits or information areas are

12

reduced considerably by using the dose profiles of all areas, both the short and the long ones, substantially the same maximum exposure dose. As a result of this, the maximum development rate of all the development profiles becomes the same so that no undesirable variations in pit length and width depending on the development process arise. "Substantially the same" means the same within about 3 percent. Should an exposure dose have become too high or too low for all the areas, correction is possible. If the dose is above the threshold, by slightly reducing or increasing the development time so as to obtain the desired shape of the resulting pits. The exposure method in accordance with the invention also reduces the dependence of the pit shape on development process parameters. The exposure method ensures that all development profiles 37, 38 have the same slope at the location of intersection with exposure dose line 44. If all development profiles become less high as a result of a change of the contrast curve, the pits become narrower and shorter to the same extent when the development conditions remain the same. During the development, the length of each pit can subsequently be increased by the same amount so as to obtain the desired length by slightly increasing the development time relative to the nominal development time.

FIG. 6 shows, for EFM coded signals I3 to I11, the development profiles as obtained by using the first write strategy in accordance with the invention, for which the maximum exposure doses in the exposed areas have been equalized. The power in the radiation beam depends on the length of the information unit in a manner as shown in FIG. 7, in which the number of basic lengths of the information unit has been plotted along the horizontal axis, and the normalized power P of the radiation beam along the vertical axis. The power for areas shorter than I6 increases as the length of the areas decreases. The decrease can be approximated mathematically by an exponential function. In the Figure, the power for I3 is 15% higher than for I11. The magnitude of the power for equal exposure doses can be calculated from the convolution of the intensity profile of the radiation spot and its displacement. The power in the laser beam in the example shown in FIG. 7 is modulated by changing the transmission of the modulator 14 in the laser beam. It is also possible to change the power of the laser beam by changing the repetition frequency of short pulses of laser radiation. The repetition frequency is so high that a series of such short pulses causes substantially the same irradiation pattern on the master disc as a single long pulse. A short information unit, such as an I3, is recorded with a higher repetition frequency of the short pulses than a long information unit, such as an I11. The higher repetition frequency increases the average power of the radiation beam, which is required for recording short information units.

A further advantage of the first strategy, apart from the insensitivity to variations in the development process parameters, is that the width of the pits is independent of the length of the pits, in contradistinction to the teaching of U.S. Pat. No. 5,040,165. If short pits are narrower than long pits, as in the case of recording without any write strategy, the read signal produced by the short pits will be comparatively small. If short pits are wider than long pits, as resulting from the write strategy known from said United States patent, the amplitude of the read signal originating from the short pits will be larger, but the jitter of the read signal will also be comparatively high. Moreover, as a result of this larger width, the tracks of the information carrier cannot be arranged sufficiently close to one another, which limits the increase in information density. It appears that the read

5,790,512

13

signal jitter is minimal in the case of an equal width for short
and long pits, which is the case when the first write strategy
in accordance with the invention is used.

Under certain circumstances, it may occur, depending on
the basic length of the information areas, the numerical
aperture of the optical system and the wavelength of the
radiation beam, that, in the case of the first write strategy, the
lengths of the resulting short pits are too great or the lengths
of the short pits are too small. In order to solve this problem,
the invention provides a second write strategy. In accordance
with this strategy, the exposure time for the long areas is first
of all slightly increased. Secondly, in order to maintain the
nominal location of the information area, exposure is
extended symmetrically both at the leading and the trailing
end of each long information unit. In the third place, the
development time is increased or reduced, if necessary, to
such an extent that the shortest information area has the
desired length of the information unit. Such a reduction or
increase of the development time, respectively, corresponds
to an upward or downward shift of development line 49 in
FIG. 6. This results in all the information areas being
shortened or extended. FIG. 8 shows the development
profiles for the areas I3 to I11 obtained with the second write
strategy. FIG. 9 shows the corresponding power of the
radiation beam as a function of the length of the information
units. As compared with FIG. 7, where the second write
strategy has not been used, it is clearly visible that with the
second write strategy, the actual exposure for the area I4 and
the longer areas begins before the beginning of the infor-
mation unit, i.e., before the length 0 on the horizontal axis
of the Figure. When the radiation power is delivered by a
beam of short pulses, the average power can be adjusted by
varying the repetition frequency of the pulses. The advance-
ment of the exposure for the longer information units can be
achieved by a change in the phase of the short pulses.

So far, only the effects which occur when isolated areas
are exposed have been considered. If the information density
is increased, problems will arise because not only the areas
themselves, but also, the distances between the areas
become smaller. The dose profiles of adjacent areas will then
overlap and the shape of the resulting information areas will
become dependent on the distance between adjacent areas.
FIG. 10 illustrates this effect for a series of pairs of adjacent
I3 dose profiles, an intermediate area being situated between
the two profiles of each pair, which intermediate area has a
length which is a multiple of the basic length, as indicated
in the Figure. The profiles correspond to an NA of 0.45 and
a λ of 458 nm, as for the master recorder described above,
and a basic length of 162 nm of the information units. The
most prominent effect is the comparatively high exposure
dose in the intermediate area. Moreover, there is a slight
increase of the maximum dose in the exposed areas them-
selves as the distance between the areas decreases. FIG. 11
shows the development profiles associated with the dose
profiles of FIG. 10 for a high-contrast photoresist. As a result
of the threshold of the contrast curve, the comparatively high
exposure dose in the intermediate area does not lead to an
increased development rate. Conversely, the slightly higher
maximum exposure dose of the areas which are closest to
one another leads to a significant increase of the maximum
development rate owing to the slope of the contrast curve.
As a result, pits which are situated close to one another
become too large.

This problem is solved by the use of a third write strategy,
in accordance with the invention, according to which the
power in the radiation beam for recording an area is adapted
to the distance from the previously written area and the area

14

to be written subsequently, in such a manner that the desired
constant exposure dose is obtained over the length of the
area. For each combination of the lengths of three consecu-
tive exposed areas and the two intermediate areas, it is,
therefore, required to calculate the power needed for writing
the central exposed area. Apart from the lengths of the
intermediate areas, allowance is to be made for the lengths
of the exposed areas themselves because the power of the
radiation beam and, hence, the effect of the overlap, in
accordance with the first write strategy depends on the
length of the areas. FIG. 12 shows, diagrammatically, the
power P of the radiation beam for recording a series of areas
in accordance with the third write strategy, where, for the
sake of clarity, the nominal power in a pulse is assumed to
be independent of the length of the pulse. Pulse 54 has the
nominal power because it is spaced so far from the adjacent
pulses that the dose profiles do not overlap. Pulse 55 has the
nominal power at its left side because of the large distance
from pulse 54. At the right-hand side, the power should be
reduced slightly because of the overlap of the associated
dose profile with that of the next pulse 56. Likewise, the
power at the left-hand side of pulse 56 must be reduced. The
magnitude of the power reduction can be determined from
the shape of the intensity profile of the radiation spot and the
distances between the pulses. Owing to the comparatively
short distance between pulse 56 and the following pulse 57,
both pulses should exhibit a comparatively large power
reduction over a larger distance, as is shown in the Figure.
The maximum power of pulse 57 does not reach the nominal
value because the pulse is comparatively short and the
adjacent pulses at both sides are situated at short distances.
It is not necessary to reduce the power of the pulses stepwise
as shown in the Figure. Reduction is also possible in
accordance with, for example, a straight line or a smooth
curve. In order to simplify implementation of the third write
strategy the power reduction may be applied only to those
pulse pairs which have the shortest spacing, for which
pulses, the overlap effect is strongest.

A fourth strategy provides an alternative solution for the
effect of too large information areas owing to a short
distance between them. In this strategy, the intermediate
areas are deliberately irradiated. The magnitude of the
exposure dose applied between the areas to be written
increases with the distance between these areas and remains
below the threshold of the contrast curve. The exposure of
these intermediate areas results in a dose profile having side
lobes at the location of the adjacent areas. The additional
exposure of an adjacent area is now provided both by the
side lobe of the dose profile of a preceding area and the side
lobe of the dose profile of the intermediate area. As the
distance between the two areas increases, the first contribu-
tion to the additional exposure decreases but, in accordance
with the invention, the second contribution increases so that
the additional exposure of the area to be recorded is inde-
pendent of the distance between the areas. The power in the
radiation beam during exposure of the intermediate areas
can be determined from the intensity profile of the radiation
spot. Each recorded area thus receives an additional expo-
sure dose at the beginning and at the end. The additional
exposure dose should be smaller than about three percent of
the constant, predetermined value of the exposure dose.
Consequently, each resulting information area is slightly
widened at the beginning and at the end. Since this widening
is the same for all the information areas, both long and short
ones, this will not result in a deterioration of the jitter. An
advantage of the fourth write strategy as compared with the
third strategy is that the power applied to the intermediate

Exhibit A, Page 19

5,790,512

15

areas depends only on the distance between the exposed
areas and not on the lengths of the areas to be written, as in
the third strategy. This simplifies power control in the master
recorder.

FIG. 13 represents, diagrammatically, the power in the
radiation beam during recording of a series of areas in
accordance with the fourth strategy. All the pulses have the
nominal power, which, for the clarity of the drawing, is
assumed to be independent of the length of the pulses. In the
intermediate area between pulses 59 and 60, the power is
maintained at a comparatively low value 61 for the required
additional exposure at the end of the pulse 59 and at the
beginning of the pulse 60. The distance between pulse 60
and the next pulse 62 is shorter than the distance between
pulses 59 and 60, so that power 63 between pulses 60 and
62 is consequently lower than power 61. The distance
between pulses 62 and 64 and between 64 and 65 is so small
that no additional exposure is required. FIG. 14 shows a
series of pairs of adjacent I3 dose profiles, each pair having
an intermediate area with a length as indicated in the Figure,
obtained by using the fourth strategy. The maximum expo-
sure doses in each of the recorded areas are equal and
independent of the distance between the two recorded areas.
On the other hand, the exposure doses in the intermediate
areas, i.e., around x=0, have increased in comparison with
the situation without this strategy as shown in FIG. 10. The
exposure doses in the intermediate areas are shown in FIG.
15, the values plotted along the vertical axis being expressed
in the same units as in FIG. 14. The dose for the shortest
intermediate area, i.e., I3, is zero. FIG. 16 shows develop-
ment profiles corresponding to the exposure doses in FIG.
14, for a photoresist with a steep contrast curve. All the
development profiles shown now have the same shape
independently of the distances between the profiles. The
information areas produced upon development will there-
fore have the same size. The development rate between the
profiles is substantially zero despite the comparatively high
development doses at these locations, as is apparent from
FIG. 14. This advantage is obtained owing to the compara-
tively high threshold value of a high-contrast photoresist.

The third strategy and the fourth strategy can be combined
advantageously to form a fifth strategy. This strategy is first
of all characterized in that the power of the radiation beam
in the intermediate areas has a comparatively low value,
which increases as the length of the intermediate areas
increases and, secondly, the power at the beginning and the
end of an area to be written has a fixed value slightly lower
than the nominal value. Exposure of the intermediate areas
results in a fixed additional exposure at the beginning and
the end of the areas, as explained for the fourth strategy.
Reduction of the power at the beginning and the end by a
fixed amount compensates for the additional exposure and
ensures that the exposure dose is constant over the length of
each area independently of the distance between the areas.
The resulting information areas consequently have equal
widths independently of the distance to adjacent areas.
Power control in the fifth strategy is just as simple as in the
fourth strategy because the power in the intermediate areas
depends only on the length of the intermediate areas and
because the power for all the areas to be recorded is
corrected in a similar way independently of the length of the
area and of the distances from adjacent areas.

FIGS. 6 and 8 show that the development profiles for
areas recorded in accordance with the first and the second
strategy, respectively, do not have a flat maximum but
exhibit slight deviations which depend on the length of the
areas. The deviations primarily affect the width of the

16

resulting information areas. In the case of the development
profile for, for example, the information area 111 in FIG. 8,
the development rate for x=0 is slightly higher than for
x=0,6 μm. The development profile in a direction perpen-
dicular to the x direction or write direction, i.e., in a direction
perpendicular to the plane of drawing, determines the width
of the information area. For x=0, this profile is therefore
wider than for x=0,6 μm. As a consequence, the resulting
information area for x=0 is wider than for x=0,6 μm. The
non-constant width of the information areas results in
increased jitter of the read signal. The cause for this is found
to reside in the effect the side lobes of the intensity profile
have on the convolution of the intensity profile with its
displacement, and in the highly non-linear contrast curve.
This will be explained with reference to FIG. 17. The upper
half of the Figure shows an intensity profile of a radiation
spot on the photoresist layer during the recording of an area,
the profile moving over a distance represented by an arrow
68 from the starting position of the peak 67 to the end
position indicated by peak 69. The base of the profile has
two side lobes 70, 71 which are characteristic of the first
bright ring of the Airy profile. The displacement of left-hand
side lobe 70 during recording is represented by an arrow 72
and that of right-hand side lobe by an arrow 73. The lower
half of the Figure shows the corresponding exposure dose on
the photoresist layer as a dose profile. The dose profile has
side lobes 74, 75 owing to the exposure by the side lobes 70
and 71 of the intensity profile. Portion 76 of the dose profile
is caused by exposure by both side lobe 70 and peak 67 of
the intensity profile, as is apparent from the overlap of
arrows 68 and 72. Portion 77 of the dose profile is a
summation of exposure by peak 67 and side lobe 71. A
central raised portion 78 of the dose profile is caused by
exposure with side lobe 70, side lobe 71 and peak 67 of the
intensity profile, as is apparent from the overlap of arrows
68, 72 and 73. Since the intensity profile is substantially
rotationally symmetrical, it will be evident that the exposure
dose in the central portion, which dose is slightly higher than
in adjacent portions 76 and 77, leads to a slightly wider dose
profile in a direction perpendicular to the plane of drawing
at the location of the central portion. This comparatively
small widening of the dose profile, which is caused by the
overlap of the exposure by side lobes 70, 71 of the intensity
profile, results in a substantial widening of the development
profile owing to the steep slope of the contrast curve. As a
consequence, the resulting information area will be wider
halfway its length than at the ends. In the case of displace-
ments of the radiation spot smaller than shown in FIG. 17,
dose profiles may arise with a central dip which represents
a local constriction of the resulting information areas. Such
width variations lead to increased jitter.

The above problem of width variations occurs increas-
ingly in master recorders having a filtered objective lens.
The purpose of filtering is to change the amplitude or the
phase of the radiation emerging from the objective lens in
such a manner that the cross-section of the radiation spot at
half the maximum intensity level is narrowed, which enables
recording with a high density. However, filtering causes the
power in the side lobes of the intensity profile of the
radiation spot to increase. This results in an increase of the
variations in the exposure doses and, hence, of the variations
in the width of the information areas. FIG. 18 shows an
example of variations in the development profiles for EFM
information units with a basic length of 162 nm recorded in
accordance with the second strategy in a photoresist having
a steep contrast curve, with λ=458 nm, an objective lens
with NA=0,45 and a filter comprising a circular 180° phase

5,790,512

| 17 | 18 |

plate disposed in the center of the pupil of the objective lens and having a radius equal to 0.3 times the radius of the pupil. It is obvious that in this case, the side lobes will affect both the width and the length of the resulting information areas.

The adverse effects of the side lobes on the information areas are compensated for if a sixth strategy according to the invention is used. The sixth strategy compensates for the additional exposure dose in the center of the areas which is caused by the side lobes of the intensity profile. The height of the side lobes and the distance from the side lobes to the peak of the intensity profile can be calculated fairly accurately from the wavelength, the numerical aperture of the objective lens, the intensity distribution over the pupil of the objective lens, and the shape of the phase plate, if present. By means of the convolution of the intensity profile with the displacement of this profile, it is possible to calculate the required power in the radiation beam at any instant during the displacement in order to obtain a constant exposure dose over the length of the area. A correction for the side lobes of the dose profiles, such as, for example, the side lobes 74 and 75 in FIG. 17, is not necessary because these are smaller than the threshold of the contrast curve and will give rise to a negligible development rate. FIG. 19 shows two examples of the effect of the sixth strategy. The upper half of this Figure shows the starting positions of two intensity profiles 80, 81 for recording a comparatively short and a comparatively long area, respectively. Arrows 82, 83 denote the respective displacements of the peak of the intensity profile during recording. Arrows 84, 85 and 86, 87 represent the displacements of the left-hand and right-hand side lobes of the intensity profiles. The lower half of the Figure shows the associated variation of the power P of the radiation beam as function of the displacement of the radiation spot over the photoresist layer for recording the short area and the long area. The broken lines in both power distribution profiles 88 and 89 represent the power in the case that no write strategy would have been used. The power distribution profile 88 for the short area shows that the power at the beginning and the end of the profile is lower than in the case of a profile without write strategy, indicated by a dashed line. The lengths of the two areas with reduced power correspond to the length of overlapping of arrows 82, 84 and 82, 86, respectively. When the long area is recorded, power distribution profile 89 is lowered over the entire length. An additional dip 90 in the center of the profile compensates for the three-fold overlap of arrows 83, 85 and 87. The three-fold overlap corresponds to raised portion 78 in the dose profile in FIG. 17.

The sixth strategy described above compensates for the effects of the side lobes of the intensity profile of the radiation spot. However, the compensation becomes less effective when the side lobes are more pronounced. Allowance is to be made for this in the design of the filter for the objective lens. Therefore, the phase plate is preferably not circular but elliptical. FIG. 20 shows a pupil 92 of the objective lens in which a 180° phase plate 93 is disposed, which phase plate comprises two semi-circular parts 94, 95 each having a radius r and a rectangular part 96 having a length 1. Owing to this shape, a part of the power in the side lobes is transferred from the horizontal direction in FIG. 19 to the vertical direction or, in relation to the write process, from the write direction to a direction perpendicular thereto. In this last-mentioned direction, side lobes have little effect on the development process because the total exposure dose in this direction remains below the threshold of the contrast curve. Another advantage of the elliptical phase plate is that the intensity loss produced by it is smaller than that pro-

duced by the circular phase plate for a similar narrowing of the central lobe. In accordance with the invention, the parameters r and 1 of the phase plate as a fraction of the pupil radius are in the range 0<r<0.4 and 0<1<0.5, and are preferably about r=0.18 and 1=0.3. The maximum intensity of the side lobes in the last-mentioned case is only approximately 40% of the maximum intensity of the side lobes in the vertical direction, i.e., in a direction perpendicular to the write direction.

The elliptical phase plate narrows the central lobe of the intensity profile in a similar way as the circular phase plate, so that short recorded areas can become even shorter. However, when long areas are exposed, the comparatively strong side lobes overlap with the central lobe so that an exposed area is elongated. The elongation can be used advantageously instead of, or in addition to, the elongation obtained with the second strategy, which also enables long areas to be prolonged. FIG. 21 shows the effect of the phase plate on the development profile of the comparatively long 19 information unit. A solid line 98 represents the development profile obtained without a phase plate, a dashed line 99 represents the profile obtained with the circular phase plate, and a dotted line 100 represents the profile obtained with the elliptical phase plate, a strategy in accordance with the invention being used in none of these cases. The Figure clearly shows the elongation of the profile caused by the circular phase plate. The elongation caused by the elliptical phase plate is slightly smaller owing to the smaller side lobes in the write direction. The sag in the peak of the development profile is 17% for the circular phase plate and only 8% for the elliptical phase plate. Consequently, compensation for profile 100 by the sixth strategy is easier than for profile 99. A dash-dot line 101 represents the compensated profile obtained with the circular phase plate. When very long structures such as, for example, tracking grooves are recorded it is advisable to rotate the elliptical phase plate through 90° in the plane of this plate so that the major axis of the phase plate extends in the write direction, in order to obtain narrower grooves.

The write strategies, in accordance with the invention, can each be used individually or in a combination of two or more strategies. By means of the write strategies, information areas can be obtained whose length is of the order of λ/(2NA). The use of the strategies yields information carriers of which substantially all the information areas have lengths which deviate less than 50 nm from the lengths of the associated information units. A relatively small number of information areas associated with defects of the information carrier may have larger deviations without impairing the operation of a reading device. The number depends on the strength of the error-correction capabilities of suitable reading devices and is, in general, of the order of 1 per mil of the total number of information areas. The length of an information unit can be derived from the duration of the information unit and the scanning speed of the reading device. The deviation often shows a Gaussian distribution. The standard deviation of the distribution, i.e., of the length, is less than 14 nm when the second strategy in accordance with the invention is used, and less than 10 nm when the second strategy is used in combination with one or more of the other strategies. The lengths of the intermediate areas have similar deviations from the desired lengths. The deviations of the lengths of information areas and intermediate areas on an information carrier from the information units associated with the information areas and the intermediate areas can be measured by means of a time interval analyzer and an optical scanning device suitable for reading the information carrier

5,790,512

19

under investigation. By means of such a measurement, it is
also possible to derive the lengths of the information units so
that said deviations can also be determined for an informa-
tion carrier of which the lengths of the information areas are
not given. The spread in width of the information areas is
less than 30 nm, i.e., the difference between the widest and
the narrowest information area on an information carrier is
smaller than 30 nm. apart from a few incorrectly formed
information areas. As the lower limit of the spread, 1 nm
may be taken by way of delimitation from Figures in the
literature showing information areas of exactly equal widths.
However, such Figures are not representative of the actual
situation and said literature does not yet recognize the
problem for which the present invention provides solutions.
The small deviations of the length and width of the infor-
mation areas obtained in accordance with the invention lead
to an acceptably low jitter in the read signal produced when
reading such information carriers.

To carry out the write strategies in accordance with the
invention, master recorder 2 shown in FIG. 2 should be
adapted in a special manner. Control device 10 should
convert input signals 9, representing the information to be
recorded, into output signal 11 in such a manner that
modulator 14 controlled by this device produces such a
power modulation of radiation beam 15 that the exposure
dose is constant over the lengths of the exposed areas. FIG.
22 shows an example of control device 10 which controls the
exposure dose in accordance with the second write strategy.
An analyzer circuit 103 derives, from the information units
in the input signal 9, a trigger signal 104, which indicates at
which instant an information unit starts, and a length signal
105, which is representative of the length of this information
unit. A pulse shaper circuit 106 subsequently generates a
pulsed signal 107 with the aid of the trigger and the length
signal. The start of each pulse in signal 107 is advanced
relative to the trigger signal by a time interval determined by
the length of the information unit. FIG. 9, which has been
discussed above, gives an example of the length-dependent
advancement of the output pulse for EFM coded information
units. The length of the output pulse has been extended
depending on the length of the information unit, of which
FIG. 9 also gives an example. An amplitude circuit 108
converts the length signal 105 into an amplitude signal 109
by means of which the power of the radiation beam is
controlled in a manner as shown, for example, in FIG. 9.
Finally, an amplitude modulator 110 generates a pulsed
output signal 11 whose pulse starting instants and lengths
depend on signal 107 and whose amplitudes depend on
amplitude signal 109. For EFM coded information units,
these pulses may have the shape as shown in FIG. 9. Output
signal 11 controls modulator 14 so as to control the power
in the radiation beam.

FIG. 23 shows a second embodiment of the control device
10', which controls the exposure dose in accordance with the
second, the fifth and the sixth write strategy. An analyzer
circuit 112 derives, from input signal 9, a first length signal
113, which represents the length and the starting instant of
an information unit in input signal 9, and a second length
signal 114, which represents the nominal distance between
the preceding and the current information unit. The first
length signal 113 is applied to an input of a memory circuit
115, in which pulse waveforms of different lengths and
amplitudes are stored. Depending on the value of the length
signal, a pulse waveform is selected and is output as an
output pulse in a signal 116. The beginning of the output
pulse has been shifted relative to the start of the information
unit and the length of the output pulse has been increased

20

relative to the length of this unit, both as prescribed by the
second strategy. The amplitude of the output pulse is varied
over the length of the pulse in a manner as prescribed by the
fifth and the sixth strategy. The second length signal 114 is
applied to an amplitude circuit 117, which, in accordance
with the fifth strategy, converts the length into a signal 118
whose amplitude depends on the value of the second length
signal and which represents the power in the radiation beam
between the recorded areas. An adder circuit 119 adds
signals 116 and 118 to form output signal 11.

24 shows a third embodiment of the control device 10",
which has a great flexibility regarding adaptation of the
write strategy. Moreover, it has the advantage that the
information units to be recorded can be processed real-time
at high speed because at several stages of the processing, the
data is processed in parallel instead of serially. The infor-
mation units of input signal 9 are input in a shift register 120.
The size of the shift register is 12 cells, suitable for pro-
cessing EFM coded signals. However, the register may have
any size required for a specific code. The information units
shift through the register at a rate of one bit cell per clock
pulse of a clock signal cl1. At each clock pulse, the contents
of the cells of the register are available at outputs Q1 to Q12
of the register. The outputs Q1 to Q12 are connected to
inputs of a coding circuit 121. The coding circuit produces
an output signal 122 each time the value of output Q11 is
different from the value of output Q12. At that instant, the
coding circuit determines the number of consecutive binary
'ones' or 'zeros' in the output signals up to Q11. If, for
example, the signals Q8 to Q12 have the values 01110, then
the coding circuit will detect an I3 information unit to be
recorded. The coding circuit assigns a unique code to the
combination of input signals of the circuit by means of a first
look-up table integrated in the coding circuit. The look-up
table has one entry for each series of 'ones' and for each
series of 'zeros' that may occur in the input signal 9.

The code is transmitted as a parallel output signal 122 to
a second look-up table 123. Look-up table 123 specifies, for
each code, a sequence of amplitude values to be transmitted
as output signal 11 to modulator 14. In order to be able to
provide sufficient time resolution in output signal 11, each
bit cell of the input signal 9 is divided in 32 consecutive
sub-cells. Therefore, look-up table 123 gives, for each code
at its input, a number of amplitude values at an output 124
equal to 32 times the number of bit cells belonging to the
code. The output of look-up table 123 is clocked with a clock
signal cl2, which is synchronized with clock signal cl1. The
code input in the look-up table 123 preferably comprises an
address and a length value. The address points to the location
of the first amplitude value in the look-up table pertaining to
the code, whereas the length indicates the number of ampli-
tude values pertaining to the code. Once a new code is
transmitted to look-up table 123, read-out starts at the
address transmitted and ends a number of clock cycles later
as indicated by the length transmitted. At the completion of
the read-out of the amplitude values pertaining to the code;
the next code is available at the input of the look-up table
123, and the next read-out cycle can start. The amplitude
values are symbolic values, indicating a level, e.g., high,
medium and low for a three-level amplitude control. The
control uses preferably 256 levels, each coded in 8 bits. The
amplitudes are transmitted as a 32-bit parallel output signal
124, i.e., four amplitude values in parallel. Clock signal cl2
runs therefore 32/4=8 times as fast as clock signal cl1.

Output signal 124 is demultiplexed from 32-bit to 8-bit
wide signals in demultiplexer 125, which runs on a clock
signal cl3, again synchronized with clock signal cl1 and

5,790,512

21

running 32 times as fast as cl1. The 8-bit parallel output
signal 126 of the demultiplexer are input in a relatively small
and fast look-up table 127. translating the symbolic ampli-
tude values at its input in real amplitude values at its output.
The output signal 128 of look-up table 127 is connected to
a fast digital-to-analog converter 129 transforming the digi-
tal input values to analog output values. The conversion rate
is equal to 32 times the frequency of clock signal cl1. The
analog output values constitute output signal 11 for control-
ling modulator 14 and hence, the power of the radiation
beam. Demultiplexer 125, look-up table 127 and converter
129 are commercially available in a single unit in the form
of a fast so-called video RAM-DAC.

The use of symbolic values in look-up table 123 has the
advantage that a write strategy can be implemented for all
information units in the input signal without regard to the
precise values of the amplitudes. The values of the ampli-
tudes are stored in look-up table 127, and can easily be
adapted to the specific recording and development
conditions, without modifying the rather extensive look-up
table 123. In case this flexibility is not needed, the real
amplitudes can be stored in look-up table 123, and look-up
table 127 can be dispensed with. Although the functioning of
control device 10" has been described for the implementa-
tion of the first strategy, only modifying the power of the
radiation beam, the other strategies according to the inven-
tion can equally be implemented in the control device. The
second write strategy may be implemented by increasing the
number of amplitude values pertaining to a code in look-up
table 123, thereby providing leading and trailing values as
required by this strategy. The number of amplitude values in
look-up table 123 for the intermediate areas must be reduced
accordingly. In the third strategy, the amplitudes depend on
the length of the area to be recorded and on the lengths of
the preceding and following intermediate areas. An imple-
mentation must therefore comprise a shift register of a
length equal to the longest area to be recorded plus twice the
length of the longest intermediate area, i.e., 33 cells for an
EFM input signal. The coding circuit must give a unique
code to each combination of an area to be recorded and the
two neighboring intermediate areas.

FIG. 25 shows a fourth embodiment of the control device
10", in which the shift register 123 of the third embodiment
is replaced by a counter 130. The counter counts the number
of consecutive binary zeros and ones in the input signal 9.
At a transition from zero to one in the input signal, the
counting starts. At the next one to zero transition, the
counting stops, the contents of a first register 131 is trans-
ferred to a second register 132, next, the count, representing
the length of the information unit, is transferred from the
counter 130 to the first register 131, and counter 130 is set
to zero. At said one to zero transition in the input signal,
counter 130 starts counting the number of consecutive zeros
in the input signal. At the following zero to one transition,
this number of zeros is transferred to register 131 after the
contents of this register have been transferred to register
132. Consequently, the outputs of register 131, register 132
and counter 130 represent the length of an information area
to be recorded and the lengths of the preceding and the
following intermediate areas, respectively; or the lengths of
an intermediate area and the preceding and following infor-
mation areas. When the control device is adapted for the first
write strategy, i.e., the power of the radiation beam for
writing an information area is modified independent of the
length of the neighboring intermediate areas, only the output
of the counter or one of the registers is needed. When the
control device is adapted for the third write strategy, in

22

which the power does depend on the lengths of the neigh-
boring intermediate areas, the outputs of counter 130, reg-
ister 131 and register 132 are needed.

The outputs of counter 130, register 131 and register 132
are connected to a first look-up table 133, where they form
an address. The entry of the look-up table belonging to the
address contains an address and a length value, comparable
to the entries of the look-up table in the coding circuit 121
of the third embodiment of the coding device. The address
and length value are transferred to a second look-up table
135 via a first-in first-out (FIFO) buffer 134. Each address
value points to a specific location in the second look-up
table. At each location, i.e., for each information area or
intermediate area, a sequence of amplitude values corre-
sponding to radiation beam powers is stored. The length of
the sequence is equal to the length value given by the first
look-up table. The amplitude values are symbolic values, for
instance coded in 256 levels, as in look-up table 123 of the
third embodiment. The time resolution of the control device
is increased by providing several amplitude values, e.g., 32,
for each bit cell of the input signal 9. When the duration of
a bit cell is, for instance, 250 ns, the second look-up table
provides 32 8-bit values to be output in this 250 ns. The
clock frequency of the amplitude values 32 bits in parallel,
outputting the amplitude values 32 bits in parallel.

The amplitude values of the second look-up table are
input in a combined demultiplexer, third look-up table and
digital-to-analog converter, which may be a so called video
RAM-DAC 136. The demultiplexer changes the 32-bit wide
input signals to four serial 8-bit wide signals, thereby
increasing the clock frequency of the signals by a factor of
four. The symbolic amplitude values represented by the 8-bit
wide signals are converted to real amplitude values by the
third look-up table. The fast digital-to-analog converter
changes the digital real amplitude values to analog ampli-
tude values at a rate of 32 times the rate of the bit cells in
the input signal 9. The analog amplitude values constitute
output signal 11 for controlling modulator 14 and hence the
power of the radiation beam.

A phase-locked loop circuit 137 generates a clock signal
138 with a frequency 32 times the bit cell frequency of the
input signal 9. Clock signal 138 is used as input for the
RAM-DAC 136. FIFO buffer 134 at the output of the first
look-up table 133 buffers the address and length values from
table 133 before they are input to look-up table 135. The
buffer compensates timing variations in clock signal 138
introduced by circuit 137. The buffer 134 also compensates
the difference between the rate at which the address and
length values are generated by the first look-up table 133 and
the rate at which the values are needed at the input of the
second look-up table 135. When, for example, in the input
signal 9, an I11 information unit is followed by an I3
intermediate area, the address and length value for the I11
area is generated immediately after the end of the I11, and
three bit cell times later, the address and length value for the
I3 intermediate area is generated. When the I11 address and
length value is input to the second look-up table 135, it takes
11 bit cell times to output all amplitude values. Only after all
amplitude values have been output, the I3 address and length
value can be input in the second look-up table. Hence, the I3
address and length value must wait about 8 bit cell times in
buffer 134.

The fourth embodiment of the control device has the same
flexibility for adaptation to write strategy and codes as the
third embodiment.

It will be apparent from the above description that the
strategies in accordance with the invention can be used in

5,790,512

23

any desired combination and implemented in control device 10 of the master recorder 2. Generally, more strategies will have to be used as the density of the information to be recorded increases. It has been found that the use of these strategies enables master discs having an information density four times as high as that of a conventional Compact Disc to be recorded by means of a master recorder designed for recording master discs for these conventional Compact Discs.

Although the strategies in accordance with the invention offer substantial advantages when high-contrast photoresists are used, they will also yield advantages, even though smaller, when low-contrast photoresists are used. Recording information in a master disc is essentially a special form of writing patterns with closely spaced details by means of a radiation beam in a photoresist layer on a substrate which is also used for manufacturing, for example, diffraction gratings. Therefore, the method and information carrier described above are to be understood to include such methods and substrates.

We claim:

1. An optical information carrier comprising a substrate having information units stored thereon, in which the information units are stored on the substrate in the form of information areas each having a length, wherein the lengths of substantially all information areas deviate less than 50 nm from the lengths of the associated information units.

2. An optical information carrier comprising a substrate having information units stored thereon, in which the information units are stored on the substrate in the form of information areas each having a length, wherein the difference between the lengths of the information areas and the lengths of the associated information units have a standard deviation of less than 10 nm.

3. An optical information carrier comprising a substrate having information units stored thereon, in which the information units are stored on the substrate in the form of

24

information areas, each having a length, and intermediate areas between adjacent information areas, each of said intermediate areas also having a length, wherein the lengths of substantially all intermediate areas deviate less than 50 nm from the distances between the associated information units.

4. An optical information carrier comprising a substrate having information units stored thereon, in which the information units are stored on the substrate in the form of information areas, each having a length, and intermediate areas between adjacent information areas, each of said intermediate areas also having a length, wherein the differences between the lengths of the intermediate areas and the lengths of the associated information units have a standard deviation of less than 10 nm.

5. An optical information carrier comprising a substrate having information units stored thereon, in which the information units are stored on the substrate in the form of information areas each having a width, characterized in that the spread in width of the information areas is smaller than 30 nm.

6. An optical information carrier according to claim 1, in which the information areas are pits in a layer of the optical information carrier.

7. An optical information carrier according to claim 2, in which the information areas are pits in a layer of the optical information carrier.

8. An optical information carrier according to claim 3, in which the information areas are pits in a layer of the optical information carrier.

9. An optical information carrier according to claim 4, in which the information areas are pits in a layer of the optical information carrier.

10. An optical information carrier according to claim 5, in which the information areas are pits in a layer of the optical information carrier.

* * * * *

# EXHIBIT B

1                                                          38878

# DVD VIDEO DISC AND DVD ROM DISC PATENT LICENSE AGREEMENT

This Agreement is entered into this ___1st___ day of ___July_____, 2002 by and between

KONINKLIJKE PHILIPS ELECTRONICS N.V., having its registered office in Eindhoven, The Netherlands, (hereinafter referred to as "Philips")

and

NATIONAL FILM LABORATORIES, INC. d/b/a CREST NATIONAL, having its registered office in 6721 Romaine Street, Hollywood, CA 90038 (hereinafter referred to as "Licensee")

WHEREAS, Philips, Sony Corporation of Japan ("Sony"), Pioneer Corporation of Japan ("Pioneer"), Hitachi Ltd. of Japan, Matsushita Electric Industrial Co. Ltd. of Japan, Mitsubishi Electric Corporation of Japan, Thomson Multimedia of France, Time Warner Entertainment Company L.P. of the USA, Toshiba Corporation of Japan, and Victor Company of Japan Ltd. of Japan, have defined a new system, which has been presented under the name DVD-Video System, as well as a system, which has been presented under the name DVD-ROM System, said systems hereinafter defined, and collectively referred to as the "DVD Systems";

WHEREAS, the DVD Systems result from research and development efforts of each of the companies mentioned above;

WHEREAS, the DVD Systems specifications and the right to use the DVD logo can be obtained from the entity known as the DVD Format/Logo Licensing Corporation, based in Tokyo, Japan;

WHEREAS, Philips, Sony and Pioneer each own certain patents relating to the DVD Systems;

WHEREAS, Philips has been authorized by Sony and Pioneer to grant licenses under certain patents relating to the DVD Systems, which are owned or controlled by Sony and its Associated Companies (as hereinafter defined) and by Pioneer and its Associated Companies respectively, as well as such patents relating to the DVD Systems which are jointly owned by Pioneer, Sony and/or Philips, while Sony and Pioneer each retain the right also to license their respective patents relating to the DVD Systems separately so that interested manufacturers may opt to take out individual licenses under the relevant patents of each of Philips, Sony and Pioneer instead of a combined license;

WHEREAS, Licensee has requested from Philips a license under the relevant patents of Philips, Sony and Pioneer relating to DVD-Discs and wishes such DVD-Discs to be compatible with devices conforming to the DVD Standard Specifications for any of the relevant DVD Systems; and

WHEREAS, Philips is willing to grant Licensee a license under the relevant patents on the conditions set forth herein;

2

NOW, THEREFORE, in consideration of the mutual obligations and covenants hereinafter set forth, the parties hereto have agreed as follows:

### Article 1 - Definitions

The following terms used in this Agreement shall have the meanings set out below:

1.01 "Disc" shall mean a non-recordable reflective disc-shaped information carrier comprising any kind of information including, but not limited to, audio, video, text and/or data related information, which is irreversibly stored in one or more information layers during and as an integral part of the manufacturing process of the disc in a form which is optically readable by playback devices using a laser-beam.

1.02 "DVD-Video Disc" shall mean a replicated Disc comprising any kind of information including, but not limited to, audio, video, text, and/or data related information, encoded in digital form, which is optically readable by a DVD-Video Player and by a DVD-ROM Player (as hereinafter defined) and which conforms to the DVD-Video Standard Specifications and the DVD-ROM Standard Specifications, parts 1, 2 and 3 (as hereinafter defined).

1.03 "DVD-ROM Disc" shall mean a replicated Disc comprising any kind of information including, but not limited to, audio, video, text, and/or data related information, encoded in digital form, which is optically readable by a DVD-ROM Player (as hereinafter defined) and which conforms to the DVD-ROM Standard Specifications (as hereinafter defined).

The DVD-Video Disc and DVD-ROM Disc together are referred to as "DVD-Disc".

1.04 "DVD-Video System" shall mean the Digital Versatile Disc Video System which is capable of storing and reproducing video and sound signals in digital form on DVD-Video Discs.

1.05 "DVD-ROM System" shall mean the Digital Versatile Disc ROM System which is capable of storing and reproducing data signals in digital form on DVD-ROM Discs.

1.06 "DVD-ROM Standard Specifications" shall mean the specifications for the DVD-ROM System, as specified in the document "DVD Specification for Read-Only Disc, version 1.0 (parts 1 and 2)" of August 1996, or any updated version thereof, as issued by the DVD Format/Logo Licensing Corporation.

1.07 "DVD-Video Standard Specifications" shall mean the specifications for the DVD-Video System, as specified in the document "DVD Specification for Read-Only Disc, version 1.0 (part 3)" of August 1996, or any updated version thereof, as issued by the DVD Format/Logo Licensing Corporation.

The DVD-ROM Standard Specifications and the DVD-Video Standard Specifications together are referred to as the "DVD Standard Specifications".

1.08 "Player" shall mean a playback device for optically reading information stored on a Disc and converting such information into electrical signals for reproduction purposes.

3

1.09   **"DVD-Video Player"** shall mean a Player capable of reproducing information stored on a DVD-Video Disc and converting such information into electrical signals, in accordance with the DVD Standard Specifications, which electrical signals are directly capable and intended to be used for visual reproduction through standard television receivers and/or video monitors. Such DVD-Video Player may, in addition to reproducing information on a DVD-Video Disc, also be capable of reproducing information stored on a CD-Audio Disc.

1.10   **"DVD-ROM Player"** shall mean a Player capable of reproducing information stored on a DVD-ROM Disc and/or a DVD-Video Disc and converting such information into electrical signals, in accordance with the DVD-ROM Standard Specifications or the DVD Standard Specifications, which electrical signals are directly capable and intended to be used for reproduction of video, text and data-related information through data handling and/or data processing equipment. Such DVD-ROM Player may, in addition to reproducing information stored on a DVD-Disc, also be capable of reproducing information stored on a CD-Audio Disc and/or a CD-ROM Disc.

The DVD-Video Player and DVD-ROM Player together referred to as "DVD-Player".

1.11   **"Licensed Product(s)"** shall mean a DVD-Video Disc and/or a DVD-ROM Disc, having either a single or dual information layer(s) (which is/are readable from one side of the disc) or two single or dual information layers (which are readable from opposite sides of the disc), manufactured and/or sold in accordance with the provisions hereof, which has been duly reported and on which the royalties due hereunder are paid in accordance with the provisions of this Agreement.

1.12   **"Licensed Patents"** shall mean the patents listed in the relevant Exhibits as selected by Licensee pursuant to Option A and B below.

Option A: Licensee chooses the essential patents listed in Exhibit I, for the use of any one or more of these patents, exclusively for the manufacture and/or sale of DVD-ROM Discs.

Option B: Licensee chooses the essential patents listed in Exhibit II, for the use of any one or more of these patents, exclusively for the manufacture and/or sale of DVD-Video Discs.

Option(s):       o A       o B       ☒ A and B       (please tick as appropriate)

Initial: _____

The term **"essential"** as used in relation to patents in this Agreement shall refer to patents, the use of which is necessary (either directly or as a practical matter) for compliance with the Standard Specifications defining the relevant DVD Systems.

Philips will commission an independent patent expert to review the European, Japanese and US patents listed as essential in Exhibits I and II in order to confirm the essentiality of such

4

patents. In the event that said independent expert would find that any of the patents would
not qualify as essential as defined in this Agreement, Philips shall delete such patent (as well as
the equivalent national patents) from the relevant Exhibit and such patent will be put on the
relevant Exhibit of non-essential patents. Any such finding and deletion however, shall not
affect the obligation of Licensee to pay the royalty on each Licensed Product as specified in
Article 4.02, provided that, in the event that none of the Licensed Patents would be infringed
by the manufacture of Licensed Products within the Territory, Licensee shall have no
obligation to pay royalties in respect of Licensed Products manufactured within the Territory
and which are directly sold for final use within the Territory or directly exported for final use
to a country in which no Licensed Patents subsist. Notwithstanding such deletion, Licensee
shall retain the right to continue the use of such deleted patent(s) in accordance with this
Agreement, without any additional payment, unless Licensee explicitly notifies Philips in
writing of its decision to waive such right.

In the event that Philips or Sony or Pioneer (or any of their Associated Companies) would
have additional patents (other than patents acquired from third parties after the date of
January 1, 1997) in their respective patent portfolio which are essential to the manufacture,
sale or other disposal of Licensed Products and which have a filing date or are entitled to a so-
called priority date prior to January 1, 1997, but which have not been listed as essential patents
in the respective Exhibits hereto, Philips will notify Licensee accordingly and such additional
patents will be added to the Licensed Patents. Any patents as may be added as essential
patents to any of the respective Exhibits hereto, will similarly be subject to the review by the
independent patent expert in accordance with the preceding paragraph.

The patent lists provided to Licensee upon execution of the Agreement are subject to change
in accordance with the provisions of this Agreement. With regard to the rights granted to
Licensee hereunder, the patent lists published by Philips on its website
(www.licensing.philips.com) or otherwise communicated by Philips to Licensee after the date
of execution hereof shall prevail over the lists provided to Licensee upon execution of this
Agreement.

1.13   **"Associated Company"** shall mean any one or more business entities (1) owned or
controlled by Philips, Sony, Pioneer or Licensee, (2) owning or controlling Philips, Sony,
Pioneer or Licensee, or (3) owned or controlled by the business entity owning or controlling
Philips, Sony, Pioneer or Licensee at the material time. For the purposes of this definition a
business entity shall be deemed to own and/or to control another business entity if more than
50% (fifty per cent) of the voting stock of the latter business entity, ordinarily entitled to vote
in the election of directors, (or, if there is no such stock, more than 50% (fifty per cent) of the
ownership of or control in the latter business entity) is held by the owning and/or controlling
business entity.

For the purpose of this Agreement, Discovision Associates shall not be deemed an Associated
Company of Pioneer.

1.14   **"Territory"** shall mean the geographic area known as the United States of America, its
territories and possessions.

5

## Article 2 - Grant of rights

Subject to the conditions of this Agreement:

2.01    For the term of this Agreement, Philips hereby grants to Licensee a non-exclusive, non-
transferable license under the Licensed Patents selected by Licensee pursuant to Article 1.12
to manufacture Licensed Products within the Territory in accordance with the relevant DVD
Standard Specifications and to sell or otherwise dispose of Licensed Products so
manufactured in all countries of the world.

2.02    Philips, also on behalf of Sony and Pioneer, further agrees, for as long as this Agreement is in
force and effect and Licensee is in full compliance with its obligations hereunder, to grant
Licensee upon Licensee's request a non-exclusive, non-transferable license, either by means of
a sub-license arrangement or by means of individual licenses from Philips, Sony and/or
Pioneer respectively, on reasonable, non-discriminatory conditions, to manufacture Licensed
Products in the Territory and to sell or otherwise dispose of Licensed Products so
manufactured in all countries of the world, under any patents not yet licensed hereunder and
which are essential to the manufacture, sale or other disposal of Licensed Products, for which
Philips, Sony and Pioneer and their respective Associated Companies have or may hereafter
acquire from third parties the free right to grant licenses. It is acknowledged and agreed that
in respect of the patents as may be licensed pursuant to this Article 2.02, additional royalties
may have to be paid over and above the royalties specified in Article 4.02.

2.03    Philips, also on behalf of Sony and Pioneer, further agrees, for as long as this Agreement is in
force and effect and Licensee is in full compliance with its obligations hereunder, to grant
Licensee upon Licensee's request as well as to those of Licensee's Associated Companies who
so request, a non-exclusive, non-transferable license, on reasonable, non-discriminatory
conditions, either by means of a sub-license arrangement or by means of individual licenses
from Philips, Sony and/or Pioneer respectively, to manufacture DVD-Players and to sell or
otherwise dispose of such DVD-Players so manufactured in all countries of the world, under
any and all present and future patents essential to the manufacture, sale or other disposal of
DVD-Players for which Philips, Sony and/or Pioneer and their respective Associated
Companies have or may hereafter acquire the free right to grant licenses.

2.04    In consideration of the undertakings set forth in Articles 2.01, 2.02 and 2.03 and similar
undertakings by third party licensees of Philips and without prejudice to the provisions of
Article 10, for a period of ten years from the Effective Date (as hereinafter defined) Licensee
agrees to grant to Philips, Sony, Pioneer and their respective Associated Companies and to
other third parties who have entered or will enter into a license agreement with Philips or an
Associated Company of Philips concerning DVD-Discs, non-exclusive, non-transferable
licenses, on reasonable, non-discriminatory conditions comparable to those set forth herein,
to manufacture, sell or otherwise dispose of DVD-Discs, under any and all present and future
patents, for which Licensee or its Associated Companies have or may hereafter acquire the
right to grant licenses and which are essential to the manufacture, sale or other disposal of
such DVD-Discs as correspond with the Licensed Patents selected by Licensee pursuant to
Article 1.12 and which patents were first filed in any country of the world prior to the date of
termination of this Agreement. For the avoidance of doubt, the undertaking set out in the

6

preceding sentence shall only apply to those companies which have made the same selection pursuant to Article 1.12 as Licensee and which in that respect accept or have accepted a similar undertaking as contained in this Article 2.04.

2.05    In addition, in consideration of the undertakings set forth in Articles 2.01, 2.02 and 2.03 and similar undertakings by third party licensees of Philips or any of its Associated Companies and without prejudice to the provisions of Article 10, for a period of ten years from the Effective Date, Licensee agrees to grant to Philips, Sony, Pioneer and their respective Associated Companies and to other third parties who have entered or will enter into a license agreement with Philips or an Associated Company of Philips concerning DVD-Players, non-exclusive, non-transferable licenses, on reasonable, non-discriminatory conditions, to manufacture, sell or otherwise dispose of such DVD-Players under any and all present and future patents, for which Licensee or its Associated Companies have or may hereafter acquire the right to grant licenses and which are essential to the manufacture, sale or other disposal of such DVD-Players and which patents were first filed in any country of the world prior to the date of termination of this Agreement. For the avoidance of doubt, the undertaking set out in the preceding sentence shall only apply to those companies which accept or have accepted a similar undertaking as contained in this Article 2.05.

2.06    Philips undertakes that it will offer, at the request of any of Licensee's Associated Companies to any such Associated Company, a non-exclusive and non-transferable license under the Licensed Patents on reasonable and non-discriminatory conditions comparable to those set forth herein, to manufacture, sell or otherwise dispose of DVD-Discs.

In consideration of Philips' undertaking as set out in the preceding paragraph, Licensee undertakes that all of its Associated Companies which have or may hereafter acquire patents essential to the manufacture, sale or other disposal of DVD-Discs and which patents were first filed in any country of the world prior to the date of termination of this Agreement, shall make available licenses under such patents, on reasonable, non-discriminatory conditions comparable to those set forth herein to Philips, any of Philips' Associated Companies and to other third parties who have entered or will enter into a license agreement with Philips or an Associated Company of Philips in respect of DVD-Discs.

2.07    IT IS EXPRESSLY ACKNOWLEDGED AND AGREED THAT:

(I)    THE LICENSES AND LICENSE UNDERTAKINGS HEREIN
       CONTAINED WITH RESPECT TO THE MANUFACTURE OF LICENSED
       PRODUCTS DO NOT EXTEND TO METHODS OR THE MANUFACTURE OR
       SALE OF EQUIPMENT FOR COMPRESSION AND/OR DECOMPRESSION OF
       AUDIO SIGNALS (INCLUDING BUT NOT LIMITED TO THE SYSTEM
       KNOWN AS MPEG-2 AUDIO) OR FOR THE COMPRESSION OR
       DECOMPRESSION OF VIDEO SIGNALS IN ACCORDANCE WITH THE
       SYSTEM KNOWN UNDER THE NAME MPEG-2 VIDEO, NOR TO MASTER
       RECORDING MACHINES, MACHINES, EQUIPMENT OR METHODS FOR THE
       REPLICATION OF DISCS, NOR TO THE MANUFACTURE OF MATERIALS OR
       REPRODUCTION RIGHTS FOR INFORMATION (SUCH AS AUDIO, VIDEO,
       TEXT AND/OR DATA-RELATED INFORMATION), CONTAINED ON DISCS

7

TO BE PLAYED BACK ON A PLAYER/RECORDER. FURTHER, THE LICENSE UNDERTAKINGS WITH RESPECT TO THE MANUFACTURE OF RECORDING/PLAYBACK DEVICES DO NOT EXTEND TO THE MANUFACTURE OF COMPONENTS FOR RECORDING/PLAYBACK DEVICES (INCLUDING BUT NOT LIMITED TO SEMICONDUCTOR DEVICES, INTEGRATED CIRCUITS, LASERS, MOTORS AND LENSES), EXCEPT FOR PATENTS RELATING TO CIRCUITRY AND/OR SYSTEM ASPECTS SPECIFIC TO THE DVD SYSTEMS;

(II)   THE RIGHTS AND LICENSES GRANTED UNDER THIS AGREEMENT APPLY ONLY TO SUCH PART OF A COMBINATION OF ONE OR MORE LICENSED PRODUCTS OR DVD PLAYERS WITH ANY OTHER ELEMENTS, PRODUCTS, SYSTEMS, EQUIPMENT OR SOFTWARE WHICH IS IN COMPLIANCE WITH THE DVD STANDARD SPECIFICATIONS.

## Article 3 – Have made

3.01   The rights granted to Licensee pursuant to Article 2 include the right for Licensee to have Licensed Products made for it by third party manufacturers, duly licensed by Philips under an agreement similar to this Agreement, provided that Licensee will properly identify such third party manufacturer in the royalty reporting forms to be submitted to Philips hereunder, together with the quantities of Licensed Products so purchased.
Conversely, Licensee shall refrain from purchasing or selling DVD-Video Discs and/or DVD-ROM Discs manufactured by any third party not licensed by Philips, where such purchase or sale would constitute an act of infringement of any of the Licensed Patents.

## Article 4 - Royalties, Reports and Payments

4.01   In consideration of the rights granted by Philips, Licensee shall, upon execution of this Agreement, make a non-refundable payment of US$ 10,000 (ten thousand US Dollars) to Philips. From this amount of US$ 10,000, an amount of US$ 5,000 (five thousand US Dollars) shall be regarded as an advance payment against royalties payable pursuant to Article 4.02.

4.02   In further consideration of the rights granted hereunder by Philips to Licensee, Licensee agrees to pay to Philips a royalty on each Licensed Product sold by Licensee in which any one or more of the Licensed Patent(s) is (are) used, irrespective of whether such Licensed Patent(s) is (are) used in the country of manufacture, sale or other disposal.

This royalty shall amount to US$ 0.05 (five US Dollar cents) for each such Licensed Product.

Provided that Licensee is in full compliance with its obligations under this Agreement, and subject to Article 5.01, the royalty applicable to Licensed Products sold after July 1, 2002 shall amount to US$ 0.0375 (three and three quarters of a US Dollar cent) instead of the aforementioned rate of US$ 0.05 for each Licensed Product. In the event that Licensee fails to

8

comply at any time with any of its obligations hereunder, a royalty rate of US$ 0.05 shall apply to Licensee's manufacture and sale of Licensed Products instead of the royalty rate of US$ 0.0375, with immediate effect from the moment of such non-compliance until such moment that Licensee's non-compliance will have been remedied in full.

A Licensed Product shall be considered sold when invoiced or, if not invoiced, when delivered to a party other than Licensee.

No royalties shall be payable on Licensed Products purchased by Licensee on a "have made" basis in accordance with Article 3 from third party manufacturers, duly licensed by Philips, provided that Licensee can demonstrate to Philips' satisfaction, that such third party manufacturer has paid to Philips the royalties due in respect of such Licensed Products.

For the avoidance of doubt, in the event that the manufacture by Licensee of Licensed Products within the Territory would not infringe any of the Licensed Patents, Licensee shall have no obligation to pay royalties in respect of Licensed Products manufactured within the Territory and which are directly sold for final use within the Territory or directly exported for final use to a country in which no Licensed Patents subsist.

4.03    Within 30 days following 31 March, 30 June, 30 September and 31 December of each year during the term of this Agreement, Licensee shall submit to Philips (even in the event that no sales have been made) a written statement in the form as attached hereto as Exhibit C3 (Royalty Reporting Form), signed by a duly authorized officer on behalf of Licensee, setting forth with respect to the preceding quarterly period:

(1)    the quantities of DVD-Discs manufactured by Licensee specified per individual type of DVD-Disc;

(2)    the quantities of DVD-Discs purchased from other licensed manufacturers in accordance with the provisions of Article 3, specified per individual type of DVD-Disc;

(3)    on a per-country basis, specifying for each individual type of DVD-Disc:

(a)    the quantities of DVD-Discs sold or otherwise disposed of, specifying the identity of the buyers and the trademarks used on or in connection with the DVD-Discs;

(b)    the quantities of DVD-Discs sold to other manufacturers, duly licensed by Philips, specifying the identity of such other manufacturers and the trademarks used on or in connection with the DVD-Discs;

(4)    a computation of the royalties due under this Agreement.

Licensee shall pay the royalties due to Philips within 30 days after the end of each quarterly period, in US Dollars.

9

4.04    In the event that Licensee fails to submit to Philips a Royalty Reporting Form for any royalty
reporting period within 30 days from the end of the relevant reporting period in accordance
with the provisions of Article 4.03, Licensee shall be obliged to pay to Philips within 30 days
after the end of the relevant quarterly period for which the Royalty Reporting Form was not
submitted, an estimated royalty (hereinafter referred to as an "Advance"), being an amount
equal to the highest amount of royalties due for any royalty reporting period over the
preceding eight royalty reporting periods (or over all preceding royalty reporting periods if
fewer than eight). Such payment shall be treated as a non-refundable advance, primarily
against the royalties and interest for the relevant royalty reporting period and then, if any sum
remains, against any future royalties or other payments payable by Licensee hereunder.
Licensee acknowledges and agrees that any Advance shall not be due by way of penalty but
that such payment shall constitute a non-refundable advance as aforesaid. For the avoidance
of doubt: such payment shall be payable without any further notice or action by Philips, legal
or otherwise, and shall take effect by virtue of the failure to submit a Royalty Reporting Form
on time; the payment by Licensee of an Advance shall not affect Licensee's obligation to
submit a Royalty Reporting Form; the payment by Licensee of an Advance shall be without
prejudice to any other rights or remedies of Philips, including, without limitation, Philips' right
to charge 2% interest per month on overdue payments (including overdue payments of the
Advance), and Philips' right to terminate this Agreement in accordance with its provisions.
The Advance will not be set off against other sums due to Philips until a Royalty Reporting
Form has been submitted in respect of the relevant royalty reporting period. In respect of any
royalty reporting period for which an Advance has been paid and the Royalty Reporting Form
subsequently submitted, Philips will first set off against the Advance all royalties and interest
due for that period. Any remaining sum from the Advance will be set off against further
royalty, interest or Advance payments due to Philips hereunder (if any).

4.05    Licensee shall submit to Philips, once per calendar year, an audit statement by its external
auditors, who shall be public certified auditors, confirming that the quarterly royalty
statements as submitted by Licensee to Philips for the last four quarterly periods, are true,
complete and accurate in every respect. Such statement must meet Philips' requirements as
specified in the Audit Guidelines attached hereto as Exhibit C1 and shall be submitted to
Philips within 90 days following the end of Licensee's financial year. The correctness of this
audit statement shall be verified by Philips by means of a work paper review, conducted by
one of the public certified auditors selected by Philips. Notwithstanding this audit statement,
Philips reserves the right to inspect the books and records of Licensee from time to time in
accordance with Article 4.10.

4.06    Within 30 days following the expiration or termination of this Agreement, Licensee shall
submit to Philips a certified report on the number of Licensed Products in stock at the time of
expiration or termination of this Agreement. Royalties, calculated in accordance with Article
4.02, shall be due and payable on all Licensed Products manufactured prior to, but remaining
in stock with Licensee on the date of expiration or termination of this Agreement. For the
avoidance of doubt, this Article 4.06 shall be without prejudice to the provisions of Article
10.06.

10

4.07    Any payment under this Agreement which is not made on the date(s) specified herein, shall accrue interest at the rate of 2% (two per cent) per month (or part thereof) or the maximum amount permitted by law, whichever is lower.

4.08    All payments to Philips under this Agreement shall be made by transfer in such currency, convertible in the sense of Articles VIII and XIX of the Articles of Agreement of the International Monetary Fund, as designated by Philips. The rate of exchange for converting the currency of the Territory shall be the telegraphic transfer selling rate of the designated currency as officially quoted in the Territory by the officially authorized foreign exchange bank for payment of currency transactions on the day that the amount is due and payable.

4.09    All costs, stamp duties, taxes and other similar levies arising from or in connection with the conclusion of this Agreement shall be borne by Licensee. However, in the event that the government of a country imposes any income taxes on payments made by Licensee to Philips hereunder and requires Licensee to withhold such tax from such payments, Licensee may deduct such tax from such payments. In such event, Licensee shall promptly provide Philips with tax receipts issued by the relevant tax authorities so as to enable Philips to support a claim for credit against income taxes which may be payable by Philips and/or its Associated Companies in The Netherlands and to enable Philips to document, if necessary, its compliance with tax obligations in any jurisdiction outside The Netherlands.

4.10    In order that the royalty statements provided for in this Article 4 may be verified, Licensee shall keep complete and accurate books and records and shall keep the books and records available for a period of 5 years following the manufacture, sale or other disposal of each Licensed Product.

        In order to verify the correctness of the aforementioned royalty statements, Philips shall have the right to inspect the books and records of Licensee from time to time. Any such inspection shall take place no more than once per calendar year and shall be conducted by a public certified auditor appointed by Philips. Philips shall give Licensee written notice of such inspection at least 7 days prior to the inspection. Licensee shall willingly co-operate and provide all such assistance in connection with such inspection as Philips and/or the auditor may require. The inspection shall be conducted at Philips' own expense, provided that in the event that Licensee has failed to submit royalty statements and/or yearly written statement(s) by its external auditors, as provided for in Article 4.03 and Article 4.05, in respect of the period to which the inspection relates or in the event that any discrepancy or error exceeding 3% (three per cent) of the monies actually due is established, the cost of the inspection shall be borne by Licensee, without prejudice to any other claim or remedy as Philips may have under this Agreement or under applicable law.

        Philips' right of inspection as set out in this Article 4.10 shall survive termination or expiration of this Agreement.

4.11    Without prejudice to the provisions of Article 4.10, Licensee shall provide all relevant additional information as Philips may reasonably request from time to time, so as to enable Philips to ascertain which products manufactured, sold or otherwise disposed of by Licensee

are subject to the payment of royalties to Philips hereunder, the patents which have been used in connection with such products, and the amount of royalties payable.

4.12    As a condition precedent to the entry into force of this Agreement, Licensee shall submit to Philips a royalty statement in respect of DVD-Discs manufactured and sold or otherwise disposed of by Licensee before the Effective Date of this Agreement in accordance with the provisions of Article 4.03. Within 7 days following the execution of this Agreement, Licensee shall pay to Philips the royalties on such DVD-Discs, calculated by applying the royalty rate of US$ 0.05 for each such DVD-Disc. The royalty statement shall similarly be subject to Philips' right of audit as set out in Article 4.10. Within 45 days following the execution of this Agreement, Licensee shall submit to Philips an audit statement by its external auditors, who shall be public certified auditors, confirming that this royalty statement is true, complete and accurate in every respect.

## Article 5
## Manufacturing Equipment Identification System

5.01    Upon signing of the Agreement, Licensee shall submit to Philips an overview of its manufacturing equipment used for the manufacture of Licensed Products. Further, upon any acquisition, transfer or disposal of manufacturing equipment used for the manufacture of Licensed Products, Licensee shall submit to Philips details of any such adjustment(s) to its manufacturing equipment. Further, Licensee shall submit to Philips an overview containing all adjustments to its manufacturing equipment during the preceding year, together with and confirmed by the audit statement referred to in Article 4.05. Such overview shall be in the form as attached hereto as Exhibit C2 (Manufacturing Equipment List), signed by a duly authorized officer on behalf of Licensee. The royalty rate of US$ 0.0375 referred to in Article 4.02 shall only apply to Licensed Products manufactured by Licensee using manufacturing equipment properly identified in the Manufacturing Equipment List and shall be conditional upon Licensee submitting to Philips the audit statement meeting Philips' requirements as set out in the Audit Guidelines, in accordance with the provisions in Article 4.05. In the event that Licensee puts into use newly acquired manufacturing equipment (i.e. manufacturing equipment acquired after May 6, 2002) which has been used for the manufacture of Licensed Products prior to the acquisition by Licensee, the royalty rate of US$ 0.0375 shall only apply if Licensee can demonstrate to Philips' full satisfaction, that the newly acquired manufacturing equipment originates from and has been used by a company which was properly licensed by Philips for the manufacture of Licensed Products and in full compliance with its obligations under its license agreement at the time of the acquisition of the newly acquired manufacturing equipment by Licensee. In the event that Licensee is unable to comply with the requirements under this Article 5.01, a royalty rate of US$ 0.05 shall apply to Licensee's manufacture and sale of Licensed Products instead of the royalty rate of US$ 0.0375.

## Article 6 - Most Favourable Conditions

6.01    In the event that licenses under the patents referred to in Article 2 are granted by Philips for Licensed Products to a third party under substantially similar conditions, but at a royalty rate

12

more favourable than the rate payable by Licensee under this Agreement, Licensee shall be
entitled to the same royalty rate as applicable to such third party, provided always that this
right of Licensee shall not apply in respect of cross-license agreements or other agreements
providing for a consideration which is not exclusively based on payment of royalties and
further provided that this right of Licensee shall not apply in respect of licenses or other
arrangements made pursuant to a court decision or the settlement of a dispute between
Philips and a third party, irrespective of the nature of such dispute, the terms of the court
decision or the settlement terms.

### Article 7 – No Warranty and Indemnification

7.01    Philips makes no representation or warranty as to the ability of Licensee to achieve
interchangeability with respect to Licensed Products. Philips makes no warranty whatsoever
that the use of information supplied by Philips does not infringe or may not cause
infringement of any industrial or intellectual property rights owned or controlled by third
parties, or any industrial or intellectual property rights owned or controlled by Philips, Sony,
Pioneer or their respective Associated Companies not licensed pursuant to Article 2.

7.02    It is acknowledged by Licensee that third parties may own industrial and/or intellectual
property rights in the field of DVD-Discs. Licensee acknowledges and agrees that Philips,
Sony, Pioneer and their respective Associated Companies make no warranty whatsoever that
the manufacture, sale or other disposal of any Licensed Product does not infringe or will not
cause infringement of any industrial and/or intellectual property rights other than the
Licensed Patents. Philips, Sony, Pioneer and their respective Associated Companies shall be
fully indemnified and held harmless by Licensee from and against any and all third party
claims in connection with DVD-Discs manufactured, sold or otherwise disposed of by
Licensee.

### Article 8 - Confidentiality

8.01    Licensee shall, during the term of this Agreement as specified in Article 10.01 and for a period
of 3 years thereafter, not disclose to any third party any information acquired from Philips or
any of Philips' Associated Companies in connection with this Agreement, or use such
information for any other purpose than the manufacture or disposal of Licensed Products in
accordance with this Agreement. This obligation shall not apply to the extent information so
acquired:

(a)    was known to Licensee prior to the date on which such information was acquired
from Philips or any of Philips' Associated Companies, as shown by records of
Licensee or otherwise demonstrated to Philips' satisfaction;

(b)    is or has become available to the public through no fault of Licensee;

(c)    was or is received from a third party who was under no confidentiality obligation in
respect of such information.

13

8.02    Philips shall, during the term of this Agreement as specified in Article 10.01 and for a period of 3 years thereafter, not disclose to any third party any confidential information obtained in connection with Article 4.03, Article 4.05 and/or Article 5, except that Philips may disclose such information to its external auditors, legal representatives and to the competent courts to the extent this is necessary for Philips in connection with the enforcement of its rights hereunder. Further, Philips shall not use such information for other purposes than to verify Licensee's compliance with its royalty reporting and payment obligations as provided in this Agreement and to enforce Philips' rights hereunder. Philips' obligations set out in this paragraph shall not apply to information referred to in sections a, b and/or c of Article 8.01.

### Article 9 -- No Assignment

9.01    This Agreement shall inure to the benefit of and be binding upon each of the parties hereto and their respective assignees. It may not be assigned in whole or in part by Licensee without the prior written consent of Philips.

### Article 10 - Term and Termination

10.01    This Agreement shall enter into force on the "Effective Date", being the date first written above. In the event that validation of this Agreement is required by the competent governmental authorities, the Effective Date shall be the date of such validation. This Agreement shall remain in force for a period of 10 years from the Effective Date, unless terminated earlier in accordance with the provisions of this Article 10.

10.02    Without prejudice to the provisions of Article 10.03 through 10.06, each party may terminate this Agreement at any time by means of written notice to the other party in the event that the other party fails to perform any obligation under this Agreement and such failure is not remedied within 30 days after receipt of a notice specifying the nature of such failure and requiring it to be remedied. Such right of termination shall not be exclusive of any other remedies or means of redress to which the non-defaulting party may be lawfully entitled and all such remedies shall be cumulative. Any such termination shall not affect any royalties or other payment obligations under this Agreement accrued prior to such termination.

10.03    Philips may terminate this Agreement forthwith by means of notice in writing to Licensee in the event that a creditor or other claimant takes possession of, or a receiver, administrator or similar officer is appointed over any of the assets of Licensee or in the event that Licensee makes any voluntary arrangement with its creditors or becomes subject to any court or administration order pursuant to any bankruptcy or insolvency law.

10.04    Additionally, insofar as legally permitted, Philips may terminate this Agreement at any time by means of written notice to Licensee in case Licensee or an Associated Company of Licensee has been found liable by a competent court or administrative authority to have committed a serious act of piracy with respect to copyrights of third parties.

14

10.05   Philips shall have the right to terminate this Agreement forthwith or to revoke the license
        granted under any of Philips', Sony's or Pioneer's respective patents in the event that Licensee
        or any of its Associated Companies brings a claim for infringement of any of its essential
        patents relating to DVD-Discs or DVD Players against Philips, Sony, Pioneer or any of their
        respective Associated Companies and Licensee refuses to license such patents on fair and
        reasonable conditions.

10.06   Upon the termination of this Agreement by Philips for any reason pursuant to Article 10.02
        through 10.05, Licensee shall immediately cease the manufacture, sale or other disposal of
        DVD-Discs in which any one or more of the Licensed Patents are used. Further, upon such
        termination, any and all amounts outstanding hereunder shall become immediately due and
        payable.

10.07   All provisions of this Agreement which are intended to survive (whether express or implied)
        the expiry or termination of this Agreement, shall so survive.

### Article 11 - Miscellaneous

11.01   Any notice required under this Agreement to be sent by either party shall be given in writing
        by means of a letter or facsimile directed:

        in respect of Licensee, to:

        National film Laboratories, Inc. d/b/a/ Crest National
        6721 Romaine Street
        Hollywood, CA 90038


        in respect of Philips, to:

        Koninklijke Philips Electronics N.V.
        c/o Philips International B.V.
        Intellectual Property & Standards - Legal Department
        P.O. Box 80002, Building SFF-8
        5600 JB Eindhoven
        The Netherlands
        Fax.+31 40 2734131

        with a copy to:

        U.S. Philips Corporation
        580 White Plains Road
        Tarrytown, New York 10591

        or such other address as may have been previously specified in writing by either party to the
        other.

11.02   This Agreement sets forth the entire understanding and agreement between the parties as to the subject matter hereof and supersedes and replaces all prior arrangements, discussions and understandings between the parties relating thereto. Neither party shall be bound by any obligation, warranty, waiver, release or representation, except as expressly provided herein, or as may subsequently be agreed in writing between the parties.

11.03   Nothing contained in this Agreement shall be construed:

(a)   as imposing on either party any obligation to instigate any suit or action for infringement of any of the patents licensed hereunder or to defend any suit or action brought by a third party which challenges or relates to the validity of any such patents. Licensee shall have no right to instigate any such suit or action for infringement of any of the patents licensed by Philips hereunder, nor the right to defend any such suit or action which challenges or relates to the validity of any such patent licensed by Philips hereunder;

(b)   as imposing any obligation to file any patent application or to secure any patent or to maintain any patent in force;

(c)   as conferring any license or right to copy or imitate the appearance and/or design of any product of Philips, Sony, Pioneer or any of their Associated Companies;

(d)   as conferring any license to manufacture, sell or otherwise dispose of any product or device other than a Licensed Product.

11.04   Neither the failure nor the delay of either party to enforce any provision of this Agreement shall constitute a waiver of such provision or of the right of either party to enforce each and every provision of this Agreement.

11.05   Should any provision of this Agreement be finally determined void or unenforceable in any judicial proceeding, such determination shall not affect the operation of the remaining provisions hereof, provided that, in such event, Philips shall have the right to terminate this Agreement by written notice to Licensee.

11.06   This Agreement shall be governed by and construed in accordance with the laws of The State of New York.

Any dispute between the parties hereto in connection with this Agreement (including any question regarding its existence, validity or termination) shall be submitted to any state or federal courts in The State of New York, provided always that, in case Philips is the plaintiff, Philips may at its sole discretion submit any such dispute either to the state or federal courts in the venue of Licensee's registered office, or to any of the state or federal courts in the Territory having jurisdiction. Licensee hereby irrevocably waives any objection to the jurisdiction, process and venue of any such court and to the effectiveness, execution and enforcement of any order or judgment (including, but not limited to, a default judgment) of any such court in relation to this Agreement, to the maximum extent permitted by the law of

16

any jurisdiction, the laws of which might be claimed to be applicable regarding the effectiveness, enforcement or execution of such order or judgment.

AS WITNESS, the parties hereto have caused this Agreement to be signed on the date first written above.

KONINKLIJKE PHILIPS ELECTRONICS N.V.

NATIONAL FILM LABORATORIES, INC. d/b/a/CREST NATIONAL

Name:

Title: H. Sakkers
by proxy

Date:

Name:

Title: SVP

Date: 10/23/02

Exhibit I to the DVD Video Disc and ROM Disc Patent License Agreement

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| AR | N 014746 | 331023 | 15-Feb-95 | | 254412 | 27-Jul-15 | EFM+ channel coding |
| AR | N 014752 | 331070 | 17-Feb-95 | | 255358 | 21-Nov-16 | Block format error interleaving |
| AR | N 015093 | 334224 | 14-Nov-95 | | AR000131 | 14-Nov-95 | Disc size on disc |
| AT | N 014361 | 92030684.1 | 24-Dec-93 | 0605924-A3 | E181614 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| AT | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | E173110 | 01-Feb-15 | EFM+ channel coding |
| AT | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | E195033 | 14-Feb-15 | Block format error interleaving |
| AT | N 014950 | 94203621.1 | 14-Dec-94 | 0660314-A1 | E198386 | 14-Dec-14 | Mastering write strategy |
| AT | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-B1 | E193782 | 08-Nov-15 | Data structure indicator in sector header |
| AT | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | E192878 | 31-Oct-15 | Disc size on disc |
| AT | N 015452 | 96926845.3 | 26-Aug-96 | 0789910-A1 | E201627 | 26-Aug-16 | DC control for EFM+ |
| AT-EP | N 014988 | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical aberration control |
| AT-EP | N 015471 | 95938001.5 | 06-Dec-95 | 0745255-A1 | | 06-Dec-15 | Layer number info on disc |
| AU | N 014746 | 95-14240 | 01-Feb-95 | 95-14240 | 692822 | 01-Feb-15 | EFM+ channel coding |
| AU | N 014752 | 95-15449 | 14-Feb-95 | 95-15449 | 689203 | 14-Feb-15 | Block format error interleaving |
| AU | N 015087 | 95-37081 | 08-Nov-95 | 95-37081 | 690751 | 08-Nov-15 | Data structure indicator in sector header |
| AU | N 015093 | 96-36720 | 31-Oct-95 | | 689669 | 31-Oct-15 | Disc size on disc |
| AU | N 015452 | 96-66667 | 26-Aug-96 | 70391 | 703791 | 26-Aug-16 | DC control for EFM+ |
| BE | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| BE | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| BE | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| BE | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| BE | N 015452 | 96926845.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| BE-EP | N 014986 | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical aberration control |
| BG | N 014746 | 100774 | 01-Feb-95 | | 62105 | 01-Feb-15 | EFM+ channel coding |
| BG | N 015093 | 100723 | 31-Oct-95 | | 62105 | 31-Oct-15 | Disc size on disc |
| BR | N 014746 | PI9506787.6 | 01-Feb-95 | PI9506787.6 | PI9506787.6 | 01-Feb-15 | EFM+ channel coding |
| BR | N 014746 A | PI95107401.0 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| BR | N 014746 B | PI9510741.0 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| BR | N 015087 | PI9508932.2 | 08-Nov-95 | PI9508932.2 | | 08-Nov-15 | Data structure indicator in sector header |
| BR | N 015093 | PI9506826.8 | 31-Oct-95 | PI9506826.8 | | 31-Oct-15 | Disc size on disc |
| BW | N 014752 | 98-00054 | 22-Apr-98 | | BWP/99/00014 | 22-Apr-18 | EFM+ channel coding |
| BW | N 014752 | 98-00046 | 21-Apr-98 | | BWP/98/00023 | 21-Apr-18 | Block format error interleaving |
| BW | N 015452 | 98-00063 | 22-Apr-98 | | BWP/99/00022 | 22-Apr-18 | DC control for EFM+ |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 1 of 8                                                                 Printdate   Friday, June 07, 2002

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| CA | N 014746 - | 2183355 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| CA | N 014752 - | 2180572 | 14-Feb-95 | | | 14-Feb-15 | Block format error interleaving |
| CA | N 015087 - | 2181480 | 08-Nov-95 | | | 08-Nov-15 | Data structure indicator in sector header |
| CA | N 015462 - | 2205565 | 25-Aug-95 | | | 25-Aug-16 | DC control for EFM+ |
| CA | Q 088053 - | 591452 | 17-Feb-89 | | 1320571 | 20-Jul-10 | Affixing readable information on RO-disc |
| CH | N 014746 - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| CH | N 014752 - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| CH | N 015087 - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| CH | N 015093 - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| CN | N 014351 - | 93121735.0 | 31-Dec-93 | 1090688-A | | 31-Dec-13 | Interlayer crosstalk for Multilayer |
| CN | N 014746 - | 95192574.1 | 01-Feb-95 | 1155349-A | | 01-Feb-15 | EFM+ channel coding |
| CN | N 014752 - | 95190261.X | 14-Feb-95 | 1125994-A | | 14-Feb-15 | Block format error interleaving |
| CN | N 014752 A | UNKNOWN | 14-Feb-95 | | | 14-Feb-15 | Block format error interleaving |
| CN | N 014950 - | 94120798.6 | 23-Dec-94 | 1119323-A | | 23-Dec-14 | Mastering write strategy |
| CN | N 014896 - | 95190979.7 | 16-Aug-95 | 1136357-A | 1083131 | 16-Aug-15 | Multilayer with spherical abberation control |
| CN | N 015087 - | 95191995.4 | 08-Nov-95 | 1143423-A | | 08-Nov-15 | Data structure indicator in sector header |
| CN | N 015093 - | 96191258.5 | 31-Oct-96 | 1138917-A | | 31-Oct-15 | Disc size on disc |
| CN | N 015452 - | 98191244.8 | 26-Aug-98 | 1168225-A | | 26-Aug-15 | DC control for EFM+ |
| CN | N 015471 - | 95192103.7 | 05-Dec-95 | 1144011-A | | 05-Dec-15 | Layer number info on disc |
| CN | N 014746 - | 98-PV2389 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| CZ | N 014896 - | 98-PV1174 | 16-Aug-95 | | 289539 | 16-Aug-15 | Multilayer with spherical abberation control |
| CZ | N 015093 - | 98-PV2044 | 31-Oct-95 | | 288682 | 31-Oct-15 | Disc size on disc |
| DE | N 013547 - | 91203264.5 | 12-Dec-91 | 0498192-A3 | 69125264.5 | 12-Dec-11 | System for Multilayer optical disc |
| DE | N 013547 A | 95202620.1 | 12-Dec-91 | 0756273-A1 | 69133021.2 | 12-Dec-11 | System for Multilayer optical disc |
| DE | N 014351 - | 93203884.1 | 24-Dec-93 | 0605924-A3 | 69325437.8 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| DE | N 014746 - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 69905784.4 | 01-Feb-15 | EFM+ channel coding |
| DE | N 014752 - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 69522880.3 | 14-Feb-15 | Block format error interleaving |
| DE | N 014769 - | 95910709.5 | 21-Mar-95 | 0702827-A1 | 69425482.2 | 21-Mar-15 | DC-free channel code |
| DE | N 014950 - | 94206521.1 | 14-Dec-94 | 0660314-A1 | 69517413.4 | 14-Dec-14 | Mastering write strategy |
| DE | N 015087 - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 69517413.4 | 08-Nov-15 | Data structure indicator in sector header |
| DE | N 015093 - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 69518845.2 | 31-Oct-15 | Disc size on disc |
| DE | N 015462 - | 96925645.3 | 25-Aug-96 | 0789910-A1 | 696125955.8 | 25-Aug-16 | DC control for EFM+ |
| DE | Q 088053 - | 89102618.9 | 16-Feb-89 | 0329122-A1 | 68902201.0 | 16-Feb-09 | Affixing readable information on RO-disc |
| DE-EP | N 013547 B | 01204396.4 | 12-Dec-91 | 1187116-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| DE-EP | N 014896 - | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical abberation control |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate   Friday, June 07, 2002

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|
| DE-EP | N 015471 | - | 95939001.5 | 05-Dec-95 | 0745255-A1 | 0745254 | 05-Dec-15 | Layer number Info on disc |
| DK | N 014746 | - | 95905746.4 | 01-Feb-95 | 0745254-A1 | | 01-Feb-15 | EFM+ channel coding |
| DK | N 014752 | - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| DK | N 015087 | - | 95934799.8 | 09-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure Indicator In sector header |
| ES | N 014746 | - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| ES | N 014752 | - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 2126577 | 14-Feb-15 | Block format error Interleaving |
| ES | N 015087 | - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure Indicator In sector header |
| ES | N 015093 | - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| ES | N 015452 | - | 98928545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| FI | N 014746 | - | 963151 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| FR | N 013547 | - | 912032B4.6 | 12-Dec-91 | 0496132-A3 | 0496132 | 12-Dec-11 | System for Multilayer optical disc |
| FR | N 013547 | A | 96202520.1 | 12-Dec-91 | 0756273-A1 | 0756273 | 12-Dec-11 | System for Multilayer optical disc |
| FR | N 014351 | - | 93203884.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| FR | N 014746 | - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| FR | N 014752 | - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| FR | N 014789 | - | 93910709.5 | 21-Mar-96 | 0702827-A1 | 0702827 | 21-Mar-15 | DC-free channel code |
| FR | N 014950 | - | 94203621.1 | 14-Dec-94 | 0660314-A1 | 0660314 | 14-Dec-14 | Mastering write strategy |
| FR | N 015087 | - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure Indicator In sector header |
| FR | N 015093 | - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| FR | N 015452 | - | 98928545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| FR | Q 089053 | - | 89102818.9 | 16-Feb-89 | 0329122-A1 | 0329122 | 16-Feb-09 | Affixing readable Information on RO-disc |
| FR-EP | N 013547 | B | 01204396.4 | 12-Dec-91 | 1187116-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| FR-EP | N 014896 | - | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical abberation control |
| FR-EP | N 015471 | - | 95938001.5 | 05-Dec-95 | 0745255-A1 | | 05-Dec-15 | Layer number Info on disc |
| GB | N 013547 | - | 91203284.6 | 12-Dec-91 | 0496132-A3 | 0496132 | 12-Dec-11 | System for Multilayer optical disc |
| GB | N 013547 | A | 96202520.1 | 12-Dec-91 | 0756273-A1 | 0756273 | 12-Dec-11 | System for Multilayer optical disc |
| GB | N 014351 | - | 93203884.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| GB | N 014746 | - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| GB | N 014752 | - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error Interleaving |
| GB | N 014789 | - | 93910709.5 | 21-Mar-96 | 0702827-A1 | 0702827 | 21-Mar-15 | DC-free channel code |
| GB | N 014950 | - | 94203621.1 | 14-Dec-94 | 0660314-A1 | 0660314 | 14-Dec-14 | Mastering write strategy |
| GB | N 015087 | - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure Indicator In sector header |
| GB | N 015093 | - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| GB | N 015452 | - | 96928545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 28-Aug-16 | DC control for EFM+ |
| GB | Q 089053 | - | 89102818.9 | 16-Feb-89 | 0329122-A1 | 0329122 | 16-Feb-09 | Affixing readable information on RO-disc |

*All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| GB-EP | N 013547 B | 01204396.4 | 12-Dec-91 | 1187115-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| GB-EP | N 014986 | 99927046.3 | 18-Aug-95 | 0729829-A1 | | 16-Aug-15 | Multilayer with spherical abberation control |
| GB-EP | N 015471 | 95938001.5 | 06-Dec-95 | 0745255-A1 | | 06-Dec-15 | Layer number info on disc |
| GR | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| GR | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| GR | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| GR | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| GR | N 015452 | 96926546.3 | 26-Aug-96 | 0789910-A1 | 3036397 | 26-Aug-16 | DC control for EFM+ |
| HK | N 014351 | 98114078.9 | 24-Dec-93 | 1012766-A 1012766-A1 | HK1012766 | 23-Dec-13 | Interlayer crosstalk for Multilayer |
| HK | N 014746 | 98114079.8 | 01-Feb-95 | 1012767-B1 1012767-B | HK1012767 | 31-Jan-15 | EFM+ channel coding |
| HK | N 014752 | 98114633.7 | 14-Feb-95 | 1013358-A 1013358-B | HK1013358 | 13-Feb-15 | Block format error interleaving |
| HK | N 014799 | 98114634.6 | 21-Mar-95 | 1013359-A 1013359-B | HK1013359 | 20-Mar-15 | DC-free channel code |
| HK | N 014986 | 98114894.9 | 16-Aug-95 | 1013386-A 1013386-A | | 16-Aug-15 | Multilayer with spherical abberation control |
| HK | N 015087 | 98114322.5 | 08-Nov-95 | 1013719-A 1013719-B | HK1013719 | 07-Nov-15 | Data structure indicator in sector header |
| HK | N 015093 | 98114348.7 | 31-Oct-95 | 1013722-A 1013722-A | HK1013722 | 30-Oct-15 | Disc size on disc |
| HK | N 015432 | 98103968.7 | 26-Aug-96 | 1004699-A 1004699-A | | 26-Aug-16 | DC control for EFM+ |
| HU | N 014746 | P9802247 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| HU | N 015093 | P9801955 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| HU | N 015452 | P9801354 | 26-Aug-96 | | | 26-Aug-16 | DC control for EFM+ |
| ID | N 014746 | P-950245 | 15-Feb-95 | | ID0005313 | 15-Feb-15 | EFM+ channel coding |
| ID | N 014752 | P-950246 | 16-Feb-95 | | | 16-Feb-15 | Block format error interleaving |
| ID | N 015452 | P-950251 | 02-Sep-96 | 016.164A | ID0005386 | 28-Aug-16 | DC control for EFM+ |
| ID | N 015452 | P-962496 | 02-Sep-96 | | | 16-Feb-15 | DC control for EFM+ |
| IE | N 014746 | 96905746.4 | 01-Feb-95 | 0745264-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| IE | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| IE | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| IE | N 015452 | 96925545.3 | 28-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| L | N 015452 | 120740 | 26-Aug-96 | | 120740 | 26-Aug-16 | DC control for EFM+ |
| IN | N 014746 A | 98-1577 | 13-Feb-95 | | 185349 | 13-Feb-09 | EFM+ channel coding |
| IN | N 014746 B | 98-1578 | 13-Feb-95 | | 184753 | 13-Feb-09 | EFM+ channel coding |
| IN | N 014746 C | 99-312 | 13-Feb-95 | | | 13-Feb-09 | EFM+ channel coding |
| IN | N 014752 | 95-141 | 14-Feb-95 | | | 13-Feb-09 | Block format error interleaving |
| IN | N 014752 A | 99-505 | 14-Feb-95 | | | 14-Feb-09 | Block format error interleaving |
| IN | N 015452 | 96-1530 | 28-Aug-96 | | | 28-Aug-16 | DC control for EFM+ |
| IT | N 014351 | 93203684.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| IT | N 014746 | 95905746.4 | 01-Feb-96 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate    Friday, June 07, 2002

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| IT | N 014752 | 95907127.5 | 14-Feb-95 | 0688270-A1 | 0688270 | 14-Feb-15 | Block format error interleaving |
| IT | N 014789 | 95910709.5 | 21-Mar-95 | 0702827-A1 | 0702827 | 21-Mar-15 | DC-free channel code |
| IT | N 015087 | 95934799.6 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| IT | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| IT | N 015452 | 96926845.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| IT | Q 088053 | 89102618.9 | 16-Feb-89 | 0329122-A1 93-51580BE | 0329122 | 16-Feb-09 | Affixing readable information on RO-disc |
| IT-EP | N 014986 | 95927046.3 | 16-Aug-95 | 0729629-A1 |  | 16-Aug-15 | Multilayer with spherical abberation control |
| JP | N 013547 | 91-339161 | 21-Dec-91 | 92-301226 | 3110532 | 21-Dec-11 | System for Multilayer optical disc |
| JP | N 013547 A | 99-321703 | 21-Dec-91 | 00-137827 |  |  | System for Multilayer optical disc |
| JP | N 014351 | 93-350276 | 28-Dec-93 | 94-267110 |  | 28-Dec-13 | Interlayer crosstalk for Multilayer |
| JP | N 014746 | 95-521693 | 01-Feb-95 | 97-512392 |  | 01-Feb-15 | EFM+ channel coding |
| JP | N 014752 | 95-521898 | 14-Feb-95 | 96-505916 |  | 14-Feb-15 | Block format error interleaving |
| JP | N 014789 | 95-525542 | 21-Mar-95 | 96-511405 |  | 21-Mar-15 | DC-free channel code |
| JP | N 014950 | 94-335413 | 22-Dec-94 | 95-320208 |  | 22-Dec-14 | Mastering write strategy |
| JP | N 014986 | 96-507906 | 16-Aug-95 |  |  | 16-Aug-15 | Multilayer with spherical abberation control |
| JP | N 015087 | 96-516712 | 08-Nov-95 | 97-507847 |  | 08-Nov-15 | Data structure indicator in sector header |
| JP | N 015093 | 96-516706 | 31-Oct-95 | 97-507946 |  | 31-Oct-15 | Disc size on disc |
| JP | N 015452 | 97-511019 | 26-Aug-96 | 98-508456 |  | 26-Aug-16 | DC control for EFM+ |
| JP | N 015452 | 98-519640 | 05-Dec-96 | 97-509776 |  | 05-Dec-15 | Layer number info on disc |
| JP | Q 088053 | 89-38492 | 20-Feb-89 | 90-56750 | 2810950 | 20-Feb-09 | Affixing readable information on RO-disc |
| KR | N 013547 | 91-23288 | 18-Dec-91 |  | 0246282 | 18-Dec-11 | System for Multilayer optical disc |
| KR | N 013547 A | 98-57178 | 18-Dec-91 |  | 254160 | 18-Dec-11 | System for Multilayer optical disc |
| KR | N 014351 | 94-144 | 04-Jan-94 |  | 289016 | 04-Jan-14 | Interlayer crosstalk for Multilayer |
| KR | N 014746 | 96-704650 | 01-Feb-95 |  |  | 01-Feb-15 | EFM+ channel coding |
| KR | N 014752 | 96-704556 | 14-Feb-95 |  |  | 14-Feb-15 | Block format error interleaving |
| KR | N 014789 | 95-705576 | 21-Mar-95 |  |  | 21-Mar-15 | DC-free channel code |
| KR | N 014950 | 94-37014 | 24-Dec-94 |  |  | 24-Dec-14 | Mastering write strategy |
| KR | N 014986 | 96-702076 | 16-Aug-95 |  |  | 16-Aug-15 | Multilayer with spherical abberation control |
| KR | N 015087 | 96-704010 | 08-Nov-95 |  |  | 08-Nov-15 | Data structure indicator in sector header |
| KR | N 015093 | 96-703818 | 31-Oct-95 |  |  | 31-Oct-15 | Disc size on disc |
| KR | N 015452 | 97-702860 | 26-Aug-96 |  |  | 26-Aug-16 | DC control for EFM+ |
| KR | N 015471 | 96-704517 | 05-Dec-95 |  |  | 05-Dec-15 | Layer number info on disc |
| KR | Q 088053 | 89-001992 | 18-Feb-89 | 89-13613   91-7912 | 50087 | 04-Oct-06 | Affixing readable information on RO-disc |
| LU | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| LU | N 014752 | 95907127.5 | 14-Feb-95 | 0688270-A1 | 0688270 | 14-Feb-15 | Block format error interleaving |

All corresponding patent applications, patents, divisions, continuations, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 3 of 8                Printdate   Friday, June 07, 2002

Exhibit B, Page 21

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| LU | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| MC | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| MC | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| MC | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| MX | N 014746 | 963394 | 01-Feb-95 | | 189493 | 08-Nov-15 | EFM+ channel coding |
| MX | N 015087 | 962808 | 08-Nov-95 | | | 26-Aug-16 | Data structure indicator in sector header |
| MX | N 015452 | UNKNOWN | 26-Aug-96 | | 112136 | 26-Aug-16 | DC control for EFM+ |
| MY | N 014746 | PI9500557 | 14-Feb-95 | | | 30-Apr-18 | EFM+ channel coding |
| MY | N 014752 | PI9500378 | 15-Feb-95 | | | | Block format error interleaving |
| MY | N 014986 | PI95002480 | 22-Aug-95 | | | | Multilayer with spherical abberation control |
| MY | N 014986 A | PI20014950 | 22-Aug-95 | | | 22-Aug-15 | Multilayer with spherical abberation control |
| MY | N 014986 B | PI20014949 | 22-Aug-95 | | | 22-Aug-15 | Multilayer with spherical abberation control |
| MY | N 015452 | PI9603603 | 29-Aug-96 | | | | DC control for EFM+ |
| NL | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| NL | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| NL | N 014950 | 94203627.1 | 14-Dec-94 | 0660314-A1 | 0660314 | 14-Dec-14 | Mastering write strategy |
| NL | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| NL | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| NL | N 015452 | 96928545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| NL | Q 088053 | 89102818.9 | 16-Feb-89 | 0329122-A1 | 0329122 | 16-Feb-09 | Affixing readable information on RO-disc |
| NO | N 014746 | 19963388 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| NZ | N 014746 | 278137 | 01-Feb-95 | 278137 | 278137 | 01-Feb-15 | EFM+ channel coding |
| PL | N 014746 | P319407 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| PL | N 014986 | P314789 | 16-Aug-95 | | 180658 | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 014986 A | P336669 | 16-Aug-95 | | 180647 | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 014986 B | P336670 | 16-Aug-95 | | 180182 | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 015093 | P315584 | 31-Oct-95 | | 180307 | 31-Oct-15 | Disc size on disc |
| PL | N 015093 A | P337770 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| PL | N 015452 | P320006 | 26-Aug-96 | | | 26-Aug-16 | DC control for EFM+ |
| PT | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| PT | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| PT | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| PT | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| PT | N 015452 | 96928545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| RO | N 014746 | 96-001653 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |

*All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Page 6 of 8

Printdate    Friday, June 07, 2002

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| RO | N 014746 A | 01-00059 | 01-Feb-95 | | 113191 | 01-Feb-16 | EFM+ channel coding |
| RO | N 015093 | 96-01469 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| RU | N 014746 | 96118250 | 01-Feb-95 | 33 | 2153707 | 01-Feb-15 | EFM+ channel coding |
| RU | N 015093 | 98116857 | 31-Oct-95 | 98116857 | | 31-Oct-15 | Disc size on disc |
| RU | N 016452 | 97108582 | 26-Aug-96 | 16 | 2153200 | 26-Aug-16 | DC control for EFM+ |
| SE | N 014351 | 92203684.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| SE | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| SE | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| SE | N 015087 | 95834789.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| SE | N 015452 | 96926546.3 | 26-Aug-96 | 0788910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| SE-EP | N 014986 | 96927046.3 | 16-Aug-96 | 0723629-A1 | | 16-Aug-16 | Multilayer with spherical abberation control |
| SG | N 014351 | 96070095.8 | 24-Dec-93 | 0045111 | 48111 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| SG | N 014752 | 9607077.6 | 14-Feb-95 | | 50623 | 14-Feb-15 | Block format error interleaving |
| SG | N 014986 | 9700759.5 | 18-Aug-95 | | 37788 | 16-Aug-15 | Multilayer with spherical abberation control |
| SG | N 015087 | 9702180.2 | 08-Nov-95 | | 41092 | 08-Nov-15 | Data structure indicator in sector header |
| SG | N 015093 | 97030407 | 31-Oct-95 | | 42870 | 31-Oct-15 | Disc size on disc |
| SG | N 016452 | 9703300.5 | 26-Aug-96 | | 44185 | 26-Aug-16 | DC control for EFM+ |
| SG | Q 089053 | NOT GIVEN | 16-Feb-89 | | 9891411.4 | 16-Feb-09 | Affixing readable information on RO-disc |
| SI | N 014746 | 95905746.4 | 01-Feb-95 | | 9530188 | 01-Feb-15 | EFM+ channel coding |
| SK | N 014746 | 96-PV1051 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| SK | N 015093 | 95-PV920 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| TR | N 014746 | 95-0136 | 15-Feb-95 | | | 15-Feb-15 | EFM+ channel coding |
| TR | N 014752 | 95-0143 | 16-Feb-95 | | 29401 | 16-Feb-15 | Block format error interleaving |
| TR | N 015093 | 95-1446 | 17-Nov-95 | | TR199501 14465 | 17-Nov-15 | Disc size on disc |
| TW | N 014351 | 83101489 | 22-Feb-94 | 294862 | 82864 | 22-Feb-14 | Interlayer crosstalk for Multilayer |
| TW | N 014746 | 84101380 | 15-Feb-95 | 256904 | 73076 | 15-Feb-15 | EFM+ channel coding |
| TW | N 014752 | 84101856 | 28-Feb-95 | 267279 | 75391 | 28-Feb-15 | Block format error interleaving |
| TW | N 014789 | 84101322 | 14-Feb-95 | 308686 | 87086 | 14-Feb-16 | DC-free channel code |
| TW | N 014950 | 84100844 | 25-Jan-95 | 292389 | 852165 | 25-Jan-15 | Mastering write strategy |
| TW | N 014985 | 84110771 | 13-Oct-95 | 292382 | 82165 | 13-Oct-15 | Multilayer with spherical abberation control |
| TW | N 015067 | 84113943 | 27-Dec-95 | | | 27-Dec-15 | Data structure indicator in sector header |
| TW | N 015093 | 84113944 | 27-Dec-95 | 384931 | 116382 | 27-Dec-15 | Disc size on disc |
| TW | N 015452 | 85112032 | 02-Oct-96 | | | 02-Oct-16 | DC control for EFM+ |
| TW | N 015471 | 85102220 | 27-Feb-96 | | | 27-Feb-16 | Layer number info on disc |
| TW | Q 089053 | 78101164 | 17-Feb-89 | 128103 | | 17-Feb-09 | Affixing readable information on RO-disc |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | PUBLICATION NR | FILING DATE | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| UA | N 014746 - | 96083269 | | 01-Feb-95 | 42757 | 01-Feb-16 | EFM+ channel coding |
| UA | N 015093 - | 96072883 | | 31-Oct-95 | 42015 | 31-Oct-15 | Disc size on disc |
| US | N 006493 D | 08/685550 | | 23-Apr-86 | 5008946 | 26-Nov-08 | Read out of optical disc via substrate |
| US | N 013547 V | 08/299861 | | 01-Sep-94 | 5677903 | 14-Oct-14 | System for Multilayer optical disc |
| US | N 013547 W | 08/851351 | | 21-May-97 | 5841753 | 18-Apr-12 | System for Multilayer optical disc |
| US | N 013547 X | 08/861350 | | 21-May-97 | | 18-Apr-12 | System for Multilayer optical disc |
| US | N 014351 - | 08/175331 | | 29-Dec-93 | 5511057 | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014351 W | 08/791097 | | 23-Jan-97 | 5864530 | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014351 Y | 09/442959 | | 18-Nov-99 | | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014746 - | 08/385533 | | 08-Feb-95 | 5695505 | 08-Feb-15 | EFM+ channel coding |
| US | N 014746 A | 08/900275 | | 08-Feb-95 | 5920272 | 08-Feb-15 | EFM+ channel coding |
| US | N 014746 R | 08/899091 | | 08-Feb-95 | | 08-Feb-15 | EFM+ channel coding |
| US | N 014752 - | 08/389369 | | 16-Feb-95 | 5838696 | 16-Feb-15 | Block format error Interleaving |
| US | N 014769 - | 08/388865 | | 15-Feb-95 | 5642113 | 15-Feb-15 | DC-free channel code |
| US | N 014850 - | 08/362622 | | 22-Dec-94 | 5605782 | 22-Dec-14 | Mastering write strategy/ |
| US | N 014850 A | 08/755614 | | 25-Nov-96 | 5790512 | 22-Dec-14 | Mastering write strategy/ |
| US | N 015087 - | 08/559515 | | 16-Nov-95 | 5920874 | 16-Nov-15 | Data structure indicator in sector header |
| US | N 015093 - | 08/558517 | | 16-Nov-95 | 6388962 | 16-Nov-15 | Disc size on disc |
| US | N 015093 B | 10/134912 | | 29-Apr-02 | | 16-Nov-15 | Disc size on disc |
| US | N 015452 - | 08/706348 | | 30-Aug-96 | 5790056 | 30-Aug-16 | DC control for EFM+ |
| US | N 015471 - | 08/573850 | | 18-Dec-95 | 6370102 | 18-Dec-15 | Layer number Info on disc |
| US | N 015471 A | 10/083330 | | 22-Oct-01 | | 18-Dec-15 | Layer number Info on disc |
| US | Q 088003 V | 07/380876 | | 14-Jul-89 | 4961077 | 19-Feb-08 | Affixing readable information on RO-disc |
| VE | N 015093 - | 96-2032 | | 30-Aug-96 | | 17-Nov-95 | Disc size on disc |
| VE | N 015452 - | 96-1517 | | 30-Aug-96 | | 30-Aug-16 | DC control for EFM+ |
| VN | N 014746 - | S19860059 | | 13-Aug-96 | 1407 | 13-Aug-16 | EFM+ channel coding |
| VN | N 014986 - | S199620028T1 | | 23-Aug-94 | 947 | 23-Aug-09 | Multilayer with spherical aberration control |
| VN | N 014986 A | S199620028T2 | | 23-Aug-94 | 948 | 23-Aug-09 | Multilayer with spherical aberration control |
| VN | N 015093 - | S199600035 | | 15-Jul-96 | 1338 | 15-Jul-11 | Disc size on disc |
| VN | N 015452 - | S19970327 | | 25-Apr-97 | 1598 | 25-Apr-17 | DC control for EFM+ |
| ZA | N 014746 - | 951115 | | 10-Feb-95 | 95-1115 | 10-Feb-15 | EFM+ channel coding |
| ZA | N 014752 - | 95-1194 | | 14-Feb-95 | 95-1194 | 14-Feb-15 | Block format error Interleaving |
| ZA | N 015093 - | 959489 | | 08-Nov-95 | 95-9489 | 08-Nov-15 | Disc size on disc |
| ZA | N 015452 - | 967261 | | 27-Aug-96 | 967261 | 27-Aug-16 | DC control for EFM+ |

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| BE | N 015395 | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-18 | Subtitle duration |
| BE | N 015462 | 96926545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| BE-EP | N 014886 | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical aberration control |
| BG | N 014746 | 100774 | 01-Feb-95 | | 62105 | 01-Feb-15 | EFM+ channel coding |
| BG | N 015093 | 100723 | 31-Oct-95 | | 62205 | 31-Oct-15 | Disc size on disc |
| BR | B 033973 | PI9608110.8 | 26-Jan-96 | PI9605110.8 | | 26-Jan-16 | Subtitle runlength compression |
| BR | N 014746 | PI9506787.6 | 01-Feb-95 | PI9506787.6 | PI9506787.6 | 01-Feb-15 | EFM+ channel coding |
| BR | N 014746 A | PI9510740.1 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| BR | N 014746 B | PI9510741.0 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| BR | N 015087 | PI9506932.2 | 08-Nov-95 | PI9506932.2 | | 08-Nov-15 | Data structure indicator in sector header |
| BR | N 015093 | PI9506826.8 | 31-Oct-95 | PI9506826.8 | | 31-Oct-15 | Disc size on disc |
| BR | N 015196 | PI9506773.6 | 12-Dec-95 | PI9506773.6 | | 12-Dec-15 | Subtitle compression (region/subregion) |
| BR | N 015424 | PI9506567.2 | 02-Aug-96 | PI9506567.2 | | 02-Aug-16 | Path control system for multi-version |
| BW | N 014746 | 98-00054 | 22-Apr-98 | | BW/P/99/00014 | 22-Apr-18 | EFM+ channel coding |
| BW | N 014752 | 98-00046 | 21-Apr-98 | | BW/P/99/00023 | 21-Apr-18 | Block format error interleaving |
| BW | N 015462 | 98-00063 | 22-Apr-98 | | BW/P/99/00022 | 22-Apr-18 | DC control for EFM+ |
| CA | B 033973 | 2187018 | 26-Jan-96 | 2187018 | | 26-Jan-16 | Subtitle runlength compression |
| CA | N 013409 | 2043870 | 31-May-91 | | 2043870 | 31-May-11 | Video block pointers |
| CA | N 013409 A | 2335403 | 31-May-91 | | 2335403 | 31-May-11 | Video block pointers |
| CA | N 014746 | 2183355 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| CA | N 014752 | 2160572 | 14-Feb-95 | | | 14-Feb-15 | Block format error interleaving |
| CA | N 015087 | 2181480 | 08-Nov-95 | | | 08-Nov-15 | Data structure indicator in sector header |
| CA | N 015156 | 2183257 | 12-Dec-95 | | | 12-Dec-15 | Subtitle compression (region/subregion) |
| CA | N 015395 | 2200335 | 12-Jul-96 | | | 12-Jul-16 | Subtitle duration |
| CA | N 015424 | 2200346 | 02-Aug-96 | | | 02-Aug-16 | Path control system for multi-version |
| CA | N 015462 | 2205568 | 26-Aug-96 | | | 26-Aug-16 | DC control for EFM+ |
| CH | N 014746 | 95905746.4 | 01-Feb-95 | 0745264-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| CH | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| CH | N 014886 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| CH | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| CH | N 015156 | 95943558.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| CH | N 015395 | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| CN | B 033973 | 96190224.8 | 26-Jan-96 | 1148927-A | | 26-Jan-16 | Subtitle runlength compression |
| CN | N 014351 | 93121735.0 | 31-Dec-93 | 1090668-A | | 31-Dec-13 | Interlayer crosstalk for Multilayer |
| CN | N 014746 | 95192574.1 | 01-Feb-95 | 1155349-A | | 01-Feb-15 | EFM+ channel coding |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list.

Page 2 of 12          Printdate    Friday, June 07, 2002

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| CN | N 014752 - | 95190261.X | 14-Feb-95 | 1125994-A | | 14-Feb-15 | Block format error interleaving |
| CN | N 014752 A | UNKNOWN | 14-Feb-95 | | | 14-Feb-15 | Block format error interleaving |
| CN | N 014950 - | 94120798.6 | 23-Dec-94 | 1119323-A | | 23-Dec-14 | Mastering write strategy |
| CN | N 014986 - | 95190379.7 | 16-Aug-95 | 1136357-A | 1083131 | 16-Aug-15 | Multilayer with spherical abberation control |
| CN | N 015087 - | 95191995.4 | 09-Nov-95 | 1143423-A | | 09-Nov-15 | Data structure indicator in sector header |
| CN | N 015093 - | 95191236.5 | 31-Oct-95 | 1138917-A | | 31-Oct-15 | Disc size on disc |
| CN | N 015165 - | 95192413.3 | 12-Dec-95 | 1145152-A | | 12-Dec-15 | Subtitle compression (region/subregion) |
| CN | N 015395 - | 95190772.X | 12-Jul-96 | 1163698-A | | 12-Jul-16 | Subtitle duration |
| CN | N 015424 - | 95190882.9 | 02-Aug-96 | | | 04-Aug-16 | Path control system for multi-version |
| CN | N 015424 A | 98118677.7 | 02-Aug-96 | 1218832-A | | 02-Aug-16 | Path control system for multi-version |
| CN | N 015452 - | 98191244.8 | 26-Aug-98 | 1166225-A | | 26-Aug-16 | DC control for EFM+ |
| CN | N 015471 - | 95192103.7 | 05-Dec-95 | 1144011-A | | 05-Dec-15 | Layer number info on disc |
| CZ | B 033973 - | 95-PV2895 | 26-Jan-96 | | 288508 | 26-Jan-16 | Subtitle runlength compression |
| CZ | N 014746 - | 95-PV2389 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| CZ | N 014986 - | 96-PV1174 | 16-Aug-95 | | 288539 | 16-Aug-15 | Multilayer with spherical abberation control |
| CZ | N 015093 - | 96-PV2044 | 31-Oct-95 | | 288682 | 31-Oct-15 | Disc size on disc |
| CZ | N 015424 - | 97-PV1028 | 02-Aug-96 | | | 02-Aug-16 | Path control system for multi-version |
| DE | B 033973 - | 96500402.7 | 26-Jan-96 | 0754939-A1 | 69507529.6 | 26-Jan-16 | Subtitle runlength compression |
| DE | N 013409 - | 912013733.7 | 03-Jun-91 | 0460764-A1 | 69127506.8 | 03-Jun-11 | Video block pointers |
| DE | N 013547 - | 912032664.6 | 12-Dec-91 | 0496132-A3 | 69126264.5 | 12-Dec-11 | System for Multilayer optical disc |
| DE | N 013547 A | 96202020.1 | 12-Dec-91 | 0752273-A1 | 69133021.2 | 12-Dec-11 | System for Multilayer optical disc |
| DE | N 014351 - | 93203694.1 | 24-Dec-93 | 0605924-A3 | 69325437.8 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| DE | N 014746 - | 95905746.4 | 01-Feb-95 | 0745254-A1 | 69505794.4 | 01-Feb-15 | EFM+ channel coding |
| DE | N 014752 - | 95907127.5 | 14-Feb-95 | 0693270-A1 | 69518126.2 | 14-Feb-15 | Block format error interleaving |
| DE | N 014769 - | 95910709.5 | 21-Mar-95 | 0702827-A1 | 69522880.3 | 21-Mar-15 | DC-free channel code |
| DE | N 014950 - | 94203621.1 | 14-Dec-94 | 0660314-A1 | 69428482.2 | 14-Dec-14 | Mastering write strategy |
| DE | N 015087 - | 95934749.8 | 09-Nov-95 | 0740832-A1 | 69517413.4 | 09-Nov-15 | Data structure indicator in sector header |
| DE | N 015093 - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 69518452.3 | 31-Oct-15 | Disc size on disc |
| DE | N 015165 - | 95943556.1 | 12-Dec-95 | 0745307-A1 | 69514212.7 | 12-Dec-15 | Subtitle compression (region/subregion) |
| DE | N 015395 - | 96921025.1 | 12-Jul-96 | 0787404-A1 | 69619091.5 | 12-Jul-16 | Subtitle duration |
| DE | N 015452 - | 96928545.3 | 26-Aug-96 | 0789910-A1 | 69612955.8 | 26-Aug-16 | DC control for EFM+ |
| DE-EP | N 013547 B | 01204396.4 | 12-Dec-91 | 1187116-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| DE-EP | N 014986 - | 95270046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical abberation control |
| DE-EP | N 015424 - | 96925986.0 | 02-Aug-96 | 0784849-A1 | | 02-Aug-16 | Path control system for multi-version |
| DE-EP | N 015471 - | 95938001.5 | 05-Dec-95 | 0745255-A1 | | 05-Dec-15 | Layer number info on disc |

*All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Page 3 of 12                    Printdate   Friday, June 07, 2002

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|
| DK | N 013409 | | 91201373.7 | 03-Jun-91 | 0460764-A1 | 0460764 | 03-Jun-11 | Video block pointers |
| DK | N 014748 | | 95905748.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| DK | N 014752 | | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| DK | N 015087 | | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| DK | N 015156 | | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| DK | N 015395 | | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| ES | B 033973 | | 96900402.7 | 26-Jan-96 | 0754983-A1 | 2145991 | 26-Jan-16 | Subtitle runlength compression |
| ES | N 013409 | | 91201373.7 | 03-Jun-91 | 0460764-A1 | 0460764 | 03-Jun-11 | Video block pointers |
| ES | N 014746 | | 95905746.4 | 01-Feb-95 | 0745254-A1 | 2126877 | 01-Feb-15 | EFM+ channel coding |
| ES | N 014752 | | 95907127.5 | 14-Feb-95 | 0698270-A1 | 2150551 | 14-Feb-15 | Block format error interleaving |
| ES | N 015087 | | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| ES | N 015156 | | 95943556.1 | 12-Dec-95 | 0745307-A1 | 2143092 | 12-Dec-15 | Subtitle compression (region/subregion) |
| ES | N 015395 | | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| ES | N 015452 | | 96926545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| ES-EP | N 015424 | | 96925986.0 | 02-Aug-96 | 0784848-A1 | | 02-Aug-16 | Path control system for multi-version |
| FI | N 014748 | | 968151 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| FI | N 015395 | | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| FR | B 033973 | | 96900402.7 | 26-Jan-96 | 0754983-A1 | 0754983 | 26-Jan-16 | Subtitle runlength compression |
| FR | N 013409 | | 91201373.7 | 03-Jun-91 | 0460764-A1 | 0460764 | 03-Jun-11 | Video block pointers |
| FR | N 013547 | A | 91203284.6 | 12-Dec-91 | 0756273-A1 | 0698270 | 12-Dec-11 | System for Multilayer optical disc |
| FR | N 013547 | | 96202520.1 | 12-Dec-91 | 0756273-A1 | 0756273 | 12-Dec-11 | System for Multilayer optical disc |
| FR | N 014351 | | 93203804.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interleave crosstalk for Multilayer |
| FR | N 014746 | | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| FR | N 014752 | | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| FR | N 014789 | | 96910709.5 | 21-Mar-96 | 0702827-A1 | 0702827 | 21-Mar-15 | DC-free channel code |
| FR | N 014950 | | 94203621.1 | 14-Dec-94 | 0650314-A1 | 0650314 | 14-Dec-14 | Mastering write strategy |
| FR | N 015087 | | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| FR | N 015093 | | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| FR | N 015156 | | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| FR | N 015395 | | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| FR | N 015452 | | 96926545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| FR-EP | N 013547 | B | 01204395.4 | 12-Dec-91 | 1187116-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| FR-EP | N 014686 | | 95927046.3 | 16-Aug-95 | 0729529-A1 | | 16-Aug-15 | Multilayer with spherical aberration control |
| FR-EP | N 015424 | | 96925988.0 | 02-Aug-96 | 0784848-A1 | | 02-Aug-16 | Path control system for multi-version |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate   Friday, June 07, 2002

Exhibit B, Page 28

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| FR-EP | N 015471 | 95938001.5 | 06-Dec-95 | 0745255-A1 | | 06-Dec-15 | Layer number info on disc |
| GB | B 033973 | 969040027 | 26-Jan-96 | 0754393-A1 | 0754393 | 26-Jan-16 | Subtitle runlength compression |
| GB | N 013409 | 912010736 | 04-Jun-91 | 0460784-A1 | 0460784 | 03-Jun-11 | Video block pointers |
| GB | N 013547 | 812032646 | 12-Dec-91 | 0496132-A3 | 0496132 | 12-Dec-11 | System for Multilayer optical disc |
| GB | N 013547 A | 96202520.1 | 12-Dec-91 | 0756273-A1 | 0756273 | 12-Dec-11 | System for Multilayer optical disc |
| GB | N 014351 | 932026841 | 24-Dec-93 | 0605924-A3 | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| GB | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| GB | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| GB | N 014789 | 95910709.5 | 21-Mar-95 | 0702627-A1 | 0702627 | 21-Mar-15 | DC-free channel code |
| GB | N 014950 | 942038211 | 14-Dec-94 | 0650314-A1 | 0650314 | 14-Dec-14 | Mastering write strategy |
| GB | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| GB | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| GB | N 015156 | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| GB | N 015395 | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| GB | N 015452 | 969265453 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| GB-EP | N 013547 B | 01204396.4 | 12-Dec-91 | 1187116-A1 | | 12-Dec-11 | System for Multilayer optical disc |
| GB-EP | N 014986 | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical aberration control |
| GB-EP | N 015424 | 96925386.0 | 02-Aug-96 | 0784848-A1 | | 02-Aug-16 | Path control system for multi-version |
| GB-EP | N 015471 | 95938001.5 | 06-Dec-95 | 0745255-A1 | | 06-Dec-15 | Layer number info on disc |
| GR | B 033973 | 969040027 | 26-Jan-96 | 0754393-A1 | 0754393 | 26-Jan-16 | Subtitle runlength compression |
| GR | N 014746 | 95905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| GR | N 014752 | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| GR | N 015087 | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| GR | N 015093 | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| GR | N 015156 | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| GR | N 015395 | 96921025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| GR | N 015452 | 969265453 | 26-Aug-96 | 0789910-A1 | 3086397 | 26-Aug-16 | DC control for EFM+ |
| HK | B 033973 | 981148385 | 26-Jan-96 | 1013885-A  1013885-B | HK1013885 | 25-Jan-16 | Subtitle runlength compression |
| HK | N 014351 | 981140789 | 24-Dec-93 | 1012765-A  1012765-A | HK1012766 | 23-Dec-13 | Interlayer crosstalk for Multilayer |
| HK | N 014746 | 981140793 | 01-Feb-95 | 1012767-B  1012767-B | HK1012767 | 31-Jan-15 | EFM+ channel coding |
| HK | N 014752 | 981148337 | 14-Feb-95 | 1013585-A  1013585-B | HK1013358 | 13-Feb-15 | Block format error interleaving |
| HK | N 014789 | 981148344 | 21-Mar-95 | 1013359-A  1013359-B | HK1013359 | 20-Mar-15 | DC-free channel code |
| HK | N 014986 | 981146649 | 16-Aug-95 | 1013365-A  1013365-A | HK1013719 | 16-Aug-15 | Multilayer with spherical aberration control |
| HK | N 015087 | 981149225 | 08-Nov-95 | 1013719-A  1013719-B | HK1013719 | 07-Nov-15 | Data structure indicator in sector header |
| HK | N 015093 | 981149487 | 31-Oct-95 | 1013722-A  1013722-A | HK1013722 | 30-Oct-15 | Disc size on disc |

*All corresponding patent applications, patents, divisions, continuations, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|
| HK | N 015395 | 981035803 | 12-Jul-96 | 1004179-A | 1004179-A | | 12-Jul-16 | Subtitle duration |
| HK | N 015452 | 981039866.7 | 26-Aug-96 | 1004869-A | 1004869-A | | 26-Aug-16 | DC control for EFM+ |
| HU | B 033973 | P9602710 | 26-Jan-95 | | | | 26-Jan-16 | Subtitle runlength compression |
| HU | N 014746 | P9602247 | 01-Feb-95 | | | | 01-Feb-15 | EFM+ channel coding |
| HU | N 015093 | P9601955 | 31-Oct-95 | | | | 31-Oct-15 | Disc size on disc |
| HU | N 015452 | P9601354 | 26-Aug-96 | | | | 26-Aug-16 | DC control for EFM+ |
| ID | B 033973 | P-960281 | 05-Feb-96 | UNKNOWN | | ID0009497 | 05-Feb-16 | Subtitle runlength compression |
| ID | N 014746 | P-960246 | 15-Feb-95 | | | ID0005313 | 15-Feb-15 | EFM+ channel coding |
| ID | N 014752 | P-960251 | 16-Feb-95 | | | | 16-Feb-15 | Block format error interleaving |
| ID | N 015395 | P-962077 | 22-Jul-96 | | | | 22-Jul-16 | Subtitle duration |
| ID | N 015452 | P-962498 | 02-Sep-96 | 016.164A | | ID0005386 | 02-Sep-16 | DC control for EFM+ |
| IE | N 014746 | 969057464 | 01-Feb-95 | 0745254-A1 | | 0745254 | 01-Feb-15 | EFM+ channel coding |
| IE | N 014752 | 959007127.5 | 14-Feb-95 | 0698270-A1 | | 0698270 | 14-Feb-15 | Block format error interleaving |
| IE | N 015087 | 959347709.8 | 09-Nov-95 | 0740832-A1 | | 0740832 | 09-Nov-15 | Data structure indicator in sector header |
| IE | N 015156 | 959435561 | 12-Dec-95 | 0745307-A1 | | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| IE | N 015452 | 969285045.3 | 26-Aug-96 | 0789910-A1 | | 0789910 | 26-Aug-16 | DC control for EFM+ |
| IL | B 033973 | 117028 | 04-Feb-96 | | | 117028 | 04-Feb-16 | Subtitle runlength compression |
| IL | N 014752 | 120740 | 25-Aug-96 | | | 120740 | 25-Aug-16 | DC control for EFM+ |
| IN | B 033973 | 96-159 | 31-Jan-96 | | | | 31-Jan-16 | Subtitle runlength compression |
| IN | N 014746 A | 96-1577 | 13-Feb-95 | | | 185349 | 13-Feb-09 | EFM+ channel coding |
| IN | N 014746 B | 98-1578 | 13-Feb-95 | | | 184753 | 13-Feb-09 | EFM+ channel coding |
| IN | N 014746 C | 99-312 | 13-Feb-95 | | | | 13-Feb-09 | EFM+ channel coding |
| IN | N 014752 | 96-141 | 14-Feb-95 | | | | 14-Feb-09 | Block format error interleaving |
| IN | N 014752 A | 99-505 | 14-Feb-95 | | | | 14-Feb-09 | Block format error interleaving |
| IN | N 015452 | 96-1530 | 28-Aug-96 | | | | 28-Aug-10 | DC control for EFM+ |
| IT | B 033973 | 96800402.7 | 26-Jan-96 | 0754393-A1 | | 0754393 | 26-Jan-16 | Subtitle runlength compression |
| IT | N 013409 | 912013737 | 03-Jun-91 | 0460764-A1 | | 0460764 | 03-Jun-11 | Video block pointers |
| IT | N 014351 | 932036844.1 | 24-Dec-93 | 0605924-A3 | | 0605924 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| IT | N 014746 | 969057464.4 | 01-Feb-95 | 0745254-A1 | | 0745254 | 01-Feb-15 | EFM+ channel coding |
| IT | N 014752 | 959007127.5 | 14-Feb-95 | 0698270-A1 | | 0698270 | 14-Feb-15 | Block format error interleaving |
| IT | N 014759 | 969107038.5 | 21-Mar-95 | 0702827-A1 | | 0702827 | 21-Mar-15 | DC-free channel code |
| IT | N 015087 | 959347098 | 08-Nov-95 | 0740832-A1 | | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| IT | N 015093 | 959382602.7 | 31-Oct-95 | 0740831-A1 | | 0740831 | 31-Oct-15 | Disc size on disc |
| IT | N 015156 | 959435561 | 12-Dec-95 | 0745307-A1 | | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| IT | N 015395 | 969210251 | 12-Jul-96 | 0787404-A1 | | 0787404 | 12-Jul-16 | Subtitle duration |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate    Friday, June 07, 2002

Exhibit B, Page 30

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| IT | N 015452 - | 96928545.3 | 26-Aug-96 | 0788910-A1 | 0788910 | 26-Aug-16 | DC control for EFM+ |
| IT-EP | N 014688 - | 95927046.3 | 16-Aug-95 | 0729629-A1 | | 16-Aug-15 | Multilayer with spherical abberation control |
| IT-EP | N 015424 - | 96925988.0 | 02-Aug-96 | 0784848-A1 | | 02-Aug-16 | Path control system for multi-version |
| JP | B 033973 - | 95-524103 | 26-Jan-96 | 98-500273 | | 26-Jan-16 | Subtitle runlength compression |
| JP | N 013409 - | 91-159489 | 04-Jun-91 | 92-233380 | 3280999 | 04-Jun-11 | Video block pointers |
| JP | N 013409 A | 01-151175 | 21-May-01 | | | 04-Jun-11 | Video block pointers |
| JP | N 013409 B | 01-387656 | 20-Dec-01 | | | 04-Jun-11 | Video block pointers |
| JP | N 013547 - | 91-339161 | 21-Dec-91 | 92-301226 | 3110532 | 21-Dec-11 | System for Multilayer optical disc |
| JP | N 013547 A | 99-321703 | 21-Dec-91 | 01-157327 | | | System for Multilayer optical disc |
| JP | N 014351 - | 93-350276 | 28-Dec-93 | 94-267110 | | 28-Dec-13 | Interlayer crosstalk for Multilayer |
| JP | N 014746 - | 95-521693 | 01-Feb-95 | 97-512392 | | 01-Feb-15 | EFM+ channel coding |
| JP | N 014752 - | 95-521698 | 14-Feb-95 | 98-509316 | | 14-Feb-15 | Block format error interleaving |
| JP | N 014789 - | 95-525542 | 21-Mar-95 | 98-511405 | | 21-Mar-15 | DC-free channel code |
| JP | N 014950 - | 94-335413 | 22-Dec-94 | 95-320208 | | 22-Dec-14 | Mastering write strategy |
| JP | N 014986 - | 99-507906 | 16-Aug-95 | | | 16-Aug-15 | Multilayer with spherical abberation control |
| JP | N 015087 - | 96-516712 | 08-Nov-95 | 97-507947 | | 08-Nov-15 | Data structure indicator in sector header |
| JP | N 015093 - | 96-516706 | 31-Oct-95 | 97-507946 | | 31-Oct-15 | Disc size on disc |
| JP | N 015156 - | 96-516541 | 12-Dec-95 | 97-509592 | | 12-Dec-15 | Subtitle compression (region/subregion) |
| JP | N 015395 - | 97-506485 | 12-Jul-96 | 98-507607 | | 12-Jul-16 | Subtitle duration |
| JP | N 015452 - | 97-511019 | 26-Aug-96 | 98-508466 | | 26-Aug-16 | DC control for EFM+ |
| JP | N 015471 - | 96-518640 | 06-Dec-96 | 97-509776 | | 06-Dec-16 | Layer number info on disc |
| KR | B 033973 - | 96-705635 | 26-Jan-96 | | | 26-Jan-16 | Subtitle runlength compression |
| KR | N 013409 - | 91-9162 | 03-Jun-91 | | 0245962 | 03-Jun-11 | Video block pointers |
| KR | N 013547 - | 91-23288 | 18-Dec-91 | | 0246282 | 18-Dec-11 | System for Multilayer optical disc |
| KR | N 013547 A | 96-67178 | 18-Dec-91 | | 254150 | 18-Dec-11 | System for Multilayer optical disc |
| KR | N 014351 - | 94-144 | 04-Jan-94 | | 289018 | 04-Jan-14 | Interlayer crosstalk for Multilayer |
| KR | N 014746 - | 96-704550 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| KR | N 014752 - | 95-704556 | 14-Feb-95 | | | 14-Feb-15 | Block format error interleaving |
| KR | N 014789 - | 95-705575 | 21-Mar-95 | | | 21-Mar-15 | DC-free channel code |
| KR | N 014950 - | 94-37014 | 24-Dec-94 | | | 24-Dec-14 | Mastering write strategy |
| KR | N 014986 - | 96-702076 | 16-Aug-95 | | | 16-Aug-15 | Multilayer with spherical abberation control |
| KR | N 015087 - | 96-704010 | 08-Nov-95 | | | 08-Nov-15 | Data structure indicator in sector header |
| KR | N 015093 - | 96-703818 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| KR | N 015156 - | 96-704513 | 12-Dec-95 | | | 12-Dec-15 | Subtitle compression (region/subregion) |
| KR | N 015395 - | 97-701601 | 12-Jul-96 | | | 12-Jul-16 | Subtitle duration |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate   Friday, June 07, 2002

Exhibit B, Page 31

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| KR | N 015424 - | 97-701581 | 02-Aug-95 | | | 02-Aug-16 | Path control system for multi-version |
| KR | N 015452 - | 97-702850 | 26-Aug-95 | | | 26-Aug-16 | DC control for EFM+ |
| KR | N 015471 - | 96-704917 | 06-Dec-95 | | | 06-Dec-15 | Layer number info on disc |
| LU | N 014746 - | 96905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| LU | N 014752 - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| LU | N 015087 - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| LU | N 015156 - | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| MC | N 014746 - | 96905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| MC | N 014752 - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| MC | N 015087 - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| MC | N 015156 - | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| MX | N 014746 - | 9603394 | 01-Feb-95 | | 189493 | 01-Feb-15 | EFM+ channel coding |
| MX | N 015087 - | 962808 | 08-Nov-95 | | | 08-Nov-15 | Data structure indicator in sector header |
| MX | N 015156 - | 963393 | 12-Dec-95 | | 199847 | 12-Dec-15 | Subtitle compression (region/subregion) |
| MX | N 015395 - | 972108 | 12-Jul-96 | | | 12-Jul-16 | Subtitle duration |
| MX | N 015424 - | 972223 | 02-Aug-95 | | | 02-Aug-16 | Path control system for multi-version |
| MX | N 015452 - | UNKNOWN | 26-Aug-95 | | | 26-Aug-16 | DC control for EFM+ |
| MX | B 033973 - | PI9500382 | 03-Feb-95 | | | | Subtitle runlength compression |
| MY | N 014746 - | PI9500057 | 14-Feb-95 | | | | EFM+ channel coding |
| MY | N 014752 - | PI8500378 | 15-Feb-95 | | 112136 | 30-Apr-15 | Block format error interleaving |
| MY | N 014896 - | PI95002480 | 22-Aug-95 | | | | Multilayer with spherical abberation control |
| MY | N 014898 A | PI200014950 | 22-Aug-95 | | | 22-Aug-15 | Multilayer with spherical abberation control |
| MY | N 014898 B | PI200014949 | 22-Aug-95 | | | 22-Aug-15 | Multilayer with spherical abberation control |
| MY | N 015156 - | PI8503889 | 14-Dec-95 | | | | Subtitle compression (region/subregion) |
| MY | N 015395 - | PI9602983 | 19-Jul-96 | | | | Subtitle duration |
| MY | N 015424 - | PI9603192 | 03-Aug-96 | | | | Path control system for multi-version |
| MY | N 015452 - | PI9603503 | 29-Aug-96 | | | | DC control for EFM+ |
| NL | N 014746 - | 96905746.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| NL | N 014752 - | 95907127.5 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| NL | N 014950 - | 94203821.1 | 14-Dec-94 | 0660314-A1 | 0660314 | 14-Dec-14 | Meshoing write strategy |
| NL | N 015087 - | 95934799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| NL | N 015093 - | 95934262.7 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| NL | N 015156 - | 95943556.1 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| NL | N 015395 - | 96521025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| NL | N 015452 - | 96926545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 8 of 12                                                                                   Printdate    Friday, June 07, 2002

Exhibit B, Page 32

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| NO | N 014746 | 19983388 | 01-Feb-95 | | 278137 | 01-Feb-16 | EFM+ channel coding |
| NZ | N 014749 | 278137 | 01-Feb-95 | 278137 | | 01-Feb-15 | EFM+ channel coding |
| PL | B 033973 | P316879 | 26-Jan-96 | | | 26-Jan-16 | Subtitle runlength compression |
| PL | N 014746 | P319407 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| PL | N 014986 | P314789 | 16-Aug-95 | | 180658 | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 014986 A | P336669 | 16-Aug-95 | | | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 014986 B | P336670 | 16-Aug-95 | | 180647 | 16-Aug-15 | Multilayer with spherical abberation control |
| PL | N 015083 | P315584 | 31-Oct-95 | | 180182 | 31-Oct-15 | Disc size on disc |
| PL | N 015093 A | P337170 | 31-Oct-95 | | 180307 | 31-Oct-15 | Disc size on disc |
| PL | N 015452 | P320005 | 26-Aug-95 | | | 26-Aug-16 | DC control for EFM+ |
| PT | B 033973 | 96900402.7 | 26-Jan-96 | 0754393-A1 | 0754393 | 26-Jan-16 | Subtitle runlength compression |
| PT | N 014746 | 959057464 | 01-Feb-95 | 0745254-A1 | 0745254 | 01-Feb-15 | EFM+ channel coding |
| PT | N 014752 | 959071275 | 14-Feb-95 | 0698270-A1 | 0698270 | 14-Feb-15 | Block format error interleaving |
| PT | N 015087 | 969847799.8 | 08-Nov-95 | 0740832-A1 | 0740832 | 08-Nov-15 | Data structure indicator in sector header |
| PT | N 015093 | 959342827 | 31-Oct-95 | 0740831-A1 | 0740831 | 31-Oct-15 | Disc size on disc |
| PT | N 015156 | 959435561 | 12-Dec-95 | 0745307-A1 | 0745307 | 12-Dec-15 | Subtitle compression (region/subregion) |
| PT | N 015395 | 959021025.1 | 12-Jul-96 | 0787404-A1 | 0787404 | 12-Jul-16 | Subtitle duration |
| PT | N 015452 | 989268546.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 26-Aug-16 | DC control for EFM+ |
| RO | N 014746 | 96-001653 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| RO | N 014746 A | 01-00059 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| RO | N 015083 | 96-01469 | 31-Oct-95 | | 113191 | 31-Oct-15 | Disc size on disc |
| RU | N 014746 | 96118250 | 01-Feb-95 | 96116857 | 000082 | 26-Jan-16 | Subtitle runlength compression |
| RU | N 015083 | 96116867 | 26-Jan-96 | 33 | 2153707 | 31-Oct-15 | EFM+ channel coding |
| RU | N 015424 | 97106890 | 01-Feb-95 | 97108890-A | | 01-Feb-15 | Disc size on disc |
| RU | N 015452 | 97106892 | 02-Aug-96 | 15 | | 02-Aug-16 | Path control system for multi-version |
| SE | B 033973 | 969004012.7 | 26-Jan-96 | 0754393-A1 | 0754393 | 26-Aug-16 | DC control for EFM+ |
| SE | N 013409 | 912013737 | 03-Jun-91 | 0460764-A1 | 0460764 | 26-Jan-16 | Subtitle runlength compression |
| SE | N 014351 | 932036841.1 | 24-Dec-93 | 0605924-A3 | 0605924 | 03-Jun-11 | Video block pointers |
| SE | N 014746 | 959057464.4 | 01-Feb-95 | 0745254-A1 | 0745254 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| SE | N 014752 | 959071275 | 14-Feb-95 | 0698270-A1 | 0698270 | 01-Feb-15 | EFM+ channel coding |
| SE | N 015087 | 96334799.6 | 08-Nov-95 | 0740832-A1 | 0740832 | 14-Feb-15 | Block format error interleaving |
| SE | N 015156 | 959435561 | 12-Dec-95 | 0745307-A1 | 0745307 | 08-Nov-15 | Data structure indicator in sector header |
| SE | N 015452 | 969268545.3 | 26-Aug-96 | 0789910-A1 | 0789910 | 12-Dec-15 | Subtitle compression (region/subregion) |
| SE-EP | N 014986 | 959270463.3 | 16-Aug-95 | 0729629-A1 | | 26-Aug-16 | DC control for EFM+ |
| | | | | | | 16-Aug-15 | Multilayer with spherical abberation control |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate   Friday, June 07, 2002

Exhibit B, Page 33

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXHRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| SG | B 033973 - | 96115664.7 | 26-Jan-96 | | 34670 | 26-Jan-16 | Subtitle runlength compression |
| SG | N 014351 - | 98070958 | 24-Dec-93 | 0046111 | 48111 | 24-Dec-13 | Interlayer crosstalk for Multilayer |
| SG | N 014752 - | 98070776 | 14-Feb-95 | 0050623-A | 50623 | 14-Feb-15 | Block format error interleaving |
| SG | N 014986 - | 9700759.5 | 16-Aug-95 | | 37758 | 16-Aug-15 | Multilayer with spherical abberation control |
| SG | N 015087 - | 9702180.2 | 08-Nov-95 | | 41092 | 08-Nov-15 | Data structure indicator in sector header |
| SG | N 015093 - | 9703040.7 | 31-Oct-95 | | 42670 | 31-Oct-15 | Disc size on disc |
| SG | N 015395 - | 9704506.6 | 12-Jul-96 | | 45664 | 12-Jul-16 | Subtitle duration |
| SG | N 015424 - | 9701248.8 | 02-Aug-96 | | 39073 | 02-Aug-16 | Path control system for multi-version |
| SG | N 015424 A | 9904246.7 | 02-Aug-96 | | | 02-Aug-16 | Path control system for multi-version |
| SG | N 015452 - | 9703300.5 | 26-Aug-96 | | 44185 | 26-Aug-16 | DC control for EFM+ |
| SI | N 014746 - | 959057464 | 01-Feb-95 | 0746254-A1 | 9530188 | 01-Feb-15 | EFM+ channel coding |
| SK | N 014746 - | 95-PV1051 | 01-Feb-95 | | | 01-Feb-15 | EFM+ channel coding |
| SK | N 015093 - | 95-PV920 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| TH | N 015424 - | 032059 | 02-Aug-96 | | | 02-Aug-96 | Path control system for multi-version |
| TR | S 033973 - | 95-00787 | 26-Jan-96 | | | 26-Jan-16 | Subtitle runlength compression |
| TR | N 014746 - | 95-0136 | 15-Feb-95 | | | 15-Feb-15 | EFM+ channel coding |
| TR | N 014752 - | 95-0143 | 16-Feb-95 | | 29401 | 16-Feb-15 | Block format error interleaving |
| TR | N 015093 - | 95-1445 | 17-Nov-95 | | TR199501445B | 17-Nov-15 | Disc size on disc |
| TW | N 014351 - | 83101489 | 22-Feb-94 | | 67573 | 22-Feb-14 | Interlayer crosstalk for Multilayer |
| TW | N 014746 - | 84101360 | 15-Feb-95 | | 82884 | 15-Feb-15 | EFM+ channel coding |
| TW | N 014752 - | 84101656 | 28-Feb-95 | | 73076 | 28-Feb-15 | Block format error interleaving |
| TW | N 014789 - | 84101322 | 14-Feb-95 | | 75391 | 14-Feb-15 | DC-free channel code |
| TW | N 014850 - | 84100644 | 25-Jan-95 | | 87086 | 25-Jan-15 | Mastering write strategy |
| TW | N 014986 - | 84113343 | 27-Dec-95 | | 852158 | 13-Oct-15 | Multilayer with spherical abberation control |
| TW | N 014986 - | 84113944 | 27-Dec-95 | | 82165 | 27-Dec-15 | Data structure indicator in sector header |
| TW | N 015087 - | 84106602 | 27-Dec-95 | | | 27-Dec-15 | Disc size on disc |
| TW | N 015305 - | 84113944 | 17-Aug-95 | | 82852 | 17-Aug-15 | Subtitle duration |
| TW | N 015424 - | 85111151 | 12-Sep-96 | 353847 | | 12-Sep-16 | Path control system for multi-version |
| TW | N 015452 - | 85112032 | 02-Oct-96 | 394631 | 115862 | 02-Oct-16 | DC control for EFM+ |
| TW | N 015471 - | 85102220 | 27-Feb-96 | | 42757 | 27-Feb-16 | Layer number info on disc |
| UA | N 014746 - | 96080269 | 01-Feb-95 | | 42015 | 01-Feb-15 | EFM+ channel coding |
| UA | N 015093 - | 96072883 | 31-Oct-95 | | | 31-Oct-15 | Disc size on disc |
| US | B 033973 - | 08/593663 | 30-Jan-96 | | 6301399 | 30-Jan-16 | Subtitle runlength compression |
| US | N 006493 D | 06/858550 | 23-Apr-86 | | 5068846 | 26-Nov-08 | Read out of optical disc via substrate |
| US | N 013409 B | 08/563799 | 28-Nov-95 | | 5745641 | 28-Apr-15 | Video block pointers |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate    Friday, June 07, 2002

Page 10 of 12

Exhibit B, Page 34

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|
| US | N 013547 | V | 08/298861 | 01-Sep-94 | | 5677903 | 14-Oct-14 | System for Multilayer optical disc |
| US | N 013547 | W | 08/661351 | 21-May-97 | | 5841763 | 18-Apr-12 | System for Multilayer optical disc |
| US | N 013547 | X | 08/861350 | 21-May-97 | | | 18-Apr-12 | System for Multilayer optical disc |
| US | N 014351 | - | 09/478331 | 29-Dec-99 | | 5511057 | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014351 | W | 08/791097 | 23-Jan-97 | | 5884530 | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014351 | Y | 09/442959 | 18-Nov-99 | | | 29-Dec-13 | Interlayer crosstalk for Multilayer |
| US | N 014746 | - | 08/385533 | 08-Feb-95 | | 5595505 | 08-Feb-15 | EFM+ channel coding |
| US | N 014746 | A | 08/900275 | 08-Feb-95 | | 5920272 | 08-Feb-15 | EFM+ channel coding |
| US | N 014746 | R | 09/389091 | 08-Feb-95 | | | 08-Feb-15 | EFM+ channel coding |
| US | N 014752 | - | 08/389369 | 16-Feb-95 | | 5838896 | 16-Feb-15 | Block format error Interleaving |
| US | N 014769 | - | 08/388865 | 15-Feb-95 | | 6642113 | 15-Feb-15 | DC-free channel code |
| US | N 014950 | - | 08/362622 | 22-Dec-94 | | 5605782 | 22-Dec-14 | Mastering write strategy |
| US | N 014950 | A | 08/755614 | 25-Nov-96 | | 5790512 | 22-Dec-14 | Mastering write strategy |
| US | N 015087 | - | 08/558516 | 15-Nov-95 | | 5920874 | 16-Nov-15 | Data structure indicator in sector header |
| US | N 015093 | - | 08/558517 | 15-Nov-95 | | 6388862 | 16-Nov-15 | Disc size on disc |
| US | N 015093 | B | | | | | 16-Nov-15 | Disc size on disc |
| US | N 015093 | C | 10/134912 | 29-Apr-02 | | | 16-Nov-15 | Disc size on disc |
| US | N 015156 | - | 08/572255 | 13-Dec-95 | | | 13-Dec-15 | Subtitle compression (region/subregion) |
| US | N 015995 | - | 08/516836 | 18-Aug-95 | | | 18-Aug-15 | Subtitle duration |
| US | N 015424 | - | 08/692918 | 31-Jul-96 | | | 31-Jul-16 | Path control system for multi-version |
| US | N 015452 | - | 08/706048 | 30-Aug-96 | | 5790056 | 30-Aug-16 | DC control for EFM+ |
| US | N 015471 | - | 08/573050 | 18-Dec-95 | | 6370102 | 18-Dec-15 | Layer number info on disc |
| US | N 015471 | A | 10/083330 | 22-Oct-01 | | | 18-Dec-15 | Layer number info on disc |
| VE | N 015093 | - | 95-2032 | 17-Nov-95 | | | 17-Nov-15 | Disc size on disc |
| VE | N 015452 | - | 96-1517 | 30-Aug-96 | | | 30-Aug-16 | DC control for EFM+ |
| VN | B 033973 | - | S19980234 | 30-Sep-96 | | 1559 | 30-Sep-11 | Subtitle runlength compression |
| VN | N 014746 | - | S19960099 | 13-Aug-96 | | 1407 | 13-Aug-11 | EFM+ channel coding |
| VN | N 014986 | - | S19982028T1 | 23-Aug-94 | | 947 | 23-Aug-09 | Multilayer with spherical abberation control |
| VN | N 014986 | A | S19982028T2 | 23-Aug-94 | | 948 | 23-Aug-09 | Multilayer with spherical abberation control |
| VN | N 015093 | - | S19980035 | 15-Jul-96 | | 1338 | 15-Jul-11 | Disc size on disc |
| VN | N 015424 | - | S19970678 | 03-May-97 | | | 03-May-17 | Path control system for multi-version |
| VN | N 015452 | - | S19970327 | 25-Apr-97 | | 1598 | 25-Apr-17 | DC control for EFM+ |
| ZA | B 033973 | - | 96-0754 | 31-Jan-96 | | 96-0754 | 31-Jan-16 | Subtitle runlength compression |
| ZA | N 014746 | - | 955115 | 10-Feb-95 | | 95-1115 | 10-Feb-15 | EFM+ channel coding |
| ZA | N 014752 | - | 95-1194 | 14-Feb-95 | | 95-1194 | 14-Feb-15 | Block format error Interleaving |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate    Friday, June 07, 2002

Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---------|-----------|-----------|-------------|----------------|----------|-------------|-------|
| ZA | N 015093 - | 959469 | 08-Nov-95 | | 95-9469 | 08-Nov-15 | Disc size on disc |
| ZA | N 015452 - | 967261 | 27-Aug-96 | | 967261 | 27-Aug-16 | DC control for EFM+ |

All corresponding patent applications, patents, divisions, continuations, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 12 of 12                                                                                      Printdate   Friday, June 07, 2002

26 September 2001

Exhibit I to the DVD Video Disc and DVD ROM Disc Patent License Agreement

Pioneer's patents relevant to DVD ROM disc.

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---------|-----------|-----------|-------------|----------------|----------|-------------|-------|
| DE-EP | 50P40030EP | 95305172.9 | 25-Jul-95 | 0694915-A1 | | 25-Jul-15 | Multi layer |
| DE-EP | 50P40188EP | 97301357.8 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |
| FR-EP | 50P40030EP | 95305172.9 | 25-Jul-95 | 0694915-A1 | | 25-Jul-16 | Multi layer |
| FR-EP | 50P40188EP | 97301357.8 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |
| GB-EP | 50P40030EP | 95305172.9 | 25-Jul-95 | 0694915-A1 | | 25-Jul-15 | Multi layer |
| GB-EP | 50P40188EP | 97301357.8 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |
| JP | 50P40030 | 95-148907 | 15-Jun-95 | 96-36405 | | 26-Jul-14 | Multi layer |
| JP | 50P40188 | 96-41943 | 28-Feb-96 | 97-231677 | | 28-Feb-16 | Minimum readout rate |
| JP | 51P40052 | 96-236411 | 06-Sep-96 | 97-120535 | 2849072 | 11-Nov-13 | Structure of SYNC Codes |
| US | 48P40115bUS1 | 394018 | 07-Nov-94 | | 5740152 | 07-Nov-14 | Structure of SYNC Codes |
| US | 50P40030US | 0604793 | 20-Jul-95 | | 5608715 | 20-Jul-15 | Multi layer |
| US | 50P40102US | 759956 | 03-Dec-96 | | 5887066 | 03-Dec-16 | Digital data transmitting |
| US | 50P40121US | 764024 | 12-Dec-96 | | 5917851 | 12-Dec-16 | Digital modulation |
| US | 50P40188US | 0806458 | 26-Feb-97 | | 6238804 | 26-Feb-17 | Minimum readout rate |

\* grant for Pioneer's share

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate  26 September 2001

Page  1 of 1

Exhibit II to the DVD Video Disc and DVD ROM Disc Patent License Agreement

Pioneer's patents relevant to DVD Video disc.

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| CN | 50P40166 | 97111088.8 | 23-Feb-97 | 1167311A | | 23-Feb-12 | DSI , PCI separation |
| CN | 50P40167CN | 97111628.1 | 15-Mar-97 | 1170090A | | 15-Mar-17 | Control by NAV pack |
| CN | 50P40179CN | 97113084.7 | 04-Apr-97 | 1185920 | | 04-Apr-17 | Highlight PTS |
| CN | 50P40180CN | 97109638.4 | 19-Mar-97 | 1173898A | | 19-Mar-17 | Seamless flag |
| CN | 50P40184CN | 97111653.9 | 19-Mar-97 | 1175055A | | 19-Mar-17 | Attribute information |
| CN | 50P40186CN | 97111689.X | 18-Mar-97 | 1175056A | | 18-Mar-17 | First access unit pointer |
| DE | 42P302225DE1 | 8383448830.0 | 11-Nov-91 | | 3844630 | 11-Oct-08 | Selection of subtitle |
| DE-EP | 45P40038EP1 | 98111840.3 | 24-Jun-98 | 0875884-A1 | | 04-Jul-11 | Presentation Data |
| DE-EP | 48P300012EP | 94303316.3 | 20-May-94 | 0626089-A2 | | 20-May-14 | Selection by classification information |
| DE-EP | 50P40030EP | 95305172.9 | 25-Jul-95 | 0694815-A1 | | 25-Jul-15 | Multi layer |
| DE-EP | 50P40041EP | 96304936.6 | 04-Jul-96 | 0752705-A2 | | 04-Jul-16 | Time map |
| DE-EP | 50P40163EP | 97302312.0 | 03-Apr-97 | 0800164-A2 | | 03-Apr-17 | User operation restriction |
| DE-EP | 50P40164EP | 97301572.0 | 10-Mar-97 | 0795889-A2 | | 10-Mar-17 | Access restriction |
| DE-EP | 50P40165EP | 97301817.9 | 18-Mar-97 | 0797201-A2 | | 18-Mar-17 | DSI , SIII, Cell SIIII |
| DE-EP | 50P40166EP | 97301240.2 | 27-Feb-97 | 0793232-A2 | | 27-Feb-17 | DSI , PCI separation |
| DE-EP | 50P40167EP | 97301536.5 | 07-Mar-97 | 0795871 | | 07-Mar-17 | Control by NAV pack |
| DE-EP | 50P40168EP | 97301915.1 | 21-Mar-97 | 0797200-A2 | | 21-Mar-17 | VOB unit search information |
| DE-EP | 50P40169EP | 97301880.7 | 20-Mar-97 | 0797200-A2 | | 20-Mar-17 | VOB unit search information |
| DE-EP | 50P40171EP | 97301652.0 | 12-Mar-97 | 0795673-A2 | | 12-Mar-17 | Parental ID |
| DE-EP | 50P40174EP | 97301613.2 | 11-Mar-97 | 0795672-A2 | | 11-Mar-17 | VOB ID, Cell ID |
| DE-EP | 50P40175EP | 97301868.3 | 19-Mar-97 | 0798723-A2 | | 19-Mar-17 | Text information |
| DE-EP | 50P40176EP | 97301756.9 | 17-Mar-97 | 0797204-A2 | | 17-Mar-17 | Time search map |
| DE-EP | 50P40179EP | 97302258.5 | 02-Apr-97 | 0800174-A2 | | 02-Apr-17 | Highlight PTS |
| DE-EP | 50P40180EP | 97301675.5 | 19-Mar-97 | 0798722-A2 | | 19-Mar-17 | Seamless flag |
| DE-EP | 50P40181EP | 97302338.5 | 04-Apr-97 | 0801392-A2 | | 04-Apr-17 | Audio frame alignment |
| DE-EP | 50P40182EP | 97301490.3 | 05-Mar-97 | 0765670-A2 | | 05-Mar-17 | Audio frame number |
| DE-EP | 50P40184EP | 97301757.7 | 17-Mar-97 | 0797205-A2 | | 17-Mar-17 | Attribute information |
| DE-EP | 50P40186EP | 97301645.4 | 12-Mar-97 | 0791203-A2 | | 12-Mar-17 | First access unit pointer |
| DE-EP | 50P40187EP | 97301820.3 | 18-Mar-97 | 0797199-A2 | | 18-Mar-17 | 24 bit data alignment |
| DE-EP | 50P40186EP | 97301337.8 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |

*All corresponding patent applications, patents, divisions, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Printdate   26 September 2001

26 September 2001

Pioneer's patents relevant to DVD Video disc.

| COUNTRY REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|
| DE-EP 50P40189EP | 973014887 | 05-Mar-97 | 0795859-A2 | 0795859 | 05-Mar-17 | Audio frame |
| EP 50P40189EP | 973014887 | 05-Mar-97 | 0795859-A2 | 0795859 | 05-Mar-17 | Audio frame |
| FR-EP 45P40038EP | 981116403 | 24-Jun-98 | 0875684-A1 | | 04-Jul-11 | Presentation Data |
| FR-EP 48P30012EP | 943038168 | 26-May-94 | 0628889-A2 | | 26-May-14 | Selection by classification information |
| FR-EP 50P40030EP | 953051729 | 25-Jul-95 | 0694915-A1 | | 25-Jul-15 | Multi layer |
| FR-EP 50P40041EP | 980049366 | 04-Jul-98 | 0752705-A2 | | 04-Jul-16 | Time map |
| FR-EP 50P40165EP | 973032120 | 03-Apr-97 | 0800164-A2 | | 03-Apr-17 | User operation restriction |
| FR-EP 50P40164EP | 973015720 | 10-Mar-97 | 0795860-A2 | | 10-Mar-17 | Access restriction |
| FR-EP 50P40165EP | 973018179 | 18-Mar-97 | 0797201-A2 | | 18-Mar-17 | DSI_Still, Cell Still |
| FR-EP 50P40166EP | 973013402 | 27-Feb-97 | 0793232-A2 | | 27-Feb-17 | DSI, PCI separation |
| FR-EP 50P40167EP | 973015835 | 07-Mar-97 | 0795971 | | 07-Mar-17 | Control by NAV pack |
| FR-EP 50P40168EP | 973019151 | 21-Mar-97 | 0797200-A2 | | 21-Mar-17 | VOB unit search information |
| FR-EP 50P40169EP | 973018607 | 20-Mar-97 | 0797206-A2 | | 20-Mar-17 | VOB unit search information |
| FR-EP 50P40171EP | 973018520 | 12-Mar-97 | 0796873-A2 | | 12-Mar-17 | Parental ID |
| FR-EP 50P40174EP | 973016132 | 11-Mar-97 | 0796872-A2 | | 11-Mar-17 | VOB ID, Cell ID |
| FR-EP 50P40175EP | 973018583 | 19-Mar-97 | 0796723-A2 | | 19-Mar-17 | Text information |
| FR-EP 50P40176EP | 973017668 | 17-Mar-97 | 0797204-A2 | | 17-Mar-17 | Time search map |
| FR-EP 50P40179EP | 973022586 | 02-Apr-97 | 0800174-A2 | | 02-Apr-17 | Highlight PTS |
| FR-EP 50P40180EP | 973016575 | 19-Mar-97 | 0796722-A2 | | 19-Mar-17 | Seamless flag |
| FR-EP 50P40181EP | 973023585 | 04-Apr-97 | 0801382-A2 | | 04-May-17 | Audio frames alignment |
| FR-EP 50P40182EP | 973014905 | 05-Mar-97 | 0795870-A2 | | 05-Mar-17 | Audio frame number |
| FR-EP 50P40184EP | 973017517 | 17-Mar-97 | 0797205-A2 | | 17-Mar-17 | Attribute information |
| FR-EP 50P40185EP | 973010454 | 12-Mar-97 | 0797200-A2 | | 12-Mar-17 | First access unit pointer |
| FR-EP 50P40170EP | 973018203 | 18-Mar-97 | 0791199-A2 | | 18-Mar-17 | 24 bit data alignment |
| FR-EP 50P40188EP | 973013379 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |
| FR-EP 50P40189EP | 973014887 | 05-Mar-97 | 0795859-A2 | 0795859 | 05-Mar-17 | Audio frame |
| GB-EP 45P40038EP | 981116403 | 24-Jun-98 | 0875684-A1 | | 04-Jul-11 | Presentation Data |
| GB-EP 48P30012EP | 943038168 | 26-May-94 | 0628889-A2 | | 26-May-14 | Selection by classification information |
| GB-EP 50P40030EP | 953051729 | 25-Jul-95 | 0694915-A1 | | 25-Jul-15 | Multi layer |
| GB-EP 50P40041EP | 980049366 | 04-Jul-98 | 0752705-A2 | | 04-Jul-16 | Time map |
| GB-EP 50P40165EP | 973023120 | 03-Apr-97 | 0800164-A2 | | 03-Apr-17 | User operation restriction |

*All corresponding patent applications, patents, divisions, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Page 2 of 6

Printdate  26 September 2001

26 September 2001

## Pioneer's patents relevant to DVD Video disc.

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| GB-EP | 50P40164EP | 973016712.0 | 10-Mar-97 | 0795889-A2 | | 10-Mar-17 | Access restriction |
| GB-EP | 50P40165EP | 973018117.9 | 18-Mar-97 | 0797201-A2 | | 18-Mar-17 | DSI, Still, Cell Still |
| GB-EP | 50P40166EP | 973013402.2 | 27-Feb-97 | 0793232-A2 | | 27-Feb-17 | DSI, PCI separation |
| GB-EP | 50P40167EP | 973015365 | 07-Mar-97 | 0795871 | | 07-Mar-17 | Control by NAV pack |
| GB-EP | 50P40168EP | 973019151 | 21-Mar-97 | 0792200-A2 | | 21-Mar-17 | VOB unit search information |
| GB-EP | 50P40169EP | 973018007 | 20-Mar-97 | 0792206-A2 | | 20-Mar-17 | VOB unit search information |
| GB-EP | 50P40171EP | 973016520 | 12-Mar-97 | 0795873-A2 | | 12-Mar-17 | Parental ID |
| GB-EP | 50P40174EP | 973016132.2 | 11-Mar-97 | 0795872-A2 | | 11-Mar-17 | VOB ID, Cell ID |
| GB-EP | 50P40175EP | 973018183.3 | 19-Mar-97 | 0798722-A2 | | 19-Mar-17 | Text information |
| GB-EP | 50P40176EP | 973017563.9 | 17-Mar-97 | 0797204-A2 | | 17-Mar-17 | Time search map |
| GB-EP | 50P40177EP | 973022565.5 | 02-Apr-97 | 0800174-A2 | | 02-Apr-17 | Highlight PTS |
| GB-EP | 50P40178EP | 973018575.5 | 19-Mar-97 | 0798722-A2 | | 19-Mar-17 | Seamless flag |
| GB-EP | 50P40181EP | 973023586.6 | 04-Apr-97 | 0801386-A2 | | 04-Apr-17 | Audio frame alignment |
| GB-EP | 50P40182EP | 973014905 | 05-Mar-97 | 0795870-A2 | | 05-Mar-17 | Audio frame number |
| GB-EP | 50P40184EP | 973017577 | 17-Mar-97 | 0797205-A2 | | 17-Mar-17 | Attribute information |
| GB-EP | 50P40186EP | 973016454.4 | 12-Mar-97 | 0797203-A2 | | 12-Mar-17 | First access unit pointer |
| GB-EP | 50P40187EP | 973018203.3 | 18-Mar-97 | 0797199-A2 | | 18-Mar-17 | 24 bit data alignment |
| GB-EP | 50P40188EP | 973013372.3 | 27-Feb-97 | 0793233-A2 | | 27-Feb-17 | Minimum readout rate |
| GB-EP | 50P40168EP | 973014887.7 | 05-Mar-97 | 0795859-A2 | 0795859 | 06-Mar-17 | Audio frame |
| JP | 43P30166 | 88-46904 | 29-Feb-88 | 89-241083 | 2735557 | 29-Feb-08 | Position of sub-picture on main picture |
| JP | 42P30201 | 88-57588 | 22-Mar-88 | 89-223573 | 2811445 | 22-Mar-08 | Address of sub-picture information |
| JP | 42P30229 | 88-57401 | 11-Mar-88 | 89-067670 | 95-118799 / 2938077 | 11-Mar-08 | Selection of subtitle |
| JP | 45P40038 | 90-179794 | 06-Jul-90 | 92-067470 | | 08-Jul-10 | Presentation Data |
| JP | 47P30077 | 92-293888 | 07-Oct-92 | 94-124540 | 2928610 | 07-Oct-12 | Mixture of audio information |
| JP | 48P30015 | 93-124070 | 26-May-93 | 94-332461 | 2951602 | 26-May-13 | Selection of subchannel |
| JP | 50P40030 | 95-148907 | 15-Jun-95 | 98-98405 | | 28-Jul-14 | Multi layer |
| JP | 50P40040 | 95-186024 | 30-Jun-95 | 97-17159 | | 30-Jun-15 | Cell contents |
| JP | 50P40041 | 95-170913 | 06-Jul-95 | 97-23404 | | 06-Jul-15 | Time map |
| JP | 50P40183 | 96-82932 | 04-Apr-96 | 97-274776 | | 04-Apr-16 | User operation restriction |
| JP | 50P40164 | 96-59838 | 15-Mar-96 | 97-261781 | | 15-Mar-16 | Access restriction |
| JP | 50P40165 | 96-61471 | 18-Mar-96 | 97-261584 | | 18-Mar-16 | DSI, Still, Still |

*All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Page 3 of 6

Printdate    26 September 2001

26 September 2001

Pioneer's patents relevant to DVD Video disc.

| COUNTRY REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|
| JP 50P40166 | 99-41942 | 28-Feb-96 | 97-231730 | | 28-Feb-16 | DSI, PCI assertion |
| JP 50P40167 | 99-59837 | 15-Mar-96 | 97-252450 | | 15-Mar-16 | Control by NAV pack |
| JP 50P40168 | 99-66405 | 22-Mar-96 | 97-269542 | | 22-Mar-16 | VOB unit search information |
| JP 50P40169 | 99-66403 | 22-Mar-96 | 97-269541 | | 22-Mar-16 | VOB unit search information |
| JP 50P40171 | 99-59834 | 15-Mar-96 | 97-251760 | | 15-Mar-16 | Parental ID |
| JP 50P40174 | 99-57757 | 14-Mar-96 | 97-251769 | | 14-Mar-16 | VOB ID, Cell ID |
| JP 50P40175 | 99-68730 | 25-Mar-96 | 97-265705 | | 25-Mar-16 | Text Information |
| JP 50P40178 | 99-61470 | 18-Mar-96 | 97-251763 | | 18-Mar-16 | Time search map |
| JP 50P40179 | 99-33478 | 05-Apr-96 | 97-282848 | | 05-Apr-16 | Highlight PTS |
| JP 50P40180 | 98-83380 | 19-Mar-96 | 97-259573 | | 19-Mar-16 | Seamless flag |
| JP 50P40181 | 98-85608 | 09-Apr-96 | 97-282849 | | 09-Apr-16 | Audio frame alignment |
| JP 50P40182 | 99-83836 | 15-Mar-96 | 97-252449 | | 15-Mar-16 | Audio frame number |
| JP 50P40184 | 98-63591 | 19-Mar-96 | 97-259574 | | 19-Mar-16 | Attribute information |
| JP 50P40185 | 98-69604 | 22-Mar-96 | 97-259608 | | 22-Mar-16 | Cell contents information |
| JP 50P40186 | 99-61473 | 18-Mar-96 | 97-251762 | | 18-Mar-16 | First access unit pointer |
| JP 50P40187 | 99-61472 | 18-Mar-96 | 97-251723 | | 18-Mar-16 | 24 bit data alignment |
| JP 50P40188 | 99-41943 | 28-Feb-96 | 97-251677 | | 28-Feb-16 | Minimum readout rate |
| JP 50P40189 | 99-59835 | 15-Mar-96 | 97-251717 | | 15-Mar-16 | Audio frame |
| JP 51P40052 | 99-236411 | 08-Sep-96 | 97-120835 | 2849072 | 11-Nov-13 | Structure of SYNC Codes |
| JP 51P40053 | 98-330054 | 26-Dec-96 | 97-190194 | 3124243 | 18-Jun-13 | Selection by classification information |
| JP 52P40006 | 97-135513 | 26-May-97 | 98-108138 | 3025659 | 29-Feb-08 | Position of sub-picture on main picture |
| JP 52P40061 | 97-151376 | 09-Jun-97 | 98-092161 | 2941745 | 11-Mar-08 | Selection of subtitle |
| JP 52P40148 | 97-215998 | 25-Jul-97 | 98-075418 | 3090895 | 07-Jul-07 | Attribute information |
| US 42P30020US | 0248387 | 23-Sep-88 | | 4853035 | 23-Sep-08 | Address of sub-picture information |
| US 42P30023US | 065036 | 24-May-93 | | 5315400 | 24-May-11 | Selection of subtitle |
| US 42P30026US | 0304282 | 31-Jan-89 | | 5083551 | 31-Jan-09 | Run length limited code |
| US 45P40038US | 0725092 | 02-Jul-91 | | 5336864 | 09-Aug-11 | Presentation Data |
| US 42P40012US2 | 529478 | 15-Mar-01 | | | 03-Sep-13 | Aspect ratio |
| US 47P40013US3 | 638000 | 14-Aug-00 | | | 03-Sep-13 | Aspect ratio |
| US 48P30012US | 0248837 | 23-May-94 | | 5678911 | 21-Oct-14 | Selection by classification information |
| US 48P30012US1 | 0718466 | 25-Sep-96 | | 5895876 | 21-Oct-14 | Selection by classification information |

*All corresponding patent applications, patents, divisions, continuations, combinations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Priordate   26 September 2001

26 September 2001

Pioneer's patents relevant to DVD Video disc.

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| US | 48P3001SUS | 0249036 | 25-May-94 | | 5460883 | 25-May-14 | Selection of subchannel |
| US | 48P4011BUS01 | 784018 | 07-Nov-94 | | 5740182 | 07-Nov-14 | Structure of SYNC Codes |
| US | 50P4003DUS | 0504793 | 20-Jul-95 | | 5908715 | 20-Jul-15 | Multi layer |
| US | 50P4004QUS | 0670533 | 27-Jun-96 | | 5886995 | 27-Jun-16 | Cell contents |
| US | 50P4004IUS | 0675016 | 03-Jul-96 | | 5892983 | 03-Jul-16 | Time map |
| US | 50P4004IUS1 | 244778 | 05-Feb-99 | | 6085297 | 03-Jul-16 | Time map |
| US | 50P4010ZIS | 759956 | 03-Dec-96 | | 5987096 | 03-Dec-16 | Digital data transmitting |
| US | 50P4012SUS | 784024 | 12-Dec-96 | | 5917857 | 12-Dec-16 | Digital modulation |
| US | 50P4016SUS | 0634806 | 05-Apr-97 | | 6216952 | 03-Apr-17 | User operation restriction |
| US | 50P4016AUS | 0816941 | 14-Mar-97 | | 6085021 | 14-Mar-17 | Access restriction |
| US | 50P4016SUS | 819012 | 17-Mar-97 | | 6157769 | 17-Mar-17 | DSI_Still, Cell Still |
| US | 50P4016BUS | 0805459 | 26-Feb-97 | | 6009004 | 26-Feb-17 | DSI, PGI separation |
| US | 50P4016TUS | 0816688 | 13-Mar-94 | | 6148138 | 13-Mar-17 | Control by NAV pack |
| US | 50P4016BUS | 822457 | 21-Mar-97 | | 6212330 | 21-Mar-17 | VOB unit search information |
| US | 50P4016GUS | 0821424 | 21-Mar-97 | | 6137954 | 21-Mar-17 | VOB unit search information |
| US | 50P4017TUS | 0816889 | 13-Mar-97 | | 5933569 | 13-Mar-17 | Parental ID |
| US | 50P4017T1US1 | 0226105 | 07-Jan-99 | | 6122434 | 13-Mar-17 | Parental ID |
| US | 50P4017AUS | 0815956 | 26-Feb-94 | | 6031962 | 13-Mar-17 | VOB ID, Cell ID |
| US | 50P4017I9US | 0825560 | 20-Mar-97 | | 5880746 | 20-Mar-17 | Text information |
| US | 50P4017BUS | 0822157 | 17-Mar-97 | | 6091674 | 17-Mar-17 | Time search map |
| US | 50P4017E0US1 | 0247870 | 11-Feb-99 | | 6108281 | 17-Mar-17 | Time search map |
| US | 50P4017IUS | 0831716 | 01-Apr-97 | | 6088506 | 01-Apr-17 | Highlight PTS |
| US | 50P4018OUS | 0820266 | 19-Mar-97 | | 5986352 | 18-Mar-17 | Seamless flag |
| US | 50P4018IUS | 0833470 | 07-Apr-97 | | 5936925 | 07-Apr-17 | Audio frame alignment |
| US | 50P4018I1US1 | 0283850 | 08-Mar-99 | | 6034942 | 07-Apr-17 | Audio frame alignment |
| US | 50P4018ZUS | 0812882 | 06-Mar-97 | | 6103466 | 06-Mar-17 | Audio frame number |
| US | 50P4018AUS | 0820257 | 18-Mar-97 | | 6104684 | 18-Mar-17 | Attribute information |
| US | 50P4019SUS | 0821920 | 21-Mar-97 | | 5742569 | 21-Mar-17 | Cell contents information |
| US | 50P4018SUS | 0818861 | 17-Mar-97 | | 5805537 | 17-Mar-17 | First access unit pointer |
| US | 50P4018GUS | 0819011 | 17-Mar-97 | | 6014495 | 17-Mar-17 | 24 bit data alignment |
| US | 50P4018DUS | 0806458 | 26-Feb-97 | | 6236804 | 26-Feb-17 | Minimum readout rate |

*All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list*

Exhibit B, Page 42

26 September 2001

Pioneer's patents relevant to DVD Video disc.

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR. | EXPIRY DATE | TITLE |
|---------|-----------|-----------|-------------|----------------|-----------|-------------|-------|
| US | 50P401189US | 0815194 | 11-Mar-97 | | 5960152 | 11-Mar-17 | Audio frame |

*grant for Pioneer's share

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Printdate    26 September 2001

1806099

## Exhibit I to the DVD Video Disc and DVD ROM Disc Patent License Agreement

Sony's Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRT DATE | TITLE |
|---|---|---|---|---|---|---|---|
| AT-EP | S95P0391 | | | | | | 8/16 modulation |
| AT-EP | S95P0391 | | | | | | 8/16 modulation |
| AU | S82P0040 | 8023692 | 05-Feb-82 | | 552544 | 05-Feb-02 | DSV control word |
| AU | S91P0044 | 7186091 | 30-Jan-91 | | 631725 | 30-Jan-11 | An optical recording medium |
| AU | S95P0391 | 2899195 | 07-Jul-95 | | 701638 | 07-Jul-15 | 8/16 modulation |
| AU | S95P0391 | 1008499 | 08-Jan-99 | | 718089 | 07-Jul-15 | 8/16 modulation |
| CA | S82P0040 | 395598 | 05-Feb-82 | | 1209703 | 12-Aug-03 | DSV control word |
| CA-WO | S95P0391 | 2171113 | 07-Jul-95 | | | | 8/16 modulation |
| CN | S95P0391 | 121719.4 | 21-Jul-00 | | | | 8/16 modulation |
| CN-WO | S95P0391 | 95190776.X | 02-May-96 | CN1134195A | | | 8/16 modulation |
| DE | S82P0040 | 82300624.2 | 09-Feb-82 | | P3270706.1 | 09-Feb-02 | DSV control word |
| DE-EP | S91P0044 | | | | | | An optical recording medium |
| DE-EP | S95P0391 | | | | | | 8/16 modulation |
| DE-EP | S95P0391 | | | | | | 8/16 modulation |
| EP | S82P0040 | 82300624.2 | 09-Feb-82 | 0058081 | 0058081 | | DSV control word |
| EP | S91P0044 | 96100707.17 | 18-Jan-96 | 0715303 | | | An optical recording medium |
| EP | S95P0391 | 99113783.7 | 14-Jul-99 | 0971355 | | | 8/16 modulation |
| EP | S95P0391 | 011050871.1 | 09-Feb-01 | | | | 8/16 modulation |
| EP | S95P0391 | | | | | | 8/16 modulation |
| ES-EP | S95P0391 | | | | | | 8/16 modulation |
| FR | S82P0040 | 82300624.2 | 09-Feb-82 | | 0058081 | 09-Feb-02 | DSV control word |
| FR-EP | S91P0044 | | | | | | An optical recording medium |
| FR-EP | S95P0391 | | | | | | 8/16 modulation |
| FR-EP | S95P0391 | | | | | | 8/16 modulation |
| GB | S82P0040 | 82300624.2 | 09-Feb-82 | | 0058081 | 09-Feb-02 | DSV control word |
| GB-EP | S91P0044 | | | | | | An optical recording medium |
| GB-EP | S95P0391 | | | | | | 8/16 modulation |
| GB-EP | S95P0391 | | | | | | 8/16 modulation |
| ID | S95P0391 | P-951292 | 06-Jul-95 | | | | 8/16 modulation |
| IL | S95P0391 | 115541 | 06-Oct-95 | | | | 8/16 modulation |
| IL | S95P0391 | 127149 | 19-Nov-98 | | | | 8/16 modulation |
| IN | S95P0391 | 1267/DEL/95 | 07-Jul-95 | | | | 8/16 modulation |
| IT-EP | S95P0391 | | | | | | 8/16 modulation |
| IT-EP | S95P0391 | | | | | | 8/16 modulation |
| JP | S82P0040 | 81-017734 | 09-Feb-81 | 82-132461 | 1547082 | 09-Feb-01 | DSV control word |
| JP | S91P0044 | 97-033010 | 31-Jan-97 | 97-204688 | 3104201 | 31-Jan-10 | An optical recording medium |
| JP | S91P0044 | 97-033012 | 31-Jan-97 | 97-204689 | 3104202 | 31-Jan-10 | An optical recording medium |

Printdate   180601

Sony's Patents relevant to DVD ROM disc

18/06/01

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| JP | S95P0391 | 94-157115 | 08-Jul-94 | 96-031100 | | | 8/16 modulation |
| JP | S95P0391 | 2000-217864 | 18-Jul-00 | 2001-060369 | | | 8/16 modulation |
| JP | S96R0575 | 96-121988 | 16-May-96 | 97-098381 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140811 | 12-May-00 | 2000-358216 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140812 | 12-May-00 | 2000-354256 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140813 | 12-May-00 | 2001-016542 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140814 | 12-May-00 | 2000-353562 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| KR | S91P0044 | 91-701176 | 24-Sep-91 | | 0221826 | 24-Sep-11 | An optical recording medium |
| KR | S91P0044 | 10-99-7003172 | 12-Apr-99 | | 0233420 | 30-Jan-11 | An optical recording medium |
| KR-WO | S95P0391 | 96-701288 | 07-Jul-95 | | | | 8/16 modulation |
| MY | S95P0391 | PI9503008 | 07-Oct-95 | | | | 8/16 modulation |
| NL | S82P0040 | 823006242 | 09-Feb-82 | | 0058081 | 09-Feb-82 | DSV control word |
| NL-EP | S91P0044 | | | | | | An optical recording medium |
| NL-EP | S95P0391 | | | | | | 8/16 modulation |
| NL-EP | S95P0391 | | | | | | 8/16 modulation |
| PH | S95P0391 | 52296 | 09-Oct-95 | | | | 8/16 modulation |
| PL-WO | S95P0391 | P313410 | 07-Jul-95 | | | | 8/16 modulation |
| SG | S95P0391 | 9607338-2 | 07-Jul-95 | | 9607338-2 | 07-Jul-15 | 8/16 modulation |
| SU-WO | S95P0391 | 96107886 | 07-Jul-95 | | | | 8/16 modulation |
| TH | S95P0391 | 27155 | 07-Jul-95 | | | | 8/16 modulation |
| TR | S95P0391 | 1239 | 11-Oct-95 | | | | 8/16 modulation |
| TW | S95P0391 | 84107701 | 25-Jul-95 | | 077029 | 24-Jul-15 | 8/16 modulation |
| US | S82P0040 | 346915 | 08-Feb-82 | | 4456905 | 08-Feb-02 | DSV control word |
| US | S91P0044 | 383351 | 03-Feb-95 | | 5533001 | 02-Jul-13 | An optical recording medium |
| US | S91P0044 | 388589 | 14-Feb-95 | | 5515346 | 07-May-13 | An optical recording medium |
| US | S91P0044 | 401424 | 09-Mar-95 | | 5508981 | 16-Apr-13 | An optical recording medium |
| US | S91P0044 | 499331 | 07-Mar-95 | | 5587990 | 30-Jan-11 | An optical recording medium |
| US | S91P0044 | 683557 | 17-Jul-96 | | 5610880 | 30-Jan-11 | An optical recording medium |
| US | S95P0391 | 612952 | 07-Jul-95 | | 5818367 | 07-Jul-15 | 8/16 modulation |
| US | S95P0391 | 09/166668 | 05-Oct-99 | | 5969651 | 07-Jul-15 | 8/16 modulation |
| US | S96R0575 | 09/377571 | 19-Aug-99 | | 6185687 | 19-Jul-16 | Copy protection inserting APS, CGMS data & Ciphering with key information |
| VN | S95P0391 | S-186996 | 08-May-96 | | 884 | 07-Jul-15 | 8/16 modulation |

Printdate   18/06/01



Sony's Patents relevant to DVD ROM disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE | 18/06/01 |
|---------|-----------|-----------|-------------|----------------|----------|-------------|-------|----------|
| WO | S91P0044 | PCT/JP91/00113 | 30-Jan-91 | WO91/11807 | | | An optical recording medium | |
| WO | S95P0391 | PCT/JP95/01364 | 07-Jul-95 | | | | 8/16 modulation | |

list

Page 3 of 3

Printable    18/06/01

18/06/01

**Exhibit II to the DVD Video Disc and DVD ROM Disc Patent License Agreement**

Sony's Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRT DATE | TITLE |
|---|---|---|---|---|---|---|---|
| AT-EP | S93P0692 | | | | | | Data search information entry point |
| AT-EP | S95P0391 | | | | | | 8/16 modulation |
| AT-EP | S95P0391 | | | | | | 8/16 modulation |
| AT-EP | S96P0171 | | | | | | Color-control of subtitle |
| AT-EP | S96P0249 | | | | | | Position-information for displaying subtitle |
| AT-EP | S96P0537 | | | | | | Top-field-flag of GOP |
| AT-EP | S96P0589 | | | | | | IP search |
| AT-EP | S96P0589 | | | | | | IP search |
| AT-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| AT-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| AT-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| AT-EP | S97P0077 | 8023682 | 05-Feb-82 | | 552644 | 03-Feb-02 | DSV control word |
| AU | S82P0040 | 7186091 | 30-Jan-91 | | 631725 | 30-Jan-11 | An optical recording medium |
| AU | S91P0044 | 4833393 | 22-Sep-93 | | 669563 | 22-Sep-13 | Data search information entry point |
| AU | S93P0592 | 2891195 | 07-Jul-95 | | 701658 | 07-Jul-15 | 8/16 modulation |
| AU | S95P0391 | 2891195 | 07-Jul-95 | | 718089 | 07-Jul-15 | 8/16 modulation |
| AU | S95P0391 | 10084499 | 08-Jan-99 | | 711083 | 20-Mar-16 | Color-control of subtitle |
| AU | S96P0171 | 4819896 | 20-Mar-96 | | 707272 | 02-Apr-16 | Position-information for displaying subtitle |
| AU | S96P0249 | 50457396 | 02-Apr-96 | | | | Position-information for displaying subtitle |
| AU | S96P0249 | 18422399 | 25-Feb-99 | | | | Top-field-flag of GOP |
| AU | S96P0537 | 64209396 | 22-Aug-96 | | 702573 | 22-Aug-16 | IP search |
| AU | S96P0589 | 60799096 | 29-Jul-96 | | 702962 | 29-Jul-16 | IP search |
| AU | S96P0589 | 9601106 | 22-Mar-96 | | | | Color-control of subtitle |
| BR | S96P0171 | 9601263 | 03-Apr-96 | | | | Position-information for displaying subtitle |
| BR | S96P0249 | 9603538 | 23-Aug-96 | | | | Top-field-flag of GOP |
| BR | S96P0537 | 9601175 | 26-Jul-96 | | | | IP search |
| BR | S96P0589 | 395598 | 05-Feb-82 | | 1209703 | 12-Aug-03 | DSV control word |
| CA | S82P0040 | 2172010 | 18-Mar-96 | | | | Color-control of subtitle |
| CA | S96P0171 | 2173177 | 01-Apr-96 | | | | Position-information for displaying subtitle |
| CA | S96P0249 | 2182057 | 25-Jul-96 | | | | IP search |
| CA | S96P0589 | 2171113 | 07-Jul-96 | | | | 8/16 modulation |
| CA-WO | S95P0391 | 121719.4 | 21-Jul-00 | | | | 8/16 modulation |
| CN | S95P0391 | 96105775 | 23-Mar-96 | CN1140311A | | | Color-control of subtitle |
| CN | S96P0171 | 96105771 | 03-Apr-96 | CN1139273A | | | Position-information for displaying subtitle |
| CN | S96P0249 | 96113334 | 23-Aug-96 | CN1154630A | | | Top-field-flag of GOP |
| CN | S96P0537 | 981186742 | 23-Aug-98 | CN1215288A | | | Top-field-flag of GOP |
| CN | S96P0589 | 96112179 | 28-Jul-96 | 115187 | | | IP search |

Page 1 of 6

Printdate 18/06/01

Exhibit B, Page 47

18/06/01

## Sony's Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRT DATE | TITLE |
|---|---|---|---|---|---|---|---|
| CN | S96P0589 | 98118675.0 | 24-Aug-98 | CN1215289A | | | IP search |
| CN | S97P0077 | 97104717 | 09-Feb-97 | | | | Interleaved unit size for seamless play |
| CN | S97P0077 | 98118292.5 | 06-Oct-98 | CN1218247A | | | Interleaved unit size for seamless play |
| CN-WO | S95P0391 | 95190776.X | 02-May-96 | CN1134195A | | | 8/16 modulation |
| DE | S82P0040 | 82300624.2 | 09-Feb-82 | | F3270706.1 | 09-Feb-02 | DSV control word |
| DE-EP | S91P0044 | | | | | | An optical recording medium |
| DE-EP | S93P0592 | | | | | | Data search information entry point |
| DE-EP | S95P0391 | | | | | | 8/16 modulation |
| DE-EP | S95P0391 | | | | | | 8/16 modulation |
| DE-EP | S96P0171 | | | | | | Color-control of subtitle |
| DE-EP | S96P0249 | | | | | | Position-information for displaying subtitle |
| DE-EP | S96P0537 | | | | | | Top-field-flag of GOP |
| DE-EP | S96P0589 | | | | | | IP search |
| DE-EP | S96P0589 | | | | | | IP search |
| DE-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| DE-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| DE-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| EP | S82P0040 | 82300624.2 | 09-Feb-82 | 0058081 | 0058081 | | DSV control word |
| EP | S91P0044 | 96100707.7 | 18-Jan-96 | 0715503 | | | An optical recording medium |
| EP | S93P0592 | 97201484.9 | 16-May-97 | 0794667 | | | Data search information entry point |
| EP | S95P0391 | 99113783.7 | 14-Jul-99 | 0971355 | | | 8/16 modulation |
| EP | S95P0391 | 01103087.1 | 09-Feb-01 | | | | 8/16 modulation |
| EP | S96P0171 | 96301947.6 | 21-Mar-96 | 0734181 | | | Color-control of subtitle |
| EP | S96P0249 | 96302342.9 | 02-Apr-96 | 0737016 | | | Position-information for displaying subtitle |
| EP | S96P0537 | 96306125.4 | 22-Aug-96 | 0762772 | | | Top-field-flag of GOP |
| EP | S96P0589 | 96305533.0 | 29-Jul-96 | 0756281 | | | IP search |
| EP | S96P0589 | 00201894.3 | 29-May-00 | 1030302 | | | IP search |
| EP | S97P0077 | 97300629.9 | 30-Jan-97 | 0789360 | | | Interleaved unit size for seamless play |
| EP | S97P0077 | 00203414.8 | 02-Oct-00 | | | | Interleaved unit size for seamless play |
| EP | S97P0077 | 00205706.7 | 25-Oct-00 | | | | 8/16 modulation |
| ES-EP | S95P0391 | | | | | | Color-control of subtitle |
| ES-EP | S96P0171 | | | | | | Color-control of subtitle |
| ES-EP | S96P0249 | | | | | | Position-information for displaying subtitle |
| ES-EP | S96P0537 | | | | | | Top-field-flag of GOP |
| ES-EP | S96P0589 | | | | | | IP search |
| FR | S82P0040 | 82300624.2 | 09-Feb-82 | 0058081 | 0058081 | 09-Feb-02 | DSV control word |
| FR-EP | S91P0044 | | | | | | An optical recording medium |

Printdate 18/06/01

Sony's Patents relevant to DVD Video disc

18/06/01

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| FR-EP | S93R0592 | | | | | | Data search information entry point |
| FR-EP | S95R0391 | | | | | | 8/16 modulation |
| FR-EP | S95R0391 | | | | | | 8/16 modulation |
| FR-EP | S96R0171 | | | | | | Color-control of subtitle |
| FR-EP | S96R0249 | | | | | | Position-information for displaying subtitle |
| FR-EP | S96R0537 | | | | | | Top-field-flag of GOP |
| FR-EP | S96R0589 | | | | | | IP search |
| FR-EP | S96R0589 | | | | | | IP search |
| FR-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| FR-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| FR-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| GB | S82P0040 | 82900624.2 | 09-Feb-82 | | 0059081 | 09-Feb-02 | DSV control word |
| GB-EP | S91P0044 | | | | | | An optical recording medium |
| GB-EP | S93R0592 | | | | | | Data search information entry point |
| GB-EP | S95R0391 | | | | | | 8/16 modulation |
| GB-EP | S95R0391 | | | | | | 8/16 modulation |
| GB-EP | S96R0171 | | | | | | Color-control of subtitle |
| GB-EP | S96R0249 | | | | | | Position-information for displaying subtitle |
| GB-EP | S96R0537 | | | | | | Top-field-flag of GOP |
| GB-EP | S96R0589 | | | | | | IP search |
| GB-EP | S96R0589 | | | | | | IP search |
| GB-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| GB-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| GB-EP | S97R0077 | | | | | | Interleaved unit size for seamless play |
| GB-EP | S97R0077 | | | | | | IP search |
| HK | S96R0589 | 01101178.2 | 14-Feb-01 | | | | Interleaved unit size for seamless play |
| HK | S97P0077 | | | | | | Interleaved unit size for seamless play |
| HK | S97R0077 | | | | | | 8/16 modulation |
| ID | S95R0391 | P-951292 | 06-Jul-95 | | | | Top-field-flag of GOP |
| ID | S96R0537 | P-962393 | 22-Aug-96 | ID0005191 | | 22-Aug-16 | 8/16 modulation |
| IL | S95R0391 | 115541 | 06-Oct-95 | | | | 8/16 modulation |
| IL | S95R0391 | 127149 | 19-Nov-98 | | | | 8/16 modulation |
| IN | S95R0391 | 1267/DEL/95 | 07-Jul-95 | | | | Top-field-flag of GOP |
| IN | S96R0537 | 1868/DEL/96 | 21-Aug-96 | | | | Data search information entry point |
| IT-EP | S93R0592 | | | | | | 8/16 modulation |
| IT-EP | S95R0391 | | | | | | 8/16 modulation |
| IT-EP | S95R0391 | | | | | | Top-field-flag of GOP |
| IT-EP | S96R0171 | | | | | | Color-control of subtitle |
| IT-EP | S96R0249 | | | | | | Position-information for displaying subtitle |

Sony's Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| IT-EP | S96R0537 | | | | | | Top-field-flag of GOP |
| IT-EP | S96R0589 | | | | | | IP search |
| IT-EP | S96R0589 | | | | | | IP search |
| IT-EP | S96R0589 | | | | | | DSV control word |
| JP | S82R0040 | 81-017734 | 09-Feb-81 | 82-132461 | 1547082 | 09-Feb-10 | An optical recording medium |
| JP | S91R0044 | 97-033010 | 31-Jan-97 | 97-204688 | 3104201 | 31-Jan-10 | An optical recording medium |
| JP | S91R0044 | 97-033012 | 31-Jan-97 | 97-204689 | 3104202 | 31-Jan-10 | Data search information entry point |
| JP | S93R0592 | 92-350577 | 04-Dec-92 | 94-325553 | 2785220 | 04-Dec-12 | Data search information entry point |
| JP | S93R0592 | 92-355558 | 18-Dec-92 | 94-164322 | | | 8/16 modulation |
| JP | S93R0592 | 94-157175 | 08-Jul-94 | 96-031100 | | | 8/16 modulation |
| JP | S95R0391 | 2000-217864 | 18-Jul-00 | 2001-060369 | | | Color-control of subtitle |
| JP | S95R0391 | 95-086607 | 23-Mar-95 | 96-265661 | | | Position-information for displaying subtitle |
| JP | S96R0171 | 95-099436 | 03-Apr-95 | 96-275205 | | | Top-field-flag of GOP |
| JP | S96R0249 | 95-214675 | 23-Aug-95 | | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0537 | 96-121988 | 16-May-96 | 97-098381 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140811 | 12-May-00 | 2000-358216 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140812 | 12-May-00 | 2000-354256 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140813 | 12-May-00 | 2001-016542 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0575 | 2000-140814 | 12-May-00 | 2000-353362 | | | Copy protection inserting APS, CGMS data & Ciphering with key information |
| JP | S96R0589 | 95-211420 | 28-Jul-95 | 97-046712 | | | IP search |
| JP | S97R0077 | 97-026238 | 10-Feb-97 | 97-274769 | | | Interleaved unit size for seamless play |
| KR | S91R0044 | 91-701176 | 24-Sep-91 | | 0221826 | 24-Sep-11 | An optical recording medium |
| KR | S91R0044 | 10-99-7003172 | 12-Apr-99 | | 0233420 | 30-Jan-11 | An optical recording medium |
| KR | S93R0592 | 93-019642 | 22-Sep-93 | 94-08275 | | | Data search information entry point |
| KR | S93R0592 | 10-00-0050060 | 28-Aug-00 | | | | Data search information entry point |
| KR | S96R0171 | 96-07804 | 22-Mar-96 | 96-35585 | | | Color-control of subtitle |
| KR | S96R0249 | 96-10570 | 05-Apr-96 | 96-40008 | | | Position-information for displaying subtitle |
| KR | S96R0537 | 96-35363 | 23-Aug-96 | 97-14362 | | | Top-field-flag of GOP |
| KR | S96R0589 | 96-30906 | 29-Jul-96 | 97-08058 | | | IP search |
| KR | S96R0589 | 10-00-0064311 | 31-Oct-00 | | | | IP search |
| KR | S97R0077 | 97-04241 | 10-Feb-97 | 97-63196 | | | Interleaved unit size for seamless play |
| KR-WO | S95R0391 | 96-701288 | 07-Jul-95 | | | | 8/16 modulation |
| MX | S96R0171 | 961049 | 20-Mar-96 | | 192158 | 20-Mar-16 | Color-control of subtitle |
| MX | S96R0249 | 961267 | 02-Apr-96 | | | | Position-information for displaying subtitle |

Exhibit B, Page 50

Printdate  18/06/01

Sony's Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| MX | S96R0537 | 963578 | 22-Aug-96 | | | | Top-field-flag of GOP |
| MX | S96R0589 | 963031 | 26-Jul-96 | | | | IP search |
| MX | S97P0077 | 970855 | 03-Feb-97 | | | | Interleaved unit size for seamless play |
| MX | S95P0391 | P19503008 | 07-Oct-95 | | | | 8/16 modulation |
| MY | S96R0171 | P19600988 | 18-Mar-96 | | | | Color-control of subtitle |
| MY | S96R0249 | P19601238 | 03-Apr-96 | | | | Position-information for displaying subtitle |
| MY | S96R0537 | P19603428 | 20-Aug-96 | | | | Top-field-flag of GOP |
| MY | S96R0589 | P19603104 | 27-Jul-96 | | | | IP search |
| MY | S97P0077 | P19700368 | 30-Jan-97 | | | | Interleaved unit size for seamless play |
| NL | S82R0040 | 823006242 | 09-Feb-82 | | 0058081 | 09-Feb-02 | DSV control word |
| NL-EP | S91P0044 | | | | | | An optical recording medium |
| NL-EP | S93P0593 | | | | | | Data search information entry point |
| NL-EP | S95P0391 | | | | | | 8/16 modulation |
| NL-EP | S95P0391 | | | | | | 8/16 modulation |
| NL-EP | S96R0171 | | | | | | Color-control of subtitle |
| NL-EP | S96R0249 | | | | | | Position-information for displaying subtitle |
| NL-EP | S96R0537 | | | | | | Top-field-flag of GOP |
| NL-EP | S96R0589 | | | | | | IP search |
| NL-EP | S96R0589 | | | | | | Interleaved unit size for seamless play |
| NL-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| NL-EP | S97P0077 | | | | | | Interleaved unit size for seamless play |
| NL-EP | S97P0077 | | | | | | 8/16 modulation |
| PH | S95P0391 | 52296 | 09-Oct-95 | | | | Top-field-flag of GOP |
| PH | S96R0537 | 53965 | 22-Aug-96 | | | | Top-field-flag of GOP |
| PL | S96R0537 | P-315802 | | | | | Top-field-flag of GOP |
| PL | S96R0537 | P343992 | 10-Nov-00 | | | | Top-field-flag of GOP |
| PL | S96R0537 | P343991 | 10-Nov-00 | | | | 8/16 modulation |
| PL-WO | S95P0391 | P313410 | 07-Jul-95 | | | | Top-field-flag of GOP |
| RU | S96R0537 | 96116330 | 22-Aug-96 | | | | Data search information entry point |
| SB | S93P0592 | | | | 9607338-2 | 07-Jul-15 | 8/16 modulation |
| SG | S95P0391 | 9607338-2 | 07-Jul-95 | | 74566 | 20-Aug-16 | Top-field-flag of GOP |
| SG | S96R0537 | 9610493 | 20-Aug-96 | | | | Data search information entry point |
| SU-WO | S93P0592 | 94026951 | 22-Sep-93 | | | | 8/16 modulation |
| SU-WO | S95P0391 | 96107886 | 07-Jul-95 | | | | 8/16 modulation |
| TH | S95P0391 | 27155 | 07-Jul-95 | 023191 | | | Color-control of subtitle |
| TH | S96R0171 | 030549 | 21-Mar-96 | 28678 | | | Position-information for displaying subtitle |
| TH | S96R0249 | 030725 | 02-Apr-96 | 26166 | | | Top-field-flag of GOP |
| TH | S96R0537 | 32895 | 21-Aug-96 | | | | Top-field-flag of GOP |

Printdate 18/06/01

Sony's Patents relevant to DVD Video disc

| COUNTRY | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|
| TH | S96P0589 | 032561 | 26-Jul-96 | | | | IP search |
| TR | S95P0391 | 1239 | 11-Oct-95 | | | | 8/16 modulation |
| TR | S96P0537 | 45980 | 23-Aug-96 | | | | Top-field-flag of GOP |
| TR | S95P0391 | 84107701 | 25-Jul-95 | | | | 8/16 modulation |
| TW | S96P0171 | 85103217 | 18-Mar-96 | | 077029 | 24-Jul-15 | Color-control of subtitle |
| TW | S96P0249 | 85103855 | 02-Apr-96 | | 086923 | 17-Mar-16 | Position-information for displaying subtitle |
| TW | S96P0537 | 85110202 | 21-Aug-96 | | 087710 | 01-Apr-16 | Top-field-flag of GOP |
| TW | S96P0589 | 85109176 | 27-Jul-96 | | 088619 | 20-Aug-16 | IP search |
| TW | S97P0077 | 86100843 | 25-Jan-97 | | 085499 | 26-Jul-16 | DSV control word |
| TW | S82P0040 | 346915 | 08-Feb-82 | | 095017 | 24-Jan-17 | Interleaved unit size for seamless play |
| US | S91P0044 | 383351 | 03-Feb-95 | | 4456905 | 08-Feb-02 | An optical recording medium |
| US | S91P0044 | 388589 | 14-Feb-95 | | 5533001 | 02-Jul-13 | An optical recording medium |
| US | S91P0044 | 401424 | 09-Mar-95 | | 5515346 | 07-May-13 | An optical recording medium |
| US | S91P0044 | 499331 | 07-Jul-95 | | 5508981 | 16-Apr-13 | An optical recording medium |
| US | S91P0044 | 683557 | 17-Jul-95 | | 5587990 | 30-Jan-11 | An optical recording medium |
| US | S93P0592 | 125573 | 22-Sep-93 | | 5610880 | 30-Jan-11 | Data search information entry point |
| US | S95P0391 | 612952 | 07-Jul-95 | | 5455684 | 22-Sep-13 | 8/16 modulation |
| US | S95P0391 | 09/166668 | 05-Oct-99 | | 5818367 | 07-Jul-15 | 8/16 modulation |
| US | S96P0171 | 619001 | 21-Mar-96 | | 5969651 | 07-Jul-15 | Color-control of subtitle |
| US | S96P0249 | 627742 | 02-Apr-96 | | 5748256 | 21-Mar-16 | Position-information for displaying subtitle |
| US | S96P0537 | 701754 | 22-Aug-96 | | 5889564 | 02-Apr-16 | Top-field-flag of GOP |
| US | S96P0575 | 09/377571 | 19-Aug-99 | | 5771357 | 22-Aug-16 | Copy protection inserting AFS, CGMS data & Ciphering with |
| | | | | | 6185687 | 19-Jul-16 | key information |
| US | S96P0589 | 688819 | 26-Jul-96 | | 6009229 | 26-Jul-16 | IP search |
| US | S97P0077 | 791231 | 30-Jan-97 | | 5721591 | 30-Jan-17 | Interleaved unit size for seamless play |
| VN | S95P0391 | S-1849/96 | 08-May-96 | | 884 | 07-Jul-15 | 8/16 modulation |
| VN | S96P0537 | SC014096 | 23-Aug-96 | | 1428 | 23-Aug-11 | Top-field-flag of GOP |
| WO | S91P0044 | PCT/JP91/00113 | 30-Jan-91 | WO91/11807 | | | An optical recording medium |
| WO | S93P0592 | PCT/JP93/01362 | 22-Sep-93 | WO94/07332 | | | Data search information entry point |
| WO | S95P0391 | PCT/JP95/01364 | 07-Jul-95 | | | | 8/16 modulation |

Page 6 of 6

Printdate 18/06/01

Exhibit B, Page 52

## Audit Guidelines DVD Disc Patent License Agreement

These audit guidelines are designed to lay down basic elements for the audits to be performed by Licensee's auditors.

### 1.    Auditor's qualifications

Licensee's auditor who issues the auditor's opinion on the royalty statement (refer to 2) shall be the same as the auditor who issues an auditors' opinion on the financial statements of Licensee.

- the auditor shall be a certified public accountant in the country concerned, and a member of a well-respected firm, preferably one of the big 5 internationally operating auditing firms.

- the auditor shall be a member of the CPA association in the country concerned, or a member of the auditors' association in the Netherlands, UK or USA.

### 2.    Opinion

The auditor's opinion on the royalty statement and manufacturing equipment list, as described below, shall read as follows:

DVDdisc/05-2002

2

## Independent Auditor's Report

The Board of Directors
<XYZ Corporation>

We have audited the accompanying royalty statements and the manufacturing equipment list, duly initialed by us, applicable to the DVD-Disc production of <XYZ Corporation> for the year ending December 31, 200x, under the terms of a license agreement dated Month xx, 20XX, between <Philips Company> and <XYZ Corporation>. These schedules are the responsibility of <XYZ Corporation's> management. Our responsibility is to express an opinion on these schedules based on our audit.

We have conducted our audit in accordance with generally accepted international auditing standards and the Audit Guidelines for the DVD Disc Patent License Agreement. These standards and guidelines require that we plan and perform the audit in order to obtain reasonable assurance as to whether the schedules are free of material misstatements. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the schedules. An audit also includes assessing the accounting principles used and significant estimates made by the management as well as evaluating the overall schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the royalty statements referred to above present fairly, in all material respects, the number of DVD-Discs produced by <XYZ Corporation> during the year ending December 31, XXXX and the amount of royalties applicable thereto, under the license agreement referred to above.

In our opinion the manufacturing equipment list referred to above presents fairly, in all material respects, an overview of all machines used by <XYZ> Corporation in the manufacture of DVD-Discs during the year ending December 31, XXXX under the license agreement referred to above.

This report is intended solely for use by the boards of directors and management of <XYZ Corporation> and <Philips Company>.

(signed) audit firm

city, Month xx, 20xx

Enclosures:     Royalty statements (xx pages)

                Manufacturing Equipment List (xx pages)

DVDdisc/05-2002

3

## Manufacturing Equipment List

The manufacturing equipment list shall contain information in accordance with the table as given in Exhibit C2.

DVDdisc/05-2002

4

## 3.    Work papers

### General

- The auditor of Licensee shall comply with the auditor's independence rules as promulgated by the SEC.

- The auditor appointed by Philips shall be given full access, without limitation, to the work papers.

- The work papers shall include a clear overview of the legal and organizational structure of Licensee's company and the group of companies of which Licensee is part together with an overview of Licensee's manufacturing locations.


### Royalty statements

The work papers with respect to royalty statements shall include:

- a copy of the royalty statements under review.

- a copy of the DVD Disc Patent License Agreement including, relevant related correspondence.

- the maximum manufacturing capacity of DVD-Discs of Licensee (including the manufacturing equipment list) and reconciliation hereof with the property, plant and equipment accounts in the financial statements.

- The reconciliation of the maximum manufacturing capacity with the actual output and the royalty statements.

- copies of the internal manufacturing output recording system per month and key performance indicators such as: manufacturing running time, rejections, daily output, machine service hours, idle hours and reconciliation with the royalty statements.

- an analysis of the average use of polycarbonate per DVD-Disc and the reconciliation hereof with the volume of polycarbonate purchased, manufacturing output, purchase recording systems, suppliers overview and the financial statements.

- an analysis of the volume of silver/aluminum used per month and a reconciliation with the manufacturing output, purchase ledgers per supplier and the financial statements.

- an analysis regarding the cut-off procedures applied for the period.


DVDdisc/05-2002

5

- the reconciliation of the volume of DVD-Discs manufactured with sales and purchases in the period under review (goods movement schedule).

- a planning document assessing the risk areas in the audit, a working program, an audit memorandum including salient features.

## Manufacturing Equipment Identification System

The work papers shall include:

— a copy of the manufacturing equipment list referred to above

— a reconciliation of the manufacturing equipment list with the financial statement, general ledger and work paper specifications.

— an overview of work performed on the manufacturing equipment list, which shall include a physical inventory taken, including identification of the specifics per machine (see Exhibit C2).

— purchase orders/invoices for machines as listed in the manufacturing equipment list (see Exhibit C2).

## 4.     Work paper review

The work paper review will be performed at the offices of Licensee's auditor. The auditors appointed by Philips shall be granted unlimited access to all work papers of Licensee's auditor. The auditor appointed by Philips shall be allowed to make copies of the work papers where considered necessary by him/her. The auditor appointed by Philips will report his findings to Philips in a report or letter format.

DVDdisc/05-2002

<u>**EXHIBIT C2**</u>

**Manufacturing Equipment List DVD Video Disc/DVD ROM Disc**

Name Licensee: .....CREST NATIONAL..........................

Reporting period: ..........Q4-2002..........................

Initial for identification purposes only: ....................

This Manufacturing Equipment List contains ....3..... pages specifying:

    The number of production systems: ........3.........

    The number of moulds: ........6.........

I hereby represent that the information provided in this Manufacturing Equipment List is true, complete and accurate in every respect.

Signed for and on behalf of

NATIONAL FILM LABORATORIES, INC. d/b/a/ CREST INTERNATIONAL

Name: Robert FREEDMAN

Title: SVP

**Manufacturing Equipment List DVD Video Disc/DVD ROM Disc**

Name Licensee: Crest NATIONAL

Reporting period: Q4 - 2002

| System number: 5 | Type: Spaceline |
|---|---|
| Date of installation/commissioning: | Supplier: Singulus |
| | Serial number: 386000.19 |

This production system is suitable for

☑ DVD 5

☑ DVD 9 / DVD 10

*Please tick as appropriate (multiple selections possible)*    ☐ DVD14 / DVD 18

**Injection moulding equipment**

| | Serial number | Supplier | additional information |
|---|---|---|---|
| 1. | 0.164 | Sumitomo SD30 | Layer 0 |
| 2. | 0163 | Sumitomo SD30 | Layer 1 |
| 3. | | | |

**Moulds**

| | Serial number | SID code | Supplier | additional information |
|---|---|---|---|---|
| 1. | 4395 H | 9F43 | Seikoh Giken | Layer 0 |
| 2. | 4396 H | | Seikoh Giken | Layer 1 |
| 3 | | | | |

**Sputtering and lacquering equipment**

| | Type of equipment | Serial number | Supplier |
|---|---|---|---|
| 1. | Singulus Smart Cathode | 386000 19 | Singulus |
| 2. | Singulus Smart Cathode | 386000 19 | Singulus |
| 3 | Singulus lacquering | 386000 19 | Singulus |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Initial 

**Manufacturing Equipment List DVD Video Disc/DVD ROM Disc**

Name Licensee: .....Crest NATIONAL.............

Reporting period: .....Q4 - 2002.....

| System number: ..6........... | Type: Space line........... |
|---|---|
| Date of installation/commissioning: | Supplier: Singulus............. |
| ........................ | Serial number: 38600180......... |

| This production system is suitable for | ☑ DVD 5 |
|---|---|
| | ☑ DVD 9 / DVD 10 |
| *Please tick as appropriate (multiple selections possible)* | ☐ DVD14 / DVD 18 |

**Injection moulding equipment**

| | Serial number | Supplier | additional information |
|---|---|---|---|
| 1. | 1733 | Sumitomo | SD30  Layer 0 |
| 2. | 1734 | Sumitomo | SD30  Layer 1 |
| 3. | | | |

**Moulds**

| | Serial number | SID code | Supplier | additional information |
|---|---|---|---|---|
| 1. | 4401 H | 9F42 | Seikoh Giken | Layer 0 |
| 2. | 4402 H | | Seikoh Giken | Layer 1 |
| 3 | | | | |

**Sputtering and lacquering equipment**

| | Type of equipment | Serial number | Supplier |
|---|---|---|---|
| 1. | Singulus Smart Cathode | 38600180 | Singulus |
| 2. | Singulus Smart Cathode | 38600180 | Singulus |
| 3 | Singulus lacquering | 38600180 | Singulus |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**Manufacturing Equipment List DVD Video Disc/DVD ROM Disc**

Name Licensee: Crest NATIONAL

Reporting period: Q4-2002

| System number: ...7.............................. | Type: Spaceline.................... |
|---|---|
| Date of installation/commissioning: | Supplier: Singulus.................... |
| ......................................... | Serial number: 38600181.......... |

This production system is suitable for

*Please tick as appropriate (multiple selections possible)*

- ☑ /DVD 5
- ☑ DVD 9 / DVD 10
- ☐ DVD14 / DVD 18

**Injection moulding equipment**

| | Serial number | Supplier | additional information |
|---|---|---|---|
| 1. | 1738 | Sumitomo SD30 | Layer 0 |
| 2. | 1737 | Sumitomo SD30 | Layer 1 |
| 3. | | | |

**Moulds**

| | Serial number | SID code | Supplier | additional information |
|---|---|---|---|---|
| 1. | AXX 1987 | 9F24 | Axxicon | S mould Layer 0 |
| 2. | AXX 1988 | | Axxicon | S mould Layer 1 |
| 3 | | | | |

**Sputtering and lacquering equipment**

| | Type of equipment | Serial number | Supplier |
|---|---|---|---|
| 1. | Singulus Smart Cathode | 38600181 | Singulus |
| 2. | Singulus Smart Cathode | 38600181 | Singulus |
| 3 | Singulus Lacquering | 38600181 | Singulus |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Exhibit C2/DVDVideoDisc-DVDROMDisc/10-2002

 Initial

Exhibit B, Page 61

# EXHIBIT C

38880

1

## PATENT LICENSE AGREEMENT FOR THE USE OF AC-3 TECHNOLOGY IN THE MANUFACTURE OF DVD-VIDEO DISCS

This Agreement is entered into this 1st day of July, 2002 by and between

KONINKLIJKE PHILIPS ELECTRONICS N.V., having its registered offices in Eindhoven, The Netherlands, (hereinafter referred to as "Philips")

and

NATIONAL FILM LABORATORIES, INC. d/b/a CREST NATIONAL, having its registered office in 6721 Romaine Street, Hollywood, CA 90038 (hereinafter referred to as "Licensee")

WHEREAS, Licensee is engaged in the manufacture of DVD-Video Discs and, in the process of such manufacture, is making use of the technology developed by Dolby Laboratories Inc. and known as AC-3;

WHEREAS, Philips, Institut für Rundfunk Technik G.m.b.H. of München, Germany, (IRT) and France Télécom R&D of Issy Les Moulineaux, France (France Télécom) own certain patents relating to the AC-3 technology, these patents (hereinafter referred to as "Licensed Patents") are listed in Exhibit I hereto;

WHEREAS, Philips has been authorized by IRT and France Télécom to grant licenses for the use of the Licensed Patents in connection with the manufacture of DVD-Video Discs making use of the AC-3 technology, while IRT and France Télécom each retain the right also to license their respective patents relating to the AC-3 technology separately so that interested manufacturers may opt to take out individual licenses under the relevant patents of Philips, IRT and France Télécom instead of a combined license;

WHEREAS, Licensee has requested from Philips a license under the Licensed Patents in connection with the manufacture of DVD-Video Discs making use of AC-3 and Philips is willing to grant such license on the conditions set forth herein;

IT IS HEREBY AGREED AS FOLLOWS:

### Article 1 - Definitions

1.01    "**Disc**" shall mean a non-recordable reflective disc-shaped information carrier comprising any kind of information including, but not limited to, audio, video, text and/or data related information, which is irreversibly stored in one or more layers during and as an integral part of the manufacturing process of the disc in a form which is optically readable by playback devices using a laser-beam.

2

1.02 **"Player"** shall mean a playback device for optically reading information stored on a Disc and converting such information into electrical signals for reproduction purposes.

1.03 **"DVD-Video Disc"** shall mean a replicated Disc comprising any kind of information including, but not limited to, audio, video, text, and/or data related information, encoded in digital form, which is optically readable by a DVD-Video Player (as hereinafter defined).

1.04 **"DVD-Video Player"** shall mean a Player capable of reproducing information stored on a DVD-Video Disc and converting such information into electrical signals, in accordance with the DVD-Video and DVD-ROM Standard Specifications (as hereinafter defined), which electrical signals are directly capable and intended to be used for visual reproduction through standard television receivers and/or video monitors.

1.05 **"DVD-Video and DVD-ROM Standard Specifications"** shall mean the specifications for the DVD Systems, as specified in the document "DVD Specifications for Read-Only Disc, version 1.0 (parts 1, 2 and 3)" of August 1996, or any updated version thereof, as issued by the DVD Format/Logo Licensing Corporation.

1.06 **"Licensed Product(s)"** shall mean DVD-Video Discs incorporating the AC-3 technology, manufactured and/or sold in accordance with the provisions hereof, which have been duly reported and on which the royalties due hereunder are paid in accordance with the provisions of this Agreement.

1.07 **"Licensed Patents"** shall mean the patents as listed in Exhibit I hereto.

The term **"essential"** as used in relation to patents in this Agreement shall refer to patents, the use of which is necessary (either directly or as a practical matter) for the use of the AC-3 technology in connection with the Licensed Products.

Philips will commission an independent patent expert to review the European, Japanese and US patents listed as essential in Exhibit I in order to confirm the essentiality of such patents. In the event that said independent expert would find that any of the patents would not qualify as essential as defined in this Agreement, Philips shall delete such patent (as well as the equivalent national patents) from the relevant Exhibit and such patent will be put on the relevant Exhibit of non-essential patents. Any such finding and deletion however, shall not affect the obligation of Licensee to pay the royalty on each Licensed Product as specified in Article 3.01, provided that, in the event that none of the Licensed Patents would be infringed by the manufacture of Licensed Products within the Territory, Licensee shall have no obligation to pay royalties in respect of Licensed Products manufactured within the Territory and which are directly sold for final use within the Territory or directly exported for final use to a country in which no Licensed Patents subsist. Notwithstanding such deletion, Licensee shall retain the right to continue the use of such deleted patent(s) in accordance with this Agreement, without any additional payment, unless Licensee explicitly notifies Philips in writing of its decision to waive such right.

In the event that Philips or IRT or France Télécom (or any of their Associated Companies, as hereinafter defined) would have additional patents (other than patents acquired from third

3

parties after the date of January 1, 1997) in its patent portfolio which are essential to the manufacture, sale or other disposal of Licensed Products and which have a filing date or are entitled to a so-called priority date prior to January 1, 1997, but which have not been listed as essential patents in the Exhibit hereto, Philips will notify Licensee accordingly and such additional patents will be added to the Licensed Patents. Any patents as may be added as essential patents to the Exhibit, will similarly be subject to the review by the independent patent expert in accordance with the preceding paragraph.

The patent lists provided to Licensee upon execution of the Agreement are subject to change in accordance with the provisions of this Agreement. With regard to the rights granted to Licensee hereunder, the patent lists published by Philips on its website (www.licensing.philips.com) or otherwise communicated by Philips to Licensee after the date of execution hereof shall prevail over the lists provided to Licensee upon execution of this Agreement.

1.08 **"Associated Company"** shall mean any one or more business entities (1) owned or controlled by Philips, IRT, France Télécom or Licensee, (2) owning or controlling Philips, IRT, France Télécom or Licensee, or (3) owned or controlled by the business entity owning or controlling Philips, IRT, France Télécom or Licensee at the material time. For the purposes of this definition a business entity shall be deemed to own and/or to control another business entity if more than 50% (fifty per cent) of the voting stock of the latter business entity, ordinarily entitled to vote in the election of directors, (or, if there is no such stock, more than 50% (fifty per cent) of the ownership of or control in the latter business entity) is held by the owning and/or controlling business entity.

1.09 **"Territory"** shall mean the geographic area known as the United States of America, its territories and possessions.

### Article 2 – Grant of rights

2.01 For the term of this Agreement, Philips hereby grants to Licensee a non-exclusive, non-transferable license under the Licensed Patents to use the AC-3 technology in the manufacture of Licensed Products within the Territory and to sell or otherwise dispose of Licensed Products so manufactured in all countries of the world.

2.02 In consideration of the undertakings set forth in Articles 2.01, 202 and 2.04 and similar undertakings by third party licensees of Philips and without prejudice of the provisions of Article 5, for a period of ten years from the Effective Date (as hereinafter defined) Licensee agrees to grant to Philips, IRT, France Télécom and their respective Associated Companies in respect of the use of the AC-3 technology in the manufacture of DVD-Video Discs, non-exclusive, non-transferable licenses, on reasonable, non-discriminatory conditions comparable to those set forth herein, to use the AC-3 technology in the manufacture of DVD-Video Discs and to sell or otherwise dispose of DVD-Video Discs, under any and all present and future patents, for which Licensee or its Associated Companies have or may hereafter acquire the right to grant licenses and which are essential to the use of AC-3 technology in the manufacture of DVD-Video Discs and the subsequent sale or other disposal thereof, and

Exhibit C, Page 3

4

which patents were first filed in any country of the world prior to the date of termination of this Agreement.

2.03   Philips undertakes that it will offer, at the request of any of Licensee's Associated Companies, which has concluded a DVD Video Disc and DVD ROM Disc Patent License Agreement, to any such Associated Company, a non-exclusive and non-transferable license under the Licensed Patents to use the AC-3 technology in the manufacture of DVD-Video Discs on reasonable and non-discriminatory conditions comparable to those set forth herein, to manufacture, sell or otherwise dispose of DVD-Video Discs incorporating the AC-3 technology.

In consideration of Philips' undertaking as set out in the preceding paragraph, Licensee undertakes that all of its Associated Companies which have or may hereafter acquire patents essential to the manufacture, sale or other disposal of DVD-Video Discs incorporating the AC-3 technology and which patents were first filed in any country of the world prior to the date of termination of this Agreement, shall make available licenses under such patents, on reasonable, non-discriminatory conditions comparable to those set forth herein to Philips, any of Philips' Associated Companies and to other third parties who have entered or will enter into a license agreement with Philips or an Associated Company of Philips in respect of DVD-Video Discs incorporating the AC-3 technology.

## Article 3 - Royalties, Reports and Payments

3.01   In consideration of the rights granted hereunder by Philips to Licensee, Licensee agrees to pay to Philips a royalty of US$ 0.003 (three tenths of a US dollar cent) on each Licensed Product sold by Licensee, in which any one or more of the Licensed Patent(s) is (are) used, irrespective of whether such Licensed Patent(s) is (are) used in the country of manufacture, sale or other disposal.

A Licensed Product shall be considered sold when invoiced or, if not invoiced, when delivered to a party other than Licensee.

For the avoidance of doubt, in the event the manufacture by Licensee of Licensed Products within the Territory would not infringe any of the Licensed Patents, Licensee shall have no obligation to pay the royalties due on the basis of this Agreement in respect of Licensed Products manufactured within the Territory and which are directly sold for final use within the Territory or directly exported for final use to a country in which no Licensed Patents subsist.

3.02   Within 30 days following 31 March, 30 June, 30 September and 31 December of each year during the term of this Agreement, Licensee shall submit to Philips (even in the event that no sales have been made) a written statement, signed by a duly authorized officer on behalf of Licensee, setting forth with respect to the preceding quarterly period:

(1)   the quantities of DVD-Video Discs incorporating the AC-3 technology manufactured by Licensee;

5

(2)     a computation of the royalties due under this Agreement.

Licensee shall pay the royalties due to Philips within 30 days after the end of each quarterly period, in US Dollars.

Licensee shall submit to Philips, once per calendar year, an audit statement by its external auditors, who shall be public certified auditors, confirming that the quarterly royalty statements as submitted by Licensee to Philips for the last four quarterly periods, are true, complete and accurate in every respect. Such statement shall be submitted within 90 days following the end of Licensee's financial year.

3.03    Within 30 days following the expiration or termination of this Agreement, Licensee shall submit to Philips a certified report on the number of Licensed Products in stock at the time of expiration or termination of this Agreement. Royalties, calculated in accordance with Article 3.01, shall be due and payable on all Licensed Products manufactured prior to, but remaining in stock with Licensee on the date of expiration or termination of this Agreement. For the avoidance of doubt, this Article 3.03 shall be without prejudice to the provisions of Article 5.06.

3.04    Any payment under this Agreement which is not made on the date(s) specified herein, shall accrue interest at the rate of 2% (two per cent) per month (or part thereof) or the maximum amount permitted by law, whichever is lower.

3.05    All payments to Philips under this Agreement shall be made by transfer in such currency, convertible in the sense of Articles VIII and XIX of the Articles of Agreement of the International Monetary Fund, as designated by Philips. The rate of exchange for converting the currency of the Territory shall be the telegraphic transfer selling rate of the designated currency as officially quoted in the Territory by the officially authorized foreign exchange bank for payment of currency transactions on the day that the amount is due and payable.

3.06    All costs, stamp duties, taxes and other similar levies arising from or in connection with the conclusion of this Agreement shall be borne by Licensee. However, in the event that the government of a country imposes any income taxes on payments made by Licensee to Philips hereunder and requires Licensee to withhold such tax from such payments, Licensee may deduct such tax from such payments. In such event, Licensee shall promptly provide Philips with tax receipts issued by the relevant tax authorities so as to enable Philips to support a claim for credit against income taxes which may be payable by Philips and/or its Associated Companies in The Netherlands and to enable Philips to document, if necessary, its compliance with tax obligations in any jurisdiction outside The Netherlands.

3.07    In order that the royalty statements provided for in this Article 3 may be verified, Licensee shall keep complete and accurate books and records and shall keep the books and records available for a period of 5 years following the manufacture, sale or other disposal of each Licensed Product.

In order to verify the correctness of the aforementioned royalty statements, Philips shall have

6

the right to inspect the books and records of Licensee from time to time. Any such inspection shall take place no more than once per calendar year and shall be conducted by a public certified auditor appointed by Philips. Philips shall give Licensee written notice of such inspection at least 7 days prior to the inspection. Licensee shall willingly co-operate and provide all such assistance in connection with such inspection as Philips and/or the auditor may require. The inspection shall be conducted at Philips' own expense, provided that in the event that Licensee has failed to submit royalty statements and/or yearly written statement(s) by its external auditors, as provided for in Article 3.02, in respect of the period to which the inspection relates or in the event that any discrepancy or error exceeding 3% (three per cent) of the monies actually due is established, the cost of the inspection shall be borne by Licensee, without prejudice to any other claim or remedy as Philips may have under this Agreement or under applicable law.

Philips' right of inspection as set out in this Article 3.07 shall survive termination or expiration of this Agreement.

3.08   Without prejudice to the provisions of Article 3.07, Licensee shall provide all relevant additional information as Philips may reasonably request from time to time, so as to enable Philips to ascertain which products manufactured, sold or otherwise disposed of by Licensee are subject to the payment of royalties to Philips hereunder, the patents which have been used in connection with such products, and the amount of royalties payable.

3.09   As a condition precedent to the entry into force of this Agreement, Licensee shall submit to Philips a royalty statement in respect of DVD-Video Discs incorporating the AC-3 technology manufactured and sold or otherwise disposed of by Licensee before the Effective Date of this Agreement in accordance with the provisions of Article 3.02. Within 7 days following the execution of this Agreement, Licensee shall pay to Philips the royalties on such DVD-Video Discs incorporating the AC-3 technology, calculated by applying the royalty rate of US$ 0.003 for each such DVD-Video Disc incorporating the AC-3 technology. The royalty statement shall similarly be subject to Philips' right of audit as set out in Article 3.07. Within 45 days following the execution of this Agreement, Licensee shall submit to Philips an audit statement by its external auditors, who shall be public certified auditors, confirming that this royalty statement is true, complete and accurate in every respect.

## Article 4 – No Warranty and Indemnification

4.01   It is acknowledged by Licensee that third parties may own industrial and/or intellectual property rights in the field of the AC-3 technology. Licensee acknowledges and agrees that Philips, IRT and France Télécom and their respective Associated Companies make no warranty whatsoever that the use of the AC-3 technology or the manufacture, sale or other disposal of any Licensed Product does not infringe or will not cause infringement of any industrial and/or intellectual property rights other than the Licensed Patents.

7

## Article 5 - Term and Termination

5.01    This Agreement shall enter into force on the "Effective Date", being the date first written above. In the event that validation of this Agreement is required by the competent governmental authorities, the Effective Date shall be the date of such validation. This Agreement shall remain in force for a period of 10 years from the Effective Date, unless terminated earlier in accordance with the provisions of this Article 5.

5.02    Without prejudice to the provisions of Article 5.03 through 5.06, each party may terminate this Agreement at any time by means of written notice to the other party in the event that the other party fails to perform any obligation under this Agreement and such failure is not remedied within 30 days after receipt of a notice specifying the nature of such failure and requiring it to be remedied. Such right of termination shall not be exclusive of any other remedies or means of redress to which the non-defaulting party may be lawfully entitled and all such remedies shall be cumulative. Any such termination shall not affect any royalties or other payment obligations under this Agreement accrued prior to such termination.

5.03    Philips may terminate this Agreement forthwith by means of notice in writing to Licensee in the event that a creditor or other claimant takes possession of, or a receiver, administrator or similar officer is appointed over any of the assets of Licensee or in the event that Licensee makes any voluntary arrangement with its creditors or becomes subject to any court or administration order pursuant to any bankruptcy or insolvency law.

5.04    Additionally, insofar as legally permitted, Philips may terminate this Agreement at any time by means of written notice to Licensee in case Licensee or an Associated Company of Licensee has been found liable by a competent court or administrative authority to have committed a serious act of piracy with respect to copyrights of third parties.

5.05    Philips shall have the right to terminate this Agreement forthwith or to revoke the license granted under any of Philips', IRT's or France Télécom's respective patents in the event that Licensee or any of its Associated Companies brings a claim for infringement of any of its patents essential for the use of the AC-3 technology in the manufacture of DVD-Video Discs and/or the sale or other disposal thereof against Philips, IRT or France Télécom and/or any of their respective Associated Companies and Licensee refuses to license such patents on fair and reasonable conditions to Philips, IRT and France Télécom respectively.

5.06    Upon the termination of this Agreement by Philips for any reason pursuant to Article 5.02 through 5.05, Licensee shall immediately cease the manufacture, sale or other disposal of DVD-Video Discs incorporating the AC-3 technology in which any one or more of the Licensed Patents are used. Further, upon such termination, any and all amounts outstanding hereunder shall become immediately due and payable.

5.07    All provisions of this Agreement which are intended to survive (whether express or implied) the expiry or termination of this Agreement, shall so survive.

8

## Article 6 - Miscellaneous

6.01    Any notice required under this Agreement to be sent by either party shall be given in writing
by means of a letter or facsimile directed:

in respect of Licensee, to:

National Film Laboratories, Inc. d/b/a Crest National
6721 Romaine Street
Hollywood, CA 90038

in respect of Philips, to:

Koninklijke Philips Electronics N.V.
c/o Philips International B.V.
Intellectual Property & Standards - Legal Department
P.O. Box 80002, Building SFF-8
5600 JB Eindhoven
The Netherlands
Fax. +31 40 2734131
with a copy to:

U.S. Philips Corporation
580 White Plains Road
Tarrytown, New York 10591

or to such other address as may have been previously specified in writing by either party to
the other.

6.02    This Agreement sets forth the entire understanding and agreement between the parties as to
the subject matter hereof and supersedes and replaces all prior arrangements, discussions and
understandings between the parties relating thereto. Neither party shall be bound by any
obligation, warranty, waiver, release or representation, except as expressly provided herein, or
as may subsequently be agreed in writing between the parties.

6.03    Nothing contained in this Agreement shall be construed:

(a)     as imposing on either party any obligation to instigate any suit or action for
infringement of any of the patents licensed hereunder or to defend any suit or action
brought by a third party which challenges or relates to the validity of any of such
patents. Licensee shall have no right to instigate any such suit or action for
infringement of any of the patents licensed by Philips hereunder, nor the right to
defend any such suit or action which challenges or relates to the validity of any such
patent licensed by Philips hereunder;

9

(b)     as imposing any obligation to file any patent application or to secure any patent or to maintain any patent in force;

(c)     as conferring any license or right to copy or imitate the appearance and/or design of any product of Philips, IRT, France Télécom or any of their Associated Companies;

(d)     as conferring any license to manufacture, use, sell or otherwise dispose of any product or device other than a Licensed Product.

6.04    Neither the failure nor the delay of either party to enforce any provisions of this Agreement shall constitute a waiver of such provision or of the right of either party to enforce each and every provision of this Agreement.

6.05    Should any provision of this Agreement be finally determined void or unenforceable in any judicial proceeding, such determination shall not affect the operation of the remaining provisions hereof, provided that, in such event, Philips shall have the right to terminate this Agreement by written notice to Licensee.

6.06    This Agreement shall be governed by and construed in accordance with the laws of The State of New York.

Any dispute between the parties hereto in connection with this Agreement (including any question regarding its existence, validity or termination) shall be submitted to any state or federal courts in The State of New York, provided always that, in case Philips is the plaintiff, Philips may at its sole discretion submit any such dispute to either the state or federal courts in the venue of Licensee's registered office, or to any of the state or federal courts in the Territory having jurisdiction. Licensee hereby irrevocably waives any objection to the jurisdiction, process and venue of any such court and to the effectiveness, execution and enforcement of any order or judgment (including, but not limited to, a default judgment) of any such court in relation to this Agreement, to the maximum extent permitted by the law of any jurisdiction, the laws of which might be claimed to be applicable regarding the effectiveness, enforcement or execution of such order or judgment.

USA-DVDAC-5Disc/03-2002
s:\s&d\company documents\crest national-dvd disc-joint-ac5-usa-090402                    May 2002

Exhibit C, Page 9

10

AS WITNESS, the parties hereto have caused this Agreement to be signed on the date first written above.

KONINKLIJKE PHILIPS ELECTRONICS N.V.

NATIONAL FILM LABORATORIES, INC. d/b/a CREST NATIONAL

Name: H. Sackers

Name:

Title: by proxy

Title: SVP

Date:

Date: 10/23/02

Exhibit I to the Patent License Agreement for the use of AC-3 technology in the manufacture of DVD-Video discs

Patents relevant to DVD Video disc - AC-3 audio

| COUNTRY | | REFERENCE | FILING NR | FILING DATE | PUBLICATION NR | | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| AR | | N 013241 | 317015 | 04-Jun-90 | | | 250211 | 11-Oct-11 | Universal subband coder format |
| AT | | IRT-PCT | WO 87-00723 | 20-Nov-87 | WO 88.04117 | | 66,553 | 20-Nov-07 | Subband coded audio signals transmission |
| AT | | N 013241 | 90201356.4 | 29-May-90 | 0402973-A1 | | E114862 | 29-May-10 | Universal subband coder format |
| AT | A | N 013241 | 94200239.5 | 29-May-90 | 0599824-A3 | | E211329 | 29-May-10 | Universal subband coder format |
| AT | B | N 013241 | 94200240.3 | 29-May-90 | 0599825-A3 | | E208253 | 29-May-10 | Universal subband coder format |
| AT | D | N 013241 | 96200046.9 | 29-May-90 | 0708533-A3 | | E208254 | 29-May-10 | Universal subband coder format |
| AT-EP | E | N 013241 | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| AU | | N 013241 | 90-56159 | 31-May-90 | 90-56159 | 641654 | 641654 | 31-May-10 | Universal subband coder format |
| BA | | N 013241 | BAP97269A | 03-Nov-97 | | | | 03-Nov-17 | Universal subband coder format |
| BE | | N 013241 | 90201356.4 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| BE | A | N 013241 | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| BE | B | N 013241 | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| BE | D | N 013241 | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| BE-EP | E | N 013241 | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| BR | | N 013241 | PI9002617.9 | 01-Jun-90 | PI9002617 | | PI9002617 | 01-Jun-10 | Universal subband coder format |
| CA | | N 013241 | 2017935 | 30-May-90 | | | | 30-May-10 | Universal subband coder format |
| CA | | N 013241 | 2263045 | 30-May-90 | | | | 30-May-10 | Universal subband coder format |
| CA | A | N 013241 | WO 87-00723 | 20-Nov-87 | WO 88.04117 | | 0,290,591 | 20-Nov-07 | Subband coded audio signals transmission |
| CH | | IRT-PCT | 90201356.4 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| CH | | N 013241 | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| CH | A | N 013241 | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| CH | B | N 013241 | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| CH-EP | D | N 013241 | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| CN | E | N 013241 | 90103226.3 | 30-May-90 | 1048473-A | | 1031090 | 30-May-10 | Universal subband coder format |
| CN | A | N 013241 | 94103143.8 | 30-May-90 | 1096619-A | | | 30-May-10 | Universal subband coder format |
| CN | B | N 013241 | 94103142.X | 30-May-90 | 1096618-A | | | 30-May-10 | Universal subband coder format |
| CZ | | N 013241 | 90-PV2678 | 30-May-90 | | | 283598 | 30-May-10 | Universal subband coder format |
| DE | | IRT-3 | DE 34,40.613 | 07-Nov-84 | | | 34.40.613 | 07-Nov-04 | Digital transfer of compressed signals |
| DE | | IRT-PCT | WO 87-00723 | 20-Nov-87 | WO 88.04117 | | 37.72.381 | 20-Nov-07 | Subband coded audio signals using scale factors |
| DE | | IRT-PCT | DE 36.39.763 | 21-Nov-86 | 36.39.763 | | 36.39.753 | 20-Nov-07 | Subband coded audio signals transmission |
| DE | | N 013241 | 90201356.4 | 29-May-90 | 0402973-A1 | | 69014422.9 | 29-May-10 | Universal subband coder format |
| DE | A | N 013241 | 94200239.5 | 29-May-90 | 0599824-A3 | | 69033882.1 | 29-May-10 | Universal subband coder format |
| DE | B | N 013241 | 94200240.3 | 29-May-90 | 0599825-A3 | | 69033811.2 | 29-May-10 | Universal subband coder format |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Prixidate    Friday, June 07, 2002

Page 1 of 4

Patents relevant to DVD Video disc - AC-3 audio

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| DE | N 01324 | D | 96200046.9 | 29-May-90 | 0708533-A3 | | 89033813.9 | 29-May-10 | Universal subband coder format |
| DE-EP | N 01324 | E | 96201857.8 | 29-May-90 | 0761520-A3 | | | 29-May-10 | Universal subband coder format |
| DK | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | DK 4050/88 | | 172.621 | 20-Nov-07 | Subband coded audio signals transmission |
| DK | N 01324 | - | 920013564 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| DK | N 01324 | A | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| DK | N 01324 | B | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| DK | N 01324 | D | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| DK-EP | N 01324 | E | 96201857.8 | 29-May-90 | 0761520-A3 | | | 29-May-10 | Universal subband coder format |
| ES | N 01324 | - | 920013564 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| ES | N 01324 | A | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| ES | N 01324 | B | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| ES | N 01324 | D | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| ES-EP | N 01324 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| FI | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | FI 88.3446 | | 84.538 | 20-Nov-07 | Subband coded audio signals transmission |
| FR | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | | 0,290,581 | 20-Nov-07 | Subband coded audio signals transmission |
| FR | N 01324 | - | 920013564 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| FR | N 01324 | A | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| FR | N 01324 | B | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| FR | N 01324 | D | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| FR-EP | N 01324 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| GB | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | | 0,290,581 | 20-Nov-07 | Subband coded audio signals transmission |
| GB | N 01324 | - | 920013564 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| GB | N 01324 | A | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| GB | N 01324 | B | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| GB | N 01324 | D | 96200046.9 | 29-May-90 | 0708533-A3 | | 0708533 | 29-May-10 | Universal subband coder format |
| GB-EP | N 01324 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| GR | N 01324 | - | 920013564 | 29-May-90 | 0402973-A1 | | 0402973 | 29-May-10 | Universal subband coder format |
| GR | N 01324 | A | 94200239.5 | 29-May-90 | 0599824-A3 | | 0599824 | 29-May-10 | Universal subband coder format |
| GR | N 01324 | B | 94200240.3 | 29-May-90 | 0599825-A3 | | 0599825 | 29-May-10 | Universal subband coder format |
| GR-EP | N 01324 | E | 96201657.8 | 29-May-90 | 0751520-A3 | | | 29-May-10 | Universal subband coder format |
| HK | N 01324 | - | NOT GIVEN | | | | 0960416 | 29-May-10 | Universal subband coder format |
| HK | N 01324 | A | 98113086.2 | 29-May-90 | 1012112-A | 1012112-A | | 29-May-10 | Universal subband coder format |
| HK | N 01324 | B | 98113037.1 | 29-May-90 | 1012113-A | 1012113-B | | 29-May-10 | Universal subband coder format |
| HK | N 01324 | C | 98114929.0 | 29-May-90 | 1013743-A | 1013743-A | HK1013743 | 29-May-10 | Universal subband coder format |
| HK | N 01324 | D | 98114934.3 | 29-May-90 | 1013744-A | 1013744-B | | 29-May-10 | Universal subband coder format |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Prindane   Friday, June 07, 2002

Patents relevant to DVD Video disc - AC-3 audio

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---|---|---|---|---|---|---|---|---|
| HU | N 013241 | - | 90-3284 | 31-May-90 | | 210544 | 31-May-10 | Universal subband coder format |
| IN | N 013241 | - | 90-438 | 28-May-90 | 175971 | 175971 | 28-May-04 | Universal subband coder format |
| IN | N 013241 | A | 95-217 | 28-May-90 | | | 28-May-04 | Universal subband coder format |
| IN | N 013241 | B | 95-218 | 28-May-90 | | | 28-May-04 | Universal subband coder format |
| IN | N 013241 | C | 98-296 | 28-May-90 | | | 28-May-04 | Universal subband coder format |
| IN | N 013241 | D | 98-309 | 28-May-90 | | | 28-May-04 | Universal subband coder format |
| IN | N 013241 | E | | | | | 28-May-04 | Universal subband coder format |
| IT | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | | 0,290,591 | 20-Nov-07 | Subband coded audio signals transmission |
| IT | N 013241 | - | 902013056.4 | 29-May-90 | 0402973-A1 | 0402973 | 29-May-10 | Universal subband coder format |
| IT | N 013241 | A | 94200239.5 | 29-May-90 | 0599824-A3 | 0599824 | 29-May-10 | Universal subband coder format |
| IT | N 013241 | B | 94200240.3 | 29-May-90 | 0599825-A3 | 0599825 | 29-May-10 | Universal subband coder format |
| IT | N 013241 | D | 96200046.9 | 29-May-90 | 0708533-A3 | 0708533 | 29-May-10 | Universal subband coder format |
| IT-EP | N 013241 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | 29-May-10 | Universal subband coder format |
| JP | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | JP 1501435 | 2,639,624 | 20-Nov-07 | Subband coded audio signals transmission |
| JP | N 013241 | - | 50-141693 | 01-Jun-90 | 91-24834 | 3012849 | 01-Jun-10 | Universal subband coder format |
| KR | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | 9,514,066 | 20-Nov-07 | Subband coded audio signals transmission |
| KR | N 013241 | - | 90-8138 | 02-Jun-90 | | 149862 | 10-Jun-13 | Universal subband coder format |
| LU | N 013241 | - | 902013056.4 | 29-May-90 | 0402973-A1 | 0402973 | 29-May-10 | Universal subband coder format |
| LU | N 013241 | A | 94200239.5 | 29-May-90 | 0599824-A3 | 0599824 | 29-May-10 | Universal subband coder format |
| LU | N 013241 | B | 94200240.3 | 29-May-90 | 0599825-A3 | 0599825 | 29-May-10 | Universal subband coder format |
| LU | N 013241 | D | 96200046.9 | 29-May-90 | 0708533-A3 | 0708533 | 29-May-10 | Universal subband coder format |
| LU-EP | N 013241 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | 29-May-10 | Universal subband coder format |
| MX | N 013241 | - | 20972 | 01-Jun-90 | | 172513 | 01-Jun-10 | Universal subband coder format |
| MY | N 013241 | - | PI9006923 | 02-Jun-90 | | 105780 | 30-Jan-10 | Universal subband coder format |
| NL | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | 0,290,591 | 20-Nov-07 | Subband coded audio signals transmission |
| NL | N 013241 | - | 902013056.4 | 29-May-90 | 0402973-A1 | 0402973 | 29-May-10 | Universal subband coder format |
| NL | N 013241 | A | 94200239.5 | 29-May-90 | 0599824-A3 | 0599824 | 29-May-10 | Universal subband coder format |
| NL | N 013241 | B | 94200240.3 | 29-May-90 | 0599825-A3 | 0599825 | 29-May-10 | Universal subband coder format |
| NL | N 013241 | D | 96200046.9 | 29-May-90 | 0708533-A3 | 0708533 | 29-May-10 | Universal subband coder format |
| NL-EP | N 013241 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | 29-May-10 | Universal subband coder format |
| PL | N 013241 | - | P285437 | 01-Jun-90 | 285437 | 167271 | 01-Jun-10 | Universal subband coder format |
| RU | N 013241 | - | 4830112 | 29-May-90 | | | 29-May-10 | Universal subband coder format |
| SE | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | 0,290,591 | 20-Nov-07 | Subband coded audio signals transmission |
| SE | N 013241 | - | 902013056.4 | 29-May-90 | 0402973-A1 | 0402973 | 29-May-10 | Universal subband coder format |
| SE | N 013241 | A | 94200239.5 | 29-May-90 | 0599824-A3 | 0599824 | 29-May-10 | Universal subband coder format |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 3 of 4          Printdate    Friday, June 07, 2002

Exhibit C, Page 13

Patents relevant to DVD Video disc - AC-3 audio

| COUNTRY | REFERENCE | | FILING NR | FILING DATE | PUBLICATION NR | GRANT NR | EXPIRY DATE | TITLE |
|---------|-----------|--|-----------|-------------|----------------|----------|-------------|-------|
| SE | N 013241 | B | 94200240.3 | 29-May-90 | 0599825-A3 | 0599825 | 29-May-10 | Universal subband coder format |
| SE | N 013241 | D | 86200046.9 | 29-May-90 | 0706533-A3 | 0706533 | 29-May-10 | Universal subband coder format |
| SE-EP | N 013241 | E | 96201857.8 | 29-May-90 | 0751520-A3 | | 29-May-10 | Universal subband coder format |
| SG | N 013241 | - | 9890189.7 | 29-May-90 | | 28859 | 29-May-10 | Universal subband coder format |
| SG | N 013241 | - | 9607808.4 | 29-May-90 | | 44803 | 29-May-10 | Universal subband coder format |
| SG | N 013241 | B | 9604520.8 | 29-May-90 | 0048416 | | 31-May-10 | Universal subband coder format |
| SI | N 013241 | - | 9011071 | 21-Feb-94 | | 9011071 | 31-May-10 | Universal subband coder format |
| SK | N 013241 | - | 90-PV2678 | 30-May-90 | | 280559 | 30-May-10 | Universal subband coder format |
| TW | N 013241 | - | 79104265 | 25-May-90 | | 45033 | 25-May-10 | Universal subband coder format |
| UA | N 013241 | - | 93004526 | 17-Sep-93 | | | 17-Sep-13 | Universal subband coder format |
| US | IRT-PCT | - | WO 87-00723 | 20-Nov-87 | WO 88.04117 | 4,972,484 | 20-Nov-07 | Subband coded audio signals transmission |
| US | N 013241 | A | 07/997158 | 21-Dec-92 | | 5323386 | 01-Jun-10 | Universal subband coder format |
| US | N 013241 | B | 08/172850 | 27-Dec-93 | | 5606618 | 01-Jun-10 | Universal subband coder format |
| US | N 013241 | E | 08/493318 | 07-Jun-95 | | 5539829 | 01-Jun-10 | Universal subband coder format |
| US | N 013241 | G | 08/483009 | 05-Jun-95 | | 5530655 | 01-Jun-10 | Universal subband coder format |
| US | N 013241 | H | 09/521052 | 08-Mar-00 | | 6289308 | 01-Jun-10 | Universal subband coder format |
| US | N 013241 | I | 09/908932 | 17-Jul-01 | 2001-0044719-A1 | | 01-Jun-10 | Universal subband coder format |
| US | Q 093002 | W | 08/427646 | 24-Apr-95 | | 5481643 | 18-Mar-13 | Matrixing of bitrate reduced signals |
| YU | N 013241 | - | 90-P1071 | 31-May-90 | 90-P1071 | 48202 | 31-May-10 | Universal subband coder format |

All corresponding patent applications, patents, divisions, continuations and reissues based upon any of the patent applications or patents of this list are considered to be included as an integral part of this list

Page 4 of 4                                                                                                                    Printdate    Friday, June 07, 2002

Exhibit C, Page 14

# EXHIBIT D

# PHILIPS

Koninklijke Philips Electronics N.V.

National Film Laboratories, Inc.
d/b/a Crest Digital
3845 E. Coronado Street
Anaheim, CA 92807
USA

P.O. Box 218
5600 MD Eindhoven
The Netherlands

Subject: Notice of Termination under the DVD
Video Disc and DVD ROM Disc Patent License
Agreement; the Patent License Agreement for
the Use of AC-3 Technologies in the
Manufacture of DVD-Video Discs; and MPEG
Audio Patent License Agreement

Ref: LP3-A6K-100
Date: November 17, 2011

Dear Sirs,

Reference is made to (1) the DVD Video Disc and DVD ROM Disc Patent License
Agreement ("DVD Agreement"); (2) the Patent License Agreement for the Use of AC-
3 Technology in the Manufacture of DVD Video Discs ("AC-3 Agreement") and (3) the
MPEG Audio Patent License Agreement ("MPEG Agreement"), each made effective
July 1, 2002 (collectively "the DVD Agreements") between Koninklijke Philips
Electronics N.V. ("Philips") and National Film Laboratories, Inc. d/b/a Crest National
(currently d/b/a Crest Digital) ("Crest").

We refer to the Notice of Default dated July 14th 2010. As your company has failed to
remedy the defaults stated within the 30-day period referred to in said letter we
hereby terminate the DVD Agreements. We further note that in addition to the
defaults noted in our July 14, 2010 letter, Crest has continued to default by not paying
the royalties due in full under the DVD Agreements through the third calendar
quarter of 2011.

We demand that Crest National immediately cease the manufacture and sale of DVD
Discs using any one or more of Philips' patents.

Koninklijke Philips Electronics N.V.
Eindhoven The Netherlands
Commercial Register Eindhoven no.
17001910

FV-SG-02-2010

**PHILIPS**

Date: November 17, 2011
Page: 2

We hereby confirm that the Agreements are terminated with immediate effect, subject to the reservation of all our rights, including but not limited to the right to claim royalties together with interest up to the date of actual payment of all due amounts, as well as any damages with respect to any infringement of Philips' patents following termination of the Agreements.

Yours sincerely,

Koninklijke Philips Electronics N.V.

H.B. Sakkers
Legal Department
Philips Intellectual Property & Standards

# EXHIBIT E

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
PARIS

**Kenneth Rubenstein**
Member of the Firm

Direct Dial 212.969.3185
krubenstein@proskauer.com

April 21, 2006

Via E-Mail & Facsimile

Philips Intellectual Property & Standards
P.O Box 220
5600 AE Eindhoven
The Netherlands

Re:   DVD Patent Licensing Program
      Our Reference No.: 58363-012

Dear              :

We provide herewith our April 2006 Cumulative Report of Philips U.S. Patents Essential for DVD-ROM and DVD-Video Discs and our April 2006 Cumulative Report of Philips U.S. Patents Essential for DVD-ROM and DVD-Video Playback. These reports list all Philips U.S. patents that we, as of this date, have found essential for implementing either or both of the following two DVD standards:

   DVD Specifications for Read-Only Disc, Part 1, PHYSICAL
   SPECIFICATIONS Version 1.0, May 2004 ("DVD-ROM Standard");

   DVD Specifications for Read-Only Disc, Part 3, VIDEO SPECIFICATIONS
   Version 1.1, August 2001 ("DVD-Video Standard");

Our evaluations are based on:

1.   Our review of the patent specification, certain claims of the patent, and the prosecution history of the patent;

2.   Claims analyses for certain patents presented to us by you;

3.   Our review of the above-noted DVD standards; and

PROSKAUER ROSE LLP

April 21, 2006
Page 2

4.      Responses to questions regarding certain patents including written responses and face-to-face meetings.

A patent that is found to be essential may be either "technically essential" or "essential as a practical matter."

A patent is "technically essential" if making, using, or selling a disc, player, or recorder, in compliance with a portion of the relevant DVD standard, directly infringes at least one claim of that patent under 35 U.S.C. §271(a). Our reports indicate which patents are essential for each of the disc category, the playback category, and the recording category (where appropriate) of the respective DVD standard.

Consistent with our past practice, we have found essential for the disc category certain patents that cover apparatuses used for making a disc, e.g., patents that cover apparatuses for encoding or recording information on a DVD-Video disc.

As we are evaluating U.S. patents, we consider all of the grounds for infringement defined in Title 35 U.S.C. § 271, including, for example, inducement of infringement under 35 U.S.C. § 271(b), contributory infringement under 35 U.S.C. § 271(c) and product made by a patented process infringement under 35 U.S.C. § 271(g). On a case-by-case basis, we have found a limited number of method and apparatus claims essential for the disc category using one or more of the foregoing bases.

If we are unable to conclude that a patent is "technically essential," we may still be able to find the patent "essential as a practical matter" for the respective DVD licensing program. To be "essential as a practical matter," a patent must be shown to have at least one claim having no commercially realistic alternative for implementing a portion of a particular DVD standard. See Letter from Joel I. Klein to Garrard R. Beeney, Esq., DVD Business Review Letter #1 (December 16, 1998)("3C DOJ letter"). However, for a patent to be found essential on this basis, evidence must be submitted that demonstrates such essentiality. Absent the submission of evidence, we cannot find a patent to be essential as a practical matter.

Such evidence may come in various forms. For example, in the past, evidence we have found persuasive included:

(a)     an identification of substantially all of the relevant products in the marketplace that comply with the relevant DVD standard (for example, products whose individual market shares add up to 90% or more of the total market); and

(b)     a showing that the invention claimed in the patent submitted for evaluation is being used by substantially all of the identified products.

PROSKAUER ROSE LLP

April 21, 2006
Page 3

We will also take into consideration any other evidence submitted indicating that a patent is essential as a practical matter.

In other words, if, as determined on a case-by-case basis, there is significant evidence of a commercially realistic alternative to the patent, the patent cannot be found to be essential as a practical matter.

Pursuant to U.S. law, we use a two-step process to review patent claims for essentiality: first, we interpret the patent claims; second, we compare the interpreted claims to the pertinent DVD standard. A patent claim is interpreted based on the claim language, the patent's specification, and the patent's file history.

Claims that include "means-plus-function" limitations warrant special mention. An analysis of a claim containing means-plus-function limitations involves the same two-step process described above: claim interpretation and a comparison of the interpreted claims with the pertinent DVD standard. Under U.S. law, a means-plus-function limitation is interpreted to cover the structure, material, or acts described in the patent's specification, and any equivalents thereof, that perform the claimed function. Thus, interpreting a means-plus-function limitation requires identifying the claimed function and determining the corresponding structure, material, or acts disclosed in the patent's specification that perform the claimed function. After interpreting a claim limitation written in means-plus-function format, the pertinent DVD standard is evaluated to determine whether it requires performance of the claimed function using the same structure, material, or acts found in the patent's specification, or using an equivalent of such structure, material, or acts.

We have concluded that the patents listed on the attached reports are essential for implementing one or more of the above-noted DVD Standards. The reasons for our findings are set out in the attached reports.

PROSKAUER ROSE LLP

April 21, 2006
Page 4

The reports are organized as follows:

April 2006 Cumulative Report of Philips U.S Patents
Essential for DVD-ROM and DVD-Video Discs

| | |
|---|---|
| Appendix A1: | Philips Patents Essential for DVD-ROM Single Layer Discs |
| Appendix A2: | Philips Patents Essential for DVD-ROM Dual Layer Discs |
| Appendix A3: | Philips Patents Essential for DVD-Video Single Layer Discs |
| Appendix A4: | Philips Patents Essential for DVD-Video Dual Layer Discs |
| Appendix AC-3: | Philips Patents Essential for DVD-Video Discs with AC-3 Audio |
| Appendix MPEG: | Philips Patents Essential for DVD-Video Discs with MPEG Audio |
| Appendix DTS: | Philips Patents Essential for DVD-Video Discs with DTS Audio |

April 2006 Cumulative Report of Philips U.S Patents
Essential for DVD-ROM and DVD-Video Playback

| | |
|---|---|
| Appendix A1: | Philips Patents Essential for DVD-ROM Playback |
| Appendix A2: | Philips Patents Essential for DVD-Video Playback |
| Appendix AC-3: | Philips Patents Essential for Playback of DVD-Video Discs with AC-3 Audio |
| Appendix MPEG: | Philips Patents Essential for Playback of DVD-Video Discs with MPEG Audio |
| Appendix DTS: | Philips Patents Essential for Playback of DVD-Video Discs with DTS Audio |

PROSKAUER ROSE LLP

April 21, 2006
Page 5

Please contact us if you require further assistance.

Very truly yours,
PROSKAUER ROSE LLP

By: _Kennell Rubenstein_

Kenneth Rubenstein

Enclosures

cc:

April 2006 Cumulative Report of
Philips U.S. Patents Essential for DVD-ROM and DVD-Video
DISCS

Appendix A1

Philips Patents Essential for DVD-ROM Single Layer Discs

| US Patent | Representative Claim | DVD-ROM (Part 1) Specification (unless otherwise noted) |
|---|---|---|
| 4,961,077 | 1 | *Secs.:* K.1, K.3, K.9.2<br>*Pages:* PHX-16, 21 |
| 5,068,846 | 1 | *Sec.:* 2.1<br>*Page:* PH-9 |
| 5,642,113 | 20 | *Secs.:* 3.3, 3.3.3<br>*Table:* 3.3-1<br>*Pages:* PH-52-1, 54, 55 to 60 |
| 5,696,505 | 25 | *Secs.:* 3.3, 3.3.3<br>*Table:* 3.3-1<br>*Pages:* PH-52-1, 54, 55 to 60 |
| 5,790,056 | 12 | *Secs.:* 3.3, 3.3.1, 3.3.2, 3.3.3<br>*Fig.:* 3.3-2<br>*Tables:* 3.3-1, 3.3-2<br>*Pages:* PH-52-1 to 62 |
| 5,790,512 | 1 | *Secs.:* 2.6.3, 2.7.1.a<br>*Annex:* H<br>*Pages:* PH-25, 29, PHX-10-2 |
| 5,838,696 | 4 | *Secs.:* 1.6, 3.2, 3.2.1, 3.2.2, 3.2.7, 3.2.8<br>*Fig.:* 3.2.1-1<br>*Pages:* PH-7, 40 to 41, 47 to 48, 49 |

April 2006 Cumulative Report of
Philips U.S. Patents Essential for DVD-ROM and DVD-Video
DISCS

Appendix A1
Philips Patents Essential for DVD-ROM Single Layer Discs

| US Patent | Representative Claim | DVD-ROM (Part 1) Specification (unless otherwise noted) |
|---|---|---|
| 5,920,272 | 1 | Secs.: 3.3, 3.3.3<br>Fig.: 3.3-2<br>Tables: 3.3-1, 3.3-2<br>Pages: PH-52-1, 52-2, 54, 55 to 62 |
| 6,388,962 | 4 | Secs.: 1.1, 2.1, 2.4.2, 3.4.1.3.1<br>Figs.: 2.1-1, 3.4.1.3-1<br>Table: 3.4.1.3.1-1<br>Pages: PH-1, 9, 19, 66, 67 |
| 6,526,005 | 1 | Secs.: 1.1, 2.1, 2.4.2, 3, 3.1.1, 3.1.4, 3.4.1.3.1<br>Figs.: 2.1-1, 3.4.1.3-1<br>Table: 3.4.1.3.1-1<br>Pages: PH-1, 9, 19, 37, 66, 67 |

# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V.; and U.S. PHILIPS CORPORATION<br><br>PLAINTIFF(S)<br><br>v.<br><br>NATIONAL FILM LABORATORIES, INC. d/b/a CREST NATIONAL GROUP, INC.; BEACHBODY, LLC f/k/a PRODUCT PARTNERS, LLC, DEFENDANT(S).<br>RONALD STEIN, STEPHEN STEIN, ELAINE STEIN, MARTIN ROSS, and LORRAINE ROSS, | CASE NUMBER<br><br>CV12-04576 PSWL (FFMx)<br><br><br>SUMMONS |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    MAY 2 5 2012  _____

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KONINKLIJKE PHILIPS ELECTRONICS N.V.; and
U.S. PHILIPS CORPORATION

CASE NUMBER

PLAINTIFF(S)

CV12 - 04576 PSW (FFMx)

v.

NATIONAL FILM LABORATORIES,
INC. d/b/a CREST NATIONAL
GROUP, INC.; BEACHBODY, LLC
f/k/a PRODUCT PARTNERS, LLC,
RONALD STEIN, STEPHEN STEIN,
ELAINE STEIN, MARTIN ROSS, and
LORRAINE ROSS,

DEFENDANT(S).

SUMMONS

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

MAY 2 5 2012

Dated: _____

JULIE PRADO

By: _____
Deputy Clerk

(Seal of the Court)

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)

SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV12- 4576 RSWL (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
KONINKLIJKE PHILIPS ELECTRONICS N.V.; and U.S. PHILIPS CORPORATION

**DEFENDANTS**
NATIONAL FILM LABORATORIES, INC.; BEACHBODY, LLC; RONALD STEIN; STEPHEN STEIN; ELAINE STEIN; MARTIN ROSS; and LORRAINE ROSS

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 331-2000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** Not Yet Determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement under 35 U.S.C. § 271; Breach of Contract

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12- 04576

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Koninklijke Philips Electronics N.V. -- The Netherlands<br>U.S. Philips Corporation -- Delaware |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| National Film Laboratories, Inc.: Orange County.  Beachbody, LLC;<br>Ronald Stein; Elaine Stein; Martin Ross, Lorraine Ross: Los Angeles<br>County | Stephen Stein -- Indiana |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
　　Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County -- All Claims | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____　　Date 5/24/2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |